2023-2282

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

IN RE: PEN

APPLICATION SERIAL NO.: 16/104,878
FILED: AUGUST 18, 2018
FOR: TRUE NANOSCALE ONE AND TWO-DIMENSIONAL ORGANOMETALS CONTINUATION

---

Appeal from the United States Patent and Trademark Office
Patent Trial and Appeal Board
Appeal No. 2022-001764

---

# REPLY BRIEF OF APPELLANT (CORRECTED)

---

The Pen
954 Palm Ave., #103
West Hollywood, CA 90069
Tel: (310) 360-0640

*Pro Se*

March 27, 2024

## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES . . . . . . . . . . iii

SUMMARY OF THE REPLY . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . 7

1. *Amgen v. Sanofi* Is Categorically Distinguished Because There They Had No Common Core Structure At All, While Here The Function Is Based On The Core Structure . . . . . . . . . . 7

2. The Specification Provides The Starting Material And Reaction Conditions For Enabling The Keystone Member Of The Class, Which Necessarily Enables Other Members Of The Class With The Same Basic Core Structure . . . . . . . . . . 10

3. Examiner And The Director Have Now Had Two Opportunities To Dispute Pen's Contentions About What One Skilled In The Art Would Know *A Priori,* And Have Failed To Do So . . . . . . . . . . 12

4. The Director's New Argument On Appeal On The "x" Number Of R Groups Is Not Only Untimely, It Is Greatly Exaggerated . . . . . . . . . . 13

5. If The PTAB Can Make A *Sua Sponte* Argument After The Case Is Submitted To Them, Surely Pen Can Offer His Rebuttal Here. . . . . . . . . . . 14

6. A Working Example Is Not Mandatory To Enable A Patent Application . . 16

7. With Regards To The *Wands* Factors The Bottom Line Is the Standard Of Undue Experimentation, And That Is Controlled By *Genentech* . . . . . . . 18

8. From The Very Beginning Of The Parent '829 Application The Claims In This Case Have Been For A Long Chain Polymer . . . . . . . . . . 19

9. Pen Provided Multiple References In The Specification With Reagents And Conditions For The Synthesis, And Fukuzawa Wasn't One Of Them . 22

10. The Director's Wild Chemistry Speculations Can't Even Be Considered . . 23

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

SUPPLEMENTAL APPENDIX ADDENDUM
SAppx015-063

CERTIFICATE OF SERVICE

CERTIFICATE OF COMPLIANCE

# TABLE OF AUTHORITIES

**Cases** Page(s)

*Allergan, Inc. v. Sandoz Inc.*,
796 F.3d 1293, 1310 (Fed. Cir. 2015) .............................. 4, 17

*Amgen v. Sanofi*,
598 U.S. 594 (2023) ........................................ *passim*

*Angstadt, In re*,
537 F.2d 498, 504, 190 USPQ 214, 219 (CCPA 1976) .................... 18

*Atlas Powder Co. v. E.I. du Pont De Nemours & Co.*,
750 F.2d 1569 (Fed. Cir. 1984) ..................................... 17

*Baxter Int'l, Inc., In re*,
678 F.3d 1357 (Fed. Cir. 2012) ..................................... 13

*Consol. Edison Co. v. NLRB*,
305 U.S. 197 (1938) ................................................ 16

*Gartside, In re*,
203 F.3d 1305 (Fed. Cir. 2000) ..................................... 16

*Genentech, Inc. v. Novo Nordisk A/S*,
108 F.3d 1361 (Fed. Cir. 1997) ............................ 4-5, 18-19

*Google Tech. Holdings, LLC, In re*,
980 F.3d 858 (Fed. Cir. 2020) ...................................... 13

*Icon Health & Fitness, Inc. v. Strava, Inc.*,
849 F.3d 1034 (Fed. Cir. 2017) ..................................... 24

*The Incandescent Lamp Patent*,
159 U.S. 465, 16 S.Ct. 75 (1895) .................................. 2, 11

*Wands, In re*,
858 F.2d 731 (Fed. Cir. 1988) .......................... 4, 6, 12, 18-19, 23

*Wright, In re*,
999 F.2d 1557 (Fed. Cir. 1993) ............................... 3, 14, 16

**Other Authorities**

MPEP § 2111.01 (TV)(A) ........................................ 20

MPEP § 2145 (9th ed. Feb. 2023) ...................................... 24

*Properly Presenting Prophetic and Working Examples in a Patent Application*
86 FR 35074 (07/02/2021) ......................................17

**Other Materials**

U.S. Patent Application No. 14/738,829 ...................... 5, 16, 19-20, 22

U.S. Patent Publication No. 20100305288 (He, et. al.) .................. 19-22

## SUMMARY OF THE REPLY

The brief submitted by the Appellee - Director of the United States Patent And Trademark Office ("Director") is wrong on both the facts and the case law, for all the following reasons, including but not limited to:

*First,* the Director argues that *Amgen v. Sanofi* represents a parallel set of facts where there was also a "common core structure" akin to the claims in this case. Brief of Appellee, page 9.[1] The exact opposite is true. As clearly distinguished from the modest class in this case, the claims in *Amgen* were for a "**vast"** potential collection of "**complex three-dimensional shapes"** that were "**incredibly diverse"** and entirely "**unpredictable**." *Amgen v. Sanofi*, 598 U.S. 594, 599-601 (2023).

*Second,* Pen had argued that he stood accused by the Examiner of not providing the chemical reagents and reactions that may be used to synthesize the claimed metallole polymers. Opening Brief, page 18. The Director counters by stating rather that "the Examiner simply found that the information in Pen's specification is not sufficiently tailored to enable metallole polymers having ***any***

[1] The Director states that Pen "relies" on *Amgen*. Actually, Pen asks this court to **distinguish** this case from *Amgen*, a case that was not even before the PTAB in the argument below, and was only cited by them *sua sponte* after that argument was submitted.

substituent R group." Brief of Appellee, page 11 (emphasis original).

For the purposes of this appeal, by adopting the position above what the Director has effectively done is concede that the disclosure in the specification does in fact enable at least one embodiment of the class. And that being the case, the rest of the class is enabled if it shares "**some general quality**" throughout the class that gives it "**a peculiar fitness for the particular purpose**," which in this case is the conductivity of the core backbone. *Amgen* citing *The Incandescent Lamp Patent*, 159 U.S., at 475, 16 S.Ct. 75 (1895)[2] (emphasis supplied).

*Third*, Pen contended to the PTAB below, **and has again already contended here,** that "one skilled in the art" would already be familiar with, and would anticipate, the two simultaneous reactions that comprise the synthesis; 1) the polymerization of monomers based on pyrrole, and 2) the concurrent amine substitution that is favored by the positioning of the amines in the 3 and 4 positions in this case. Appx156, Opening Brief, pages 16-17. **Neither the Examiner, nor the Director, has ever disputed these contentions**, which now stand as doubly undisputed. And that being the case there is nothing deficient in this application with regards to the **theory** of the synthesis.

[2] Here again, *Incandescent Lamp* is a case that is distinguished from the facts of this case, where in *Incandescent Lamp* there was no "general quality" found in their set of facts.

*Fourth,* for the first time on appeal the Director argues that the specification is defective because the exact "x" **number** of R groups is not specified. The Director makes this new point repeatedly, over and over, as if it was alone dispositive. Brief of Appellee, pages 5, 6, 7, 9, 10, 14, 15, and 22. But Examiner failed to clearly make an "x" argument, either in the final rejection of this '878 application,[3] or to the PTAB. In fact, Examiner never argued to the PTAB that Pen had not specified **all possible R groups**, he instead falsely asserted that Pen had specified **none of them,** and only in a single place. Appx181, lines 8-9.

*Fifth*, the Director argues that Pen should be precluded from making reasonable common sense arguments that no lay person would ever dispute, let alone one skilled in the art, distinguishing the facts of this case from *Amgen* and *In re Wright,* 999 F.2d 1557 (Fed. Cir. 1993). Brief of Appellee, page 19. Since neither of these cases were argued below, and were only cited by the PTAB itself *sua sponte* after the fact, of course Pen must be permitted to tender his counter arguments. Here the Director perhaps fails to grasp that their own proposed standard of what "a reasonable mind might accept as adequate to support a

[3] In the first office action in the prosecution of this '878 application, Examiner asked Pen to simply clarify in the claims that the"x" was in fact the number of R groups, even as he conceded he already knew what Pen intended. Appx094. The question played no part in the final rejection and never came up again.

conclusion" must cut decisively in Pen's favor here. Brief of Appellee, page 13.

*Sixth*, the Director puts great emphasis on the question of a "working example" as if, again, this was alone dispositive **against** Pen. Brief of Appellee, pages 1, 3, 7, 10, 15, 17, 22 and 23. But while under *In re Wands*, 858 F.2d 731 (Fed. Cir. 1988) this can be a factor **in favor** of an enablement argument, **the possible lack of a working example is not a demerit**. *See*, e.g. *Allergan, Inc. v. Sandoz Inc*., 796 F.3d 1293, 1310 (Fed. Cir. 2015)

*Seventh*, virtually all of the *Wands* factors were framed by Examiner as "undue experimentation" questions. Appx181, 182, 183, and 185. And the Director argues the same thing here, over and over. Brief of Appellee, pages 6, 7, 8, 11, 14, 15, 18 and 21. Indeed, the only analysis the PTAB even did of the factors in the *Wands* case was to quote this expression. Appx007. But the Director offers this Court no actual quantitative guidance whatsoever on the question of what may or may not constitute "undue" experimentation in the context of a chemical synthesis. **Whereas, Pen has already provided that guidance,** by his citation, on this precise point, of the controlling case, *Genentech, Inc. v. Novo Nordisk*, 108 F.3d 1361 (Fed. Cir. 1997). Opening Brief, page 21. There it was held that experimentation was "undue" only where, in stark contrast to the facts in this case, there is "no disclosure of any specific starting material or

of any of the conditions."[4] *Id.* at 166.

*Eighth,* the specification of this '878 application expressly teaches that the length of the polymer is potentially unlimited, teaching that "under the synthesis conditions presented, one skilled in the art should recognize that the chains **will continue to extend until the starting materials are consumed.**" Appx055 (emphasis supplied). At no time did Examiner object to this, or make it a part of his final rejection, or any argument to the PTAB. It was the invention of the PTAB itself *sua sponte* to make this argument against Pen after the fact of submission of the case to them. And despite the Director's opportunistic attempt to latch on to this point, Brief of Appellee, pages 1, 5 and 9, it further flies in the face of the science of polymerization that is already before this Court.[5] Opening Brief, pages 8-9.

*Ninth*, the Director would have this Court read the "state of the prior art"

[4] So again, this case is distinguished from the facts in the *Genentech* case. And it must be good law, because this exact case was cited by the PTAB in their decision on another point. Appx007.

[5] It's not as if a proper definition of the word "polymer" wasn't already part of the record, going all the way back to the parent '829 application. Appx221. And it's in the pending '878 application as well. Appx055. It was only because the PTAB overstepped in this way, with such a blunder of basic polymeric science, that Pen was compelled to ask this Court to additionally take judicial notice of relevant and correct definitions.

factor in *Wands* as limiting inventions to things that have already been invented. The Examiner literally argued to the PTAB that Pen's disclosure was insufficient because the Fukuzawa reference in particular would not enable Pen's invention Appx181-182, which the Director echos here over and over. Brief of Appellee, pages 1, 4, 6, 10, 15 and 16. It cannot be known if the PTAB even considered this, because their opinion does not analyze the *Wands* factors at all. But clearly, Pen only cited this reference (Chem. Asian J. 2009, 4, 1386, 1395) as **an example of an inferior formulation that could not possibly work for the conductive purpose of this invention**. Appx054. Instead, the "state of the prior art" *Wands* factor here is comprised of the standard pyrrole polymerization and amine substitution reactions which are undisputably known to those skilled in the art for the purposes of this appeal. *See Fourth*, *supra*.

*Tenth*, with no scientific support whatsoever, for the first time on appeal the Director argues the utterly preposterous theory that some R side group might "adversely affect" the electroconductivity of the backbone chain. Brief of Appellee, page 10. Not only are such new arguments on appeal improper, the basis of the conductivity is clearly explained in the specification, and it has nothing to do with any R group. Appx049, lines 6-16.

*Eleventh*, with no scientific support whatsoever, for the first time on appeal

the Director asks this Court to speculate on whether some R group might have an adverse affect on the synthesis of the invention. Brief of Appellee, page 22, lines 4-7. Besides it being improper to consider this new argument at all, in point of fact the original specification taught an opposite effect.

*Twelfth*, while dependent claim 2 is for additional "tandem" metal atom chains "coordinated" with the conducting backbone chains of the primary invention, there are **no metal atoms** in the core structure of any of the claims, and none are attached to them. Appx 160. The Director is totally confused in referring to "metal R groups." Brief of Appellee, page 20. Metal atoms can be no such thing, by the definition of R group that the Director itself offers this Court..

## ARGUMENT

### 1. *Amgen v. Sanofi* Is Categorically Distinguished Because There They Had No Common Core Structure At All, While Here The Function Is Based On The Core Structure

*Amgen v. Sanofi* was not a case cited by Pen below. It is not even a case that was argued, let alone by the Examiner. Instead, it was a case that the PTAB dug up on its own **after** the appeal there was submitted to them. Pen's primary interest in *Amgen* is in demonstrating how its facts are so different from this case.

The central question, as already highlighted in Pen's Opening Brief, is the relationship between **"structural"** variants and **functionality.** Opening Brief at 9.

At this point one might well paste in every paragraph of the entire section A of the opinion of Justice Gorsuch, because there isn't a word in it that doesn't support Pen's argument that *Amgen* is the exact opposite of the situation here. This Court may pick any of them and reproduce them in full for the purpose of its ultimate opinion, though compacted here, with citations removed.[6]

> "**Antibodies are incredibly diverse.** Some scientists estimate that there may be as many unique antibodies as there are stars in the galaxy . . . This diversity shows up in both **structure and function**.
>
> Start with structure . . . Antibodies are made up of amino acids, and scientists commonly identify a particular antibody according to its specific sequence of amino acids . . . the atoms of the amino acids interact with each other, they create folds that result in **complex three-dimensional shapes.** Scientists refer to an antibody's intricate topography as its "tertiary structure."
>
> An antibody's **structure does much to dictate its function—its** ability to bind to an antigen and, in some instances, to block other molecules in the body from doing the same . . . Different antibodies have different binding and blocking capacities based on the amino acids that compose them and their **three-dimensional shapes**.
>
> Despite recent advances, aspects of antibody science remain **unpredictable.** For example, scientists understand that **changing even one amino acid in the sequence can alter an antibody's structure and function** . . .It's going to get a Nobel Prize for somebody at some point, but translating that sequence into a known three-dimensional structure is still not possible." *Amgen* at 599-601 (emphasis supplied).

---

[6] Most of the citations are to a certain "Winter Brief" that the Supreme Court found especially helpful to get the science right.

The Supreme Court ruled against Amgen in their case precisely and only because there was no uniform core structure in their claims that could be relied on to deliver functionality, let alone predicted. The "vast" class of antibodies, the "entire kingdom" for which the Supreme Court would not grant Amgen exclusive licence included literally every possible three-dimensional structure that could ever exist. *Amgen* at 613.

The exact opposite is the case here. As clearly and expansively taught in the original specification, and as already quoted in Pen's Opening Brief at page 11, the conductivity of the invention is a function of the **conjugated chain of alternating single and double bonds** in a ladder polymer,[7] where the core twin functional structures are identical across all claimed variations of the invention. Appx049, lines 6-16.

---

[7] In yet another new argument on appeal, the Director argues that the structures taught by Pen might not be conductive at all, and there would be a consequent "need to test." Brief of Appellee, page 18. At no time did Examiner ever reject on this ground, even admitting to the PTAB that the claims were for a "**generic**" conductive polymer. Appx181, line 7. Moreover, the original specification included a citation, Appx048-049, to a learned treatise published by Alan J. Heeger, inventor of polyacetylene and **winner of a Noble Prize** for his "discovery and development of conductive polymers," where he teaches that extended chains of conjugated single and double bonds can have conductivity "approaching that of copper," **even when only "partially oriented**." So it necessarily follows that Pen's structures, which are fully constrained in a planar formation can be no less so. SAppx061, column 1, Appx049, lines 10-12.

On actual scrutiny of *Amgen* therefore, the Director got it exactly upside down. The Director argues that Pen's claims are "**like** the antibody claim" in *Amgen* because they are "only limited by a common core structure," Brief of Appellee, pages 10-11. But as we just read, there is no common core structure whatsoever in the *Amgen* claims, which take the form of "complex three-dimensional shapes" that are not even predictable.

**2. The Specification Provides The Starting Material And Reaction Conditions For Enabling The Keystone Member Of The Class, Which Necessarily Enables Other Members Of The Class With The Same Basic Core Structure**

It cannot be disputed that the specification identified the primary monomer starting material of the invention as pyrrole-3,4-diamine. Neither can it be disputed that the multiple literature references[8] and other details in the specification enable the synthesis presented. Even the Director now admits:

> "[T]he Examiner did not find that the '878 application provides no information about **the chemical reagents and reactions that may be used to synthesize the claimed metallole polymers**."[9] Brief of Appellee, page 12.

That gets us to the founding member of the class, named as polycyclopyrrole ("PCPy") by Pen. Appx074, **Fig. 1**.

---

[8] Also attached hereto as part of a Supplemental Appendix Addendum.

[9] Despite the misleading name, there are no metal atoms in a metallole.

But what the Director still fails to grasp is that admission ends the argument and this case. No matter how the Director tries to exaggerate the size of the class, using hyperbolic words like “massive,” the Director admits they all share one of two “polycyclic backbones.” Brief of Appellee, page 14, lines 13-15.

This is more than sufficient to enable all other members of this so limited class, where the controlling case law only requires a common “general quality,” as even *Amgen* would allow:

> “All this is not to say a specification always must describe with particularity how to make and use every single embodiment within a claimed class. **It may suffice to give an example** (or a few examples) if the specification also discloses **‘some general quality ... running through’ the class** that gives it ‘a peculiar fitness for the particular purpose.’ *Incandescent Lamp*, 159 U.S., at 475, 16 S.Ct. 75,” *Amgen* at 610-611 (emphasis supplied).

Here we have far more than a “general quality,” we have twin functionally identical core structures. The only variations would be an R group attached to some of the nitrogen atoms in the backbone chain, and as to these Pen gave sufficient enabling examples both in the original specification, Appx053, lines 4-5, 15-19,[10] and to the PTAB below, Appx193, lines 15-19, Appx194, lines 4-7.

---

[10] The PTAB gave PEN credit for one variation, no R group, Appx010, but there was so much more. For example, Pen not only taught the use of hydrogen, hydroxyl, or the counter-ion of an acid, as R groups, but taught exactly how those R groups could be added, by a redox reaction in the battery application of dependent claim 5, Appx068, Appx193, lines 15-19 (argument to the PTAB).

### 3. Examiner And The Director Have Now Had Two Opportunities To Dispute Pen's Contentions About What One Skilled In The Art Would Know *A Priori*, And Have Failed To Do So

Among many other things Examiner objected to **for the first time in the last, final rejection** was that the specification failed to disclose **"**synthetic route **including mechanism**." Appx183. As the drafter of the patent, Pen is entitled to presume what "one skilled in the art" would necessarily know on their own. The reaction by which standard pyrroles polymerize is well known. It has been the position of Pen throughout these appeals that the second and concurrent step in the synthesis, the substitution of adjacent amine groups is also a well known reaction. All this relates to the "state of the prior art" and "predictability in the art" *Wands* factors. Pen made these points in his Appeal Brief to the PTAB. As to the latter:

> "At this point one skilled in the art would know one of the amines in the 3 or 4 position of the starting material would be oxidized to a conjugated imine, a highly reactive functional group that could not help but participate in a substitution reaction with an adjacent and perfectly positioned amine substituent, especially under the catalyzing acidic conditions expressly specified by applicant. This is all absolutely predictable, the starting material, pyrrole-3,4-diamine is expressly given, with an additional synthesis of that taught in the continuation-in-part 16/104,878 specification, paragraph [0030]." Appeal Brief to the PTAB, Appx 156-57.

And also in Pen's Opening Brief here that same language was quoted again. Appellants' Brief. Page 17. If any of this was not good science, Examiner and the

Director have had every fair opportunity to dispute these presumptions . . . **and have failed to do so.**

Accordingly, for the purpose of this appeal these are not only undisputed contentions, they have now been doubly undisputed. Pen says all this is within the certain grasp of "one skilled in the art" and neither the PTAB nor the Director has ever even countered the theory of the synthesis.

**4. The Director's New Argument On Appeal On The "x" Number Of R Groups Is Not Only Untimely, It Is Greatly Exaggerated**

The PTAB opinion said nothing about any "x" number, and no "x" appears anywhere in the Examiner's Answer to the PTAB. Indeed, **at no time** did Examiner argue that Pen had not identified **all R groups**. Instead, there was just a **single false assertion** that Pen had specified **none of them**. Appx181, lines 8-9 (debunked by footnote 10 above, Appx193, lines 15-19, Appx053, lines 15-19). All the Director is doing here is trying to throw every piece of spaghetti they can think of against the wall, whether it was ever on the Examiner's plate or not.

The Director has itself already provided this Court with the case law on why untimely appeal arguments cannot be heard. *See In re Google Tech. Holdings, LLC*, 980 F.3d 858, 863 (Fed. Cir. 2020); *In re Baxter Int'l, Inc.*, 678 F.3d 1357, 1362 (Fed. Cir. 2012).

But even beyond that, the Director raises the specter of "***any*** number of R groups 'x' from zero on up," trying to make it sound like the biggest possible issue. Brief of Appellee, page 9. In this case, the "M" atom in the figures has already been restricted to nitrogen,[11] which one skilled in the art would know can only form a maximum of three bonds to other atoms without acquiring a positive charge.[12] So in **Fig. 4** the "x" number would be necessarily be zero, and in **Fig**. **2** the "x" number would be at most one, for most practical purposes. Appx074-075.

**5. If The PTAB Can Make A *Sua Sponte* Argument After The Case Is Submitted To Them, Surely Pen Can Offer His Rebuttal Here**

In multiple places, the Director makes a new argument on appeal, and then contends that Pen has **forfeited** his right to counter it, apparently because Pen did not psychically preempt it before the PTAB. Brief Of Appellee, pages 19-20. In this case, the PTAB cited new inapposite cases that were never even considered in the argument, *Amgen* and *Wright,* which we will continue to discuss here. Appx007-008. And the PTAB also made a new factual argument asserting that a polymer of potentially unlimited length was a ground for rejection, which will be

[11] When this '878 application was filed options were still included for all other suitable metallole atoms like sulfur and phosphorus, which can form higher order numbers of bonds. But Examiner required Pen to restrict the application to just one, greatly reducing the scope of the class right there. Appx083.

[12] An absolute maximum of 4 total bonds (not R groups) in the latter case.

further rebutted in section 8, *infra*. Appx008.

Pen has already just demonstrated for purely structural reasons[13] just how inapposite the *Amgen* case is, in section 1, *supra*. But, in his Opening Brief Pen had offered additional rebuttal on purely common sense grounds that any lay person can understand, no "expert testimony" or "learned treatise" required. Brief of Appellee, page 19.

Seriously . . . that there is no electrical conductivity between two points that are not connected, is there even a plausible debate about that?? Any lay person knows that electricity follows the path of least resistance. Without a path there is no conductivity.

Any R groups, if present, are **side groups,** for example the hydrogen atoms in figure on page 15 of the Opening Brief attached to the nitrogen atoms in the number one position, which the Court can see for itself. And that's all Pen was saying in his Opening Brief here, that the R groups are clearly connected to nothing else, and that the teaching of the specification was that the core conductivity is a property of the polycyclic backbone chains alone, with their alternating double and single conjugated bonds. Opening Brief, pages 11-12.

The Director has argued in its own standard of review section:

---

[13] Countering the structural argument in the Brief of Appellee, page 11.

> "This Court has defined substantial evidence as that which '"a reasonable mind might accept as adequate to support a conclusion."' *In re Gartside*, 203 F.3d 1305, 1312 (quoting *Consol. Edison Co. v. NLRB*, 305 U.S. 197, 229-30 (1938))." Brief of Appellee, page 13.

Pen simply requests that reasonable minds now do what reasonable minds do.

Just as in *Amgen*, the variations were everything for *Wright*, where the goal was to bind to viruses to inhibit them. The infinitely variable three-dimensional structures of the envelope proteins of fast mutating viruses presented **exactly the same functional dilemma** as in *Amgen,* where their invention wouldn't work at all without a close structural mating. *Wright* at 1560. As a consequence the Court noted:

> "[M]any of the appealed claims encompass vaccines against AIDS viruses and that, because of the high degree of genetic, antigenic variations in such viruses, no one has yet, years after his invention, developed a generally successful AIDS virus vaccine." *In re Wright* at 1562.

So again, in stark, diametric contrast to these other two cases, the common core conductive structures here are everything for the function for this invention, and any possible R group variations are nothing.

## 6. A Working Example Is Not Mandatory To Enable A Patent Application

The Director puts a great deal of undue emphasis on the question of a "working example." This is just one of the things that the Examiner never asked

for in the **six years**[14] this patent prosecution had taken already, up to the final rejection of the second successive application ('878). There is a clue to the weakness of this argument, repeated over and over, in the Director's filing. The Director refers to Pen's **Figs. 1** and **2** as "prophetic" examples. Brief of Appellee, page 15, line 1. Prophetic? That's a curious word to use in the context of a patent application. So Pen looked it up, and here is what Pen found, the first case being in a similar scientific formulation field to this case.

> "The courts have sanctioned the use of prophetic examples to meet the written description and enablement requirements for a patent application. *See*, e.g., *Allergan, Inc. v. Sandoz Inc*., 796 F.3d 1293, 1310 (Fed. Cir. 2015) ("efficacy data are generally not required in a patent application" and "**a patentee is not required to provide actual working examples**"). A patent application does not need to provide a guarantee that a prophetic example actually works. *Id.* at 1310. "Only a sufficient description enabling a person of ordinary skill in the art to carry out an invention is needed." *Id.* The courts have further cautioned that the presence of prophetic examples alone should not be the basis for asserting that a specification is not enabling; rather, a lack of operative embodiments and undue experimentation should be determinative. *Atlas Powder Co. v. E.I. du Pont De Nemours & Co.*, 750 F.2d 1569, 1577 (Fed. Cir. 1984)." 86 FR 35074 (emphasis supplied).

Since a working example is not a mandatory requirement, the Director is beating over and over a horse that was never alive in the first place.

[14] Including the virtually identical '829 parent, this being year nine now.

### 7. With Regards To The *Wands* Factors The Bottom Line Is the Standard Of Undue Experimentation, And That Is Controlled By *Genentech*

The PTAB credited the Examiner for presenting "a detailed discussion of the *Wands* factors" despite the fact that he did not actually cite *Wands.* Appx006. So while Pen was not alerted that it was a *Wands* argument specifically he was supposed to be countering, Pen did indeed rebut the individual points presented; for example, Appx194 (state of the art), Appx158 (working example), etc., and in particular on the question of undue experimentation:

> "The test of enablement is not whether any experimentation is necessary, but whether, if experimentation is necessary, it is undue. *In re Angstadt,* 537 F.2d 498, 504, 190 USPQ 214, 219 (CCPA 1976)." Appx 157.

But what is the actual dividing line between due and undue experimentation? That is the critical importance and value of the *Genentech* case, cited for this purpose in Pen's Opening Brief at page 21.

The Director quotes language from the same section of *Genentech* as Pen, but quite deliberately misses the point entirely in the language they highlight. Brief of Appellee, page 21. It is precisely because **Genentech did not provide starting material or reaction conditions** that they could not salvage their position with a knowledge of one skilled in the art argument. "**Genentech's arguments, focused almost exclusively on the level of skill in the art**."

*Genentech* at 1366. There is no such problem with Pen's specification, as we have already established, and as the Director has already admitted, at least as far as the first embodiment of the class. *See* section 2, *supra.*

Pen's knowledge of one skilled in the art argument is quite different, **and is directed to Examiner's complaint that not enough theory was taught.** *See* section 3, *supra*. With teaching of the starting material and reaction conditions in hand,[15] the specification is fully enabling whether one understands the reaction mechanism or not. Thus again, no finding of "undue experimentation" can be made, the only aspect of the *Wands* case that the PTAB opinion even discussed.

**8. From The Very Beginning Of The Parent '829 Application The Claims In This Case Have Been For A Long Chain Polymer**

The only reason why any "more than" some "n" number language ever became a part of any of these claims is because in the parent '829 prosecution Examiner demanded that Pen distinguish his invention from a reference Examiner had found, He, et. al (US 20100305288), which showed a short oligomer of no more than 8 monomer subunits, with sulfur as the heteroatom. Appx231.

[15] The Director has now filed a Supplemental Appendix containing the Fukuzawa research paper. So for completeness, Pen will be attaching hereto his own Supplemental Appendix Addendum to that, containing the research papers **from the specification** which gave all the standard pyrrole polymerization reagents and conditions, plus the published '829 application, continuing from Bates number SAppx016.

Pen had already taught that such short molecules were useless for bulk conductivity, contrasting his invention with another virtually identical formulation, the Fukuzawa paper. SAppx026, paragraph [0042], lines 7-15.

> "In the case of sulfur there are examples in the scientific literature of short oligomers limited to as many as eight sulfur atoms so arranged, but no attempts at full polymerization. [Chem. Asian J.2009, 4, 1386, 1395, Fig. 6]. Such short constructions will not conduct very far, a critical difference if conductivity is the objective, such that for this purpose polymers have a fundamentally different character from what are called oligomers." *Id.* from the parent '829 application, **and identical** to the current '878 application. Appx054, lines 8-12.

Way back then, Pen additionally argued that **acting as his own lexicographer** in this way obviated the need to overcome a short oligomer example like either He or Fukuzawa. MPEP 2111.01 (TV)(A). Pen even cited to Examiner the very same scientific definition of which Pen has asked this Court to take judicial notice, which formally defines a proper "polymer" as comprised of 50 sub-units on up. Appx221-222.

But Examiner was insistent that there be further limitation in the claims, and **after addition of the "more than eight" language Examiner agreed that He would be overcome by so doing**. Appx232, lines 1-2. And Examiner further agreed that the invention was **allowable "in proviso"** if the specification was revised to include the "more than eight" language. Appx230, lines 2-5. So Pen duly proceeded to file the instant '878 application so modified, and strictly for

insurance purposes included a more than 50 option, and one other.

There are two critical things to take away from all this: 1) if there is any error in any of these "more than" numbers it is an error **expressly demanded by Examiner**, and 2) all this "more than" language is in fact **entirely superfluous**, because just the words "long chain polymer" in the claims say it all. Appx067.

And the cruel irony is that, even as we are now hung up about more than this or more than that, when the Examiner demanded that the new '878 application be restricted, Appx083, and when Pen complied by electing to proceed with the nitrogen incorporated species only,[16] Appx087, any need to overcome the sulfur compounds of He or Fukuzawa, or to have any of this extra language in there to placate the Examiner, became instantly obsolete. The bottom line is that there should be **no harm** if any "more than" language remains in there, for "long chain polymer" still comports with and supercedes all. And Pen also made sure that the **new '878 application expressly taught that the length of these polymers is potentially unlimited,** as is the case with all properly designated polymers regardless, as a matter of basic science. Appx055.

In short, for the PTAB to suddenly and *sua sponte* make an issue of this after case submission, with a rejection that the polymer might be too long, is not

[16] At the same time **substantially reducing** the size of the claimed genus.

supported by any objection Examiner ever made, and beyond that is just plain scientifically uninformed. Appx008.

**9. Pen Provided Multiple References In The Specification With Reagents And Conditions For The Synthesis, And Fukuzawa Wasn't One Of Them**

Pen had an information disclosure obligation to search for and identify the closest prior art, however inferior and unsuitable for the purpose of the invention. And Pen honored that obligation by finding Fukazawa. Examiner himself found another reference virtually the same, and no better, which was the He application. And Pen made it abundantly clear the first time he referenced Fukuzawa in the parent '829 application that it in no way enabled his invention, and then Pen was only talking about sulfur.[17] SAppx026, paragraph [0042], lines 7-10.

But Examiner in his final rejection and argument to the PTAB stood the matter entirely on its head, arguing in essence that Pen tendered Fukuzawa as a example of how to perfect the invention, Appx143-144, when quite to the contrary Pen had called it out for being incapable of doing any such thing. SAppx026, Appx054. And the Director has now eagerly adopted this upside down logic and

[17] Fukuzawa could never enable even an 8 subunit analog of their product with nitrogen as the heteroatom, because the chemistry is totally different, as Pen pointed out to the PTAB. Appx194, lines 16-18. Moreover, none of the Fukuzawa products were ever proposed as conductors, but instead only as **semiconductors**, which is all that short constructions could ever aspire to. SAppx002-004, SAppx008-009, SAppx011-013.

repeats it over and over, though there is no specific evidence in their opinion that the PTAB ever took it seriously. Brief of Appellee, pages 1, 4, 6, 10, 15 and 16.

What we are talking about here is the "state of the prior art" factor in *Wands*, which the Director would have this Court construe as a requirement to show that someone else had already achieved Pen's invention exactly, before Pen invented it. Instead, the "state of the prior art" is comprised of the known chemical reactions which enable the synthesis. It was to this end that Pen provided references to no less that 5 different research papers that collectively provide all the reagents, solvents, temperature, etc., that a lab tech could hope for. For example, SAppx032, SApp034-035, SAppx041, SAppx045, SAppx051, etc.

Above all we must presume that one skilled in the art, armed with such research papers, can figure out how to perform these syntheses. And add to that Pen's additional disclosure to use a pyrrole starting monomer with amines as substituents in the 3 and 4 positions, and to catalytically acidify the reaction mixture in the range of about 2 to 5 pH, and the theory of the synthesis is complete. Appx050. Throughout 2 stages of appeal now, neither Examiner nor the Director has ever disputed this basic known chemistry. *See* section 3, *supra*.

**10. The Director's Wild Chemistry Speculations Can't Even Be Considered**

The Director now posits no less than three, more than dubious, chemistry

theories for the first time for the purposes of this appeal, to try to drum up as much confusion and doubt as possible; 1) that some R side group might "adversely affect" the electroconductivity of the backbone chain, or 2) that some R group might have an adverse affect on the synthesis of the invention, or 3) that a metal atom could even be an R group. Brief of Appellee, pages 10, 22 and 20.

In the first instance, they are precluded by their own new argument on appeal objection, and their own attorney argument objection:

> Such unsupported statements are entitled little weight. *See Icon Health & Fitness, Inc. v. Strava, Inc.*, 849 F.3d 1034, 1043 (Fed. Cir. 2017) ("Attorney argument is not evidence")(citation omitted); *see also* MPEP § 2145 ("Attorney argument is not evidence unless it is an admission, in which case, an examiner may use the admission in making a rejection."). Brief of Appellee, page 16.

But in addition, each is more absurd than the previous.

As to the first, The R groups are side groups that are not in the connected chains of atoms that create the conductivity. As to the second, in the starting material the amine groups are themselves **temporary** R groups at that stage,[18] connected to the carbon atoms in positions 3 and 4. And to the contrary, the specification taught they **enhance the regioselectivity** of the synthesis and explained the more arcane subtleties of the reason for this. Appx050, lines 10-21.

---

[18] But then get incorporated as nitrogen atoms in the rings, where one substitutes for its neighbor. *See* section 3, *supra*, Appx 156-57.

And as to third,

> An "R group" is "[a]n abbreviation for any group in which a carbon or hydrogen atom is attached to the rest of [a] molecule. Sometimes used more loosely, to include other elements such as halogens, oxygen, or nitrogen." Brief of Appellee, page 5, footnote 3.

A metal atom can be no such thing by the Director's own footnote proposed definition of an R group just above.[19] There are no metal atoms "attached" to the backbone chains even in the dependent claims. Appx 051.[20]

## CONCLUSION

Based on all the foregoing, Pen again respectfully submits that the PTAB decision mailed 6/7/2023 should be reversed as to the second ground for rejection.

Dated: March 27, 2024

/s/ The Pen

The Pen
Appellant Pro Se
954 Palm Ave., #103
West Hollywood, CA 90069
Tel: (310) 360-0640
dc@thepen.us

[19] And by the way, somehow it's OK for the Director to tender an online definition, but they would forbid this Court from granting Pen's judicial notice request for the definition of a "polymer." Brief of Appellee, pages 15-16.

[20] The reference Pen provided in the specification for the pyrrole polymerization reaction conditions with silver expressly noted that the silver atoms would be deposited as a "**by-product**," not bonded to any nitrogen as an R group. SAppx045, **Fig**. **1**.

# SUPPLEMENTAL APPENDIX ADDENDUM

# (CORRECTED)

# SAppx015-063

2023-2282

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

IN RE: PEN

APPLICATION SERIAL NO.: 16/104,878
FILED: AUGUST 18, 2018
FOR: TRUE NANOSCALE ONE AND TWO-DIMENSIONAL ORGANOMETALS CONTINUATION

---

Appeal from the United States Patent and Trademark Office
Patent Trial and Appeal Board
Appeal No. 2022-001764

---

SUPPLEMENTAL APPENDIX ADDENDUM (CORRECTED)

---

The Pen
954 Palm Ave., #103
West Hollywood, CA 90069
Tel: (310) 360-0640

*Pro Se*

March 27, 2024

TABLE OF CONTENTS


| Description | Date | SAppx Page Nos. |
|---|---|---|
| Patent Application Publication 14/738,829 | 12/15/2016 | SAppx016-030 |
| Guijin Qi, Liyan Huang and Huiliang Wang, *Highly conductive free standing polypyrrole films prepared by freezing interfacial polymerization*, Chem. Commun., 48, 8246–8248 (2012) | 06/26/2012 | SAppx031-033 |
| Eniko Pinte, Rita Patakfalvi, Tamas Fulei, Zoltan Gingl, Imre Dekany, and Csaba Visy, *Characterization of Polypyrrole-Silver Nanocomposites Prepared in the Presence of Different Dopants*, J. Phys. Chem. B, 109, 17474-17478 (2005) | 08/27/2005 | SAppx034-038 |
| Nguyen Duc Nghia and Ngo Trinh Tung, *Preparation and characterization of hybrid materials based on polypyrrole and silver nanoparticles*, J. Phys.: Conf. Ser. 187 012050 (2009) | | SAppx039-043 |
| Maria Omastova, Katarina Mosnackova, Pavol Fedorko, Miroslava Trchova, Jaroslav Stejkal, *Polypyrrole/silver composites prepared by single-step synthesis,* Synthetic Metals, 166, 57-62 (2013) | 01/17/2013 | SAppx044-049 |
| Ahman Sharifi-viand, Mohammad Ghasem Mahjani, Majid Jafarian, *Determiation of fractal rough surface of polypyrrole film: AFM and electrochemical analysis*, Synthetic Metals, 191, 104-112 (2014) | 02/26/2014 | SAppx050-058 |

| | |
|---|---|
| Alan J. Heeger, *Semiconducting and Metallic Polymers: The Fourth Generation of Polymeric Materials*, MRS Bulletin, November 2001, 900-904 (2001) | SAppx059-063 |

US 20160362522A1

(19) **United States**
(12) **Patent Application Publication**
**Pen**

(10) **Pub. No.: US 2016/0362522 A1**
(43) **Pub. Date: Dec. 15, 2016**

(54) **TRUE NANOSCALE ONE AND TWO-DIMENSIONAL ORGANOMETALS**

(71) Applicant: **The Pen**, West Hollywood, CA (US)

(72) Inventor: **The Pen**, West Hollywood, CA (US)

(21) Appl. No.: **14/738,829**

(22) Filed: **Jun. 13, 2015**

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| ***C08G 79/00*** | (2006.01) |
| ***H01B 1/12*** | (2006.01) |
| ***C08G 73/06*** | (2006.01) |
| ***H01M 4/60*** | (2006.01) |

(52) **U.S. Cl.**
CPC .............. ***C08G 79/00*** (2013.01); ***H01M 4/608*** (2013.01); ***H01B 1/12*** (2013.01); ***C08G 73/0672*** (2013.01)

(57) **ABSTRACT**

A number of new classes of polymers with the potential for electrical conduction are introduced sharing a common theme, having metal atoms in direct contact with each other, bound in one and two-dimensional structures guided by steric, dipole and coordinating ligand factors. These new classes include a new family of metallole polymers in a polycyclic arrangement, for use both standing alone, and with chains of metal atoms coordinated to their electronegative backbone atoms, new polymers of group 13 and 14 metals and metalloids, with substituents connected through an electronegative bonding atom, and a new class of close stacked porphyrin polymers, assembled with short molecular linkers perpendicular to the faces of the porphyrin units. These new materials empower new classes of capacitors, batteries and electrical conductors, even superconductors.







where M = metallole heteroatom,
R = any substituent, and x = 0-3

FIG. 1




FIG. 2




where M = metallole heteroatom,
R = any substituent, and x = 0-3

*FIG. 3*




*FIG. 4*




where M = metallole heteroatom,
R = any substituent, and x = 0-2

*FIG. 5*


NH2
3
5
7
4
6
2
8
N
N
1
9
21
22
Cu+2
20
10
24
23
19
N
N
11
18
12
16
14
17
15
13
NH2

FIG. 6



# TRUE NANOSCALE ONE AND TWO-DIMENSIONAL ORGANOMETALS

## COPYRIGHT NOTICE

**[0001]** A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office Patent file or records, but otherwise reserves all copyrights whatsoever.

## BACKGROUND

**[0002]** The rapidly growing field of nanomaterials holds out the promise of taking advantage of quantum electronic effects at the nanoscale by the creation of nanowires and thin nanosheets. However, as currently produced, nanowires in particular are still not sized down to the single atom sub-nanometer scale where such effects would be most pronounced. Being upwards of 10 nanometers in size, they should more properly be called nanorods, and what are called nanorods today are even larger.

**[0003]** In the conventional practice of organometallic chemistry, the organometallic reagents are generally thought of as a means for functional group change and/or chain building acting on other reagents, not intended as the primary component of the end product. Even where experiments have been done toward making polymers which include metallic atoms, the emphasis is generally on the non-metallic part of the polymerization process, and where if there are metal to metal bonds at all they are tenuous, discontinuous, strained, or unstable. [Polymer Degradation and Stability, 2011, 96, 1841]

**[0004]** With respect to the simple conduction of electricity there is simply not enough copper on the planet to provide for copper wiring for everyone, and the production of aluminum requires vast amounts of electrical power just to produce the metal itself. Realizing the full theoretical potential of conducting polymers holds out the promise of electrical conductors with reduced or even no actual metal content required.

**[0005]** Accordingly, there is a need to develop a new class of nanoscale polymeric materials, which we will call organometals, as distinguished from the usual usage of the word "organometallic," with the primary emphasis on metal to metal bonds, while at the same time achieving regular one-dimensional or two-dimensional structures, so that the products behave as metals, but with vastly increased edge boundaries and surface areas, to take full advantage of quantum effects supportive of applications like new super capacitors, battery materials, and very efficient conductors, even superconductors. At the same time, some of the supporting materials for these new applications possess their own independent utility, which will also be broadly developed at the outset of the description below. For categorization purposes, all the new materials described herein are polymers with electrical conducting potential, usually realized through doping.

## OBJECTIVES OF THIS INVENTION

**[0006]** This application teaches how to use steric, dipole and electronegativity effects to induce metal atoms to bond together in regular and stable, one and two-dimensional nanoscale structures. To achieve this as a practical matter, methods are taught whereby either one or two stable anti-metal substituents are coordinated, or covalently bonded, to metal or metalloid (hereinafter collectively "metallic") atoms, by electrochemical means, chemical reduction of metal atoms, dehydrocoupling, dissolving metal reductions or chemical vapor deposition ("CVD"), and where the substituent functional group then guides the structure desired. In this context, "anti-metal substituent" means a functional group having a non-metallic atom other than carbon and hydrogen (the definition of an "anti-metal" atom) being the atom bonded to or coordinated with the metallic atoms. This definition of "anti-metal" as used below is distinguished from the term "heteroatom" as commonly used in organic chemistry, which would also exclude carbon and hydrogen, but would include metals and metalloids.

**[0007]** The choice of a coordinating or a covalently bonded substituent for these purposes is determined by the method of this invention by the particular metal involved and its idiosyncratic properties. For the metals in groups 2 through 12, coordination structures are diverse, and compounds are ionic rather than covalent, with the exceptions being the family containing nitrides, carbides, etc., and where organometallic bonds to carbon are highly polarized and reactive. By contrast, in group 13 trigonal covalent bonding is usually the order of the day, with carbon organometallic bonds again very reactive. And for the metals in group 14 tetrahedral covalent bonding is inherent.

**[0008]** For specific example, to create extended linear chains of metal bonded copper or silver atoms this application teaches how to construct in some embodiments new formulations of nitrogen atom rich coordinating polymeric backbones, which for all future purposes we will refer to as polycyclo-pyrrole (PCPy) and polycyclo-pyrazine (PCPz), designed so that the coordinating ligand nitrogen atoms are structurally spaced to correspond to the distance of metal-metal bonds, where metal atoms can then be deposited in those liganded positions, or for use standing alone for other electrical conduction and power storage purposes. In the case of nitrogen in a PCPy type structure, there is also a useful reduced oxidation state, and this method can be extended to other metalloles.

**[0009]** In another embodiment, methods are taught for achieving discreet layers of a two-dimensional stanene product, which can be visualized as having the tin atoms arranged in an extended hexagonal cell pattern, extensible to other Group 14 metallic atoms, and favored in this structure by opposing dipole interactions between adjacent metallic atoms created by attached anti-metal substituents.

**[0010]** In other embodiments, aluminum atoms, for example, are induced to bond in linear chains, strengthened by anti-metal substituents acting as electron donating groups, extensible to other Group 13 metallic atoms.

**[0011]** And in yet further embodiments copper or silver ions bound in a porphyrin derived structure are put into a close linear contact chain by linking the porphyrin units together edgewise perpendicular to their planes, with options for other metal atoms there as well.

**[0012]** As a broad overview, all the methods disclosed herein have a singular guiding theme, using anti-metal covalently bonded or guiding coordinate functional groups to encourage the metal atoms into the desired positions as they bond or connect together in the synthesis process.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0013]** FIG. **1** is a representation of the polymeric unit in polycyclo-pyrrole (PCPy).

**[0014]** FIG. **2** is a representation of the polymeric unit in a polycyclo-metallole reduced by two electrons in relation to polycyclo-pyrrole.

**[0015]** FIG. **3** is a representation of the polymeric unit in polycyclo-pyrazine (PCPz).

**[0016]** FIG. **4** is a representation of the polymeric unit in a generalized and fully oxidized polycyclo-metallole.

**[0017]** FIG. **5** is a representation of a porphyrin modified according to the method of this invention in one embodiment with amine linking points in the 5 and 15 porphyrin numbering positions.

**[0018]** FIG. **6** is a representation of metal complexed porphyrin subunits stacked togther with short edge linkers perpendicular to their faces.

## PRIOR ART

**[0019]** There are only sparse prior examples of direct metal to metal bonds in polymers with the exception of the Group 14 atoms, and there mostly attempts to synthesize linear polystannanes and polysilanes which we will address separately in a moment. Otherwise all one mostly finds are examples of isolated pairs of metal atoms bonded together and incorporated somewhere into a chain [Alaa S. Abd-El-Aziz, Ian Manners, *Frontiers in Transition Metal-Containing Polymers*, A John Wiley & Sons, Inc., 2007, p. 288, Equation 7.1], metal atoms alternating with other bonding atoms along a chain [J Organomet Chem, 2014, 751, 67], or larger clusters of metal atoms embedded in an overall polymerized material [Acc Chem Res, 2014, 47 (2), 579, FIG. **5**; J Appl Phys, 2011, 109, 104301, FIG. **1**; Macromolecular Research, 2012, 20 (10), 1096, Scheme 1; U.S. Pat. No. 7,988,887; U.S. Pat. No. 6,334,965; U.S. Pat. No. 5,919,402]. None of these just recited examples enable the kind of continuous metal atom to metal atom contact on a true nanoscale which is the objective sought by this invention.

**[0020]** With regards to published syntheses of the polystannanes already mentioned, these have been limited to examples of alkyl or aryl groups [Adv Mater, 2008, 20, 2225; Appl. Organomet Chem., 2011, 25, 769; J Organomet Chem, 2011, 696, 3041; Macromolecules, 2007, 40, 7878, Table 1], and on occasion hydrogen [Canadian Journal of Chemistry, 02/2011, 65(8), 1804, Equation 1], as additional substituents bonded to each tin atom, with such compounds proven to be sensitive to light decomposition and moisture.

**[0021]** U.S. Pat. No. 5,488,091 ("Tilley") claimed polystannanes with substituents that might include alkoxy and other anti-metal substituents as defined here. However, there is no evidence that Tilley ever attempted to synthesize any such compound, in practical application focusing entirely on "dialkyl-, diaryl-, and mixed alkyl-, aryl-hydrostannanes." Tilley, col. 3, lines 52-54. In particular, Tilley did not disclose the geometry of a two-dimensional product consisting of planar polycyclic hexagonal rings, what would theoretically be called a decorated (that is mono-substituted) stanene, specifying only that a mono-substituted hydrostannane starting material could result in "branched" products. Col. 3, lines 54-57. Moreover, Tilley's method, employing bulky transition metal complexes for his dehydrocoupling reactions, unlike the sterically compact dehydrocoupling catalysts taught herein in one embodiment, could not achieve a stanene structure if that was the objective, instead favoring linear chains in all cases. Col. 8, lines 38-42.

**[0022]** There was a purely theoretical study published in 2013 showing representations of decorated stanene with one non-tin substituent per tin atom, which might have included halogens or an alcohol [Phys Rev Lett, 2013, 111, 136804, FIG. **1**]. The authors of the paper proposed no actual synthesis route except a generic reference to molecular beam epitaxy (and various exfoliation techniques presuming the pre-existence of the material in bulk), where any substituents would be provided from a separate component apparently participating in some kind of in situ chemical reaction during a polymerization process, which would not provide meaningful control over the exact number of substituents added per individual metallic atom. Another purely theoretical paper from 2015 depicted hydrogen decoration [Small, 2015, 11 (6) 640]. And just recently there has been a paper submitted claiming the achievement of a stanene containing tin alone, or oxidized after the fact by hydrogen peroxide, by a method of "ultra-fast light matter interaction in liquid ambience followed by hydrazine treatment," with no other suggestion of any inherent and integral substituents. [http://arxiv.org/abs/505.05062, submitted for publication]. In short, if any method had been heretofore disclosed, by Tilley or anyone else, for achieving as a practical matter a decorated stanene, the most recent theoretical reviews surely would have taken note of it.

**[0023]** Linear polysilanes substituted with chlorine or hydrogen atoms have been obtained [*Advances in Polymer Science, Silicon Polymers*, Muzafarov, A. M (ed.), Vol. 235, 2011, "Modern Synthetic and Application Aspects of Polysilanes: An Underestimated Class of Materials?," A. Feigl, A. Bockholt, J. Weis, and B. Rieger, p. 3, FIG. **3**], and there are alkyl and aryl polysilanes [J Organomet Chem, 2000, 611, 26, Scheme 1; Advances In Organometallic Chemistry, 2004 Elsevier Inc., Joyce Y. Corey, "Dehydrocoupling of Hydrosilanes to Polysilanes and Silicon Oligomers: A 30 Year Overview," Volume 51, p 1, Table II, p. 19] There is an instance of a claimed polygermyne with hydrogen substituents (sometimes referred to as germanane), in a stanene style configuration, obtained by decomposing a zintl compound. [Adv Mater, 2000, 12 (17), 1278; Acc Chem Res, 2015, 48, 144-151], and there have been various network polymers [Electrochemistry 2003, 71, 257; Macromolecules, 1993, 26, 869; Appl Phys Lett, 1994, 65, 1358]. But previous attempts were handicapped from their outset from achieving the kind of results demonstrated here because they did not apply the key electron donating, steric and dipole teachings of this application, which if respected enable this entire class.

**[0024]** And metal to metal polymerization of Group 13 metallics has never before been attempted where there are anti-metal atom bonds involved, though there is one isolated example of purported "polymers" [U.S. Pat. No. 3,508,886], with too many substituents to enable the full metal to metal atomic interactions taught herein.

**[0025]** Taken altogether there appear to be no meaningful examples in the literature of attempts to polymerize Group 14 metallic atoms, which would be exclusive of carbon, with a single anti-metal substituent bonded to each metallic atom by a non-metallic atom from Group 15, 16 or 17, and

likewise for polymerization of Group 13 metallic atoms. This application seeks to fill in these inventive gaps with enabling teachings.

**[0026]** There have been examples of porphyrin structures necklaced together with intervening bonding ligands. [Journal de Physique Colloques, 1983, 44, C3-633] or edge linked in a plane [Chem. Commun., 2011, 47, 10034, Scheme 2; U.S. Pat. No. 8,865,025; U.S. Pat. No. 8,669,359]. It has been noted that porphyrins have an inherent tendency to stack [J Phys Chem, 1995, 99, 7632, FIG. **1**], but no previous worker has attempted to join porphyrin structures incorporating complexed metal atoms face to face so that there is a continuous chain of close contacting metal atoms, achieved through the method of this invention by utilizing short molecular edge linkers perpendicular to the face of the porphyrins. Other workers have only contemplated longer, extended linkers. [New J Chem, 1999, 23, 885; Photochemistry and Photobiology, 1989, 49 (5), 531; Bull Chem Soc Jpn, 2001, 74, 907; Nature, 1994, 369, 727; J Biol Inorg Chem, 2007, 12, 1235] In this one embodiment only, the metal atom is technically in its full ionic state, though the net charge of the metal-porphyrin salt adduct is neutral.

**[0027]** Keeping this general overview in mind, additional specific prior art references are provided below to show how they are distinguished from the various novel embodiments herein. A substantial number of closely related patents have been granted for conductive polymers with some degree of conjugation and the participation of heteroatoms, especially recently, with increasingly byzantine formulations. It suffices for the purposes of the the IDS filed with this application to cite one representative example from each of the active researchers. A quick scan of the molecular structures depicted therein discloses no examples of extended polycyclic heteroatom rich polymers, not constantly interrupted by loose single bonds, as distinguished from the structures taught in this application in various embodiments, which is where we will now begin.

## DESCRIPTION

**[0028]** As a first order of business in creating some of the new polymeric structures described above we will need to create new linear ribbon chain backbone polymers rich in bonding ligands. So that these chains will maintain a relatively stiff straight line orientation, they will be polycyclic. There are some examples of structures of so-called ladder polymers of this sort, but more heteroatom poor than those disclosed here, which is critical for the purpose of embodiments which require a close spaced lineup of such atoms [G. Insulate, *Conducting Polymers, Monographs in Electrochemistry*, Springer-Verlag Berlin Heidelberg, 2012, p. 21, for example poly(2-Aminodiphenylamine); Protein Engineering, 1987, 1 (4), 295, FIG. **2**]. Otherwise most previous conducting polymers are interspersed with various single bonds [Alan J. Heeger, MRS Bulletin, November 2001, 900, discussing his Nobel prize in the field]. It cannot be emphasized enough that any single bonds not conformationally constrained to be coplanar with the double bonds they are supposed to be conjugated with, appearing in what is intended as a conductive structure, is fatal to the theoretical potential of that conductivity.

**[0029]** One example is conventional polypyrrole, with pyrrole molecules linked from their 2 to their 2' (or 5', the same where the pyrrole is its own mirror image) positions. Leaving aside the influence of metal atoms for just a moment, if one would hope to create a conducting solely organic polymer, single atom bonds which can twist make the pi-transfer of electrons through a presumptively conjugated chain of alternating single and double bonds imperfect. The theoretical point of various ladder-like polymers is to lock the polymer chain in a ribbon-like plane for full conjugation. Additionally, anywhere in such a structure that an embedded benzene moiety can be looked at in isolation this becomes an electronic sticking point that is happy being its own island of resonance. And by incorporating more nitrogen atoms in particular into new ladder polymer structures, by the method of this invention we can achieve more facile pi-electron conjugation.

**[0030]** As demonstrated by the following:

**[0031]** Starting with pyrrole,3,4-diamine, a structure can be synthesized as in FIG. **1**, which we shall call polycyclopyrrole (PCPy). One facile route to this objective is to reduce commercially available 1-(1-methylethoxy)-1H-pyrrole-3,4-diamine (CAS No. 927415-80-3) with $LiAlH_4$ to the desired starting material, a quantitative reaction. Then under acidic conditions this can be electrochemically oxidized [as for standard polypyrrole, Synthetic Metals, 2014, 191, 104] and/or chemically oxidized by $FeCl_3$ [Chem Commun, 2012, 48, 8246; J Phys Chem B, 2005, 109, 17474; U.S. Pat. No. 5,855,819], or ammonium persulfate [Journal of Physics: Conference Series, 2009, 187, 012050], etc., to polymerize to the desired end product.

**[0032]** In the synthesis of conventional polypyrrole the carbon atoms at the 2 and 5 positions are counted on to preferentially stabilize the presumed radical intermediates, due to their proximity to the electron donating nitrogen atom in the ring, through there are still side products. One would think that amines in the 3 and 4 positions of pyrrole would disturb this regioselectivity. But if we perform the reactions under acidic conditions, in the range of about 2 to 5 pH, both the primary amino groups are protenated as salts (with the amines themselves acting as buffers), and become electron withdrawing groups instead, with the deactivating reverse effect at positions 3 and 4. The nitrogen in the 1 ring position of pyrrole does not protenate under these conditions, as the existing bound hydrogen of simple pyrrole is relatively acidic to begin with, as reflected by its pKa of 16.5, due to the influence of two vinyllic connections, whereas the peripheral amines in this material have only one each, and less acidic for that reason, and not being part of the ring as well.

**[0033]** Given that the protonated 3,4-aminopyrrole is a polarized molecule, its orientation can be constrained in a strong magnetic, electric or electromagnetic field, or any combination of them, where each is oriented on a different axis [see for example http://arxiv.org/abs/1501.03702, physics.chem-ph, submitted for publication]. Accordingly, in other embodiments the polymerization reaction can be conducted in such fields, which act to orient the resulting polymer also directionally. And it is expressly anticipated that this method can be extended to any polymerization reaction where the polarity of the reactants can in this manner assist in such specific orientation.

**[0034]** To further control the regiospecificity of the PCPy synthesis, another preferred route is to start with commercially available 4-amino-3-pyrrolidinol (CAS No. 77898-64-7). Here the alcohol can easily be oxided to the ketone, whereupon exhaustive alpha and gamma iodination and elimination yields 2,5-diiodo-4-amino-azol-3-one. This can

be converted to the mono-boronic ester by single equivalent Miyaura borylation. Whichever iodine goes in this process, the intermediate products can be isolated and separated respectively, and Suzuki coupled to themselves with perfect polymer regiospecificity, whereupon conjugated imine formation by the addition of acid completes the polycyclization, and where the iodo-Suzuki coupling proceeds in quantitative yields.

**[0035]** Having demonstrated that the PCPy polymer can be synthesized, we will now proceed to incorporate chains of metal atoms, encouraged to assemble coordinated with such a structure by the close spaced ligands in the PCPy backbones. An elegant way of doing this is to use as an oxidizing agent an ionic metal salt of the very metal we want to incorporate. It is already known that Ag+1 ions will oxidize and polymerize pyrrole. [Synthetic Metals, 2013, 166, 57] We can use silver in this way, or alternatively Cu+2 which is close to the silver ion in reduction potential, or even Cu+1, or Ag+2 from silver (II) oxide, which is thought to consist of one silver atom in the +1 oxidation state and one in the +3, and a strong oxidizer for this reason. In this manner, as each reduction takes place in the polymerization of 3,4-aminopyrrole, by the method of this invention, as each metal ion falls out of solution in its zero oxidation state there are nitrogen ligands right there to shepherd it into position. In this case electrochemical assistance is a concurrent option. As further options we can buffer the reaction solvent with additional tertiary amines, or add non-oxidizable chelating agents, such as those known by those skilled in the art to smooth standard plating reactions. Alternatively, silver can be deposited into fully preformed PCPy electrochemically.

**[0036]** The spacing of the nitrogen atoms on each side of the backbone of this new polycyclo-pyrrole material is about 360 pm, which is close to the van der Walls diameter of silver (345 pm) in its zero oxidation state. In the case of using silver or copper ions in their +1 oxidation state for the reaction, two atoms of metal are being deposited for each new nitrogen that extends the double chain on one side or another, with the possibility of another backbone chain liganding on the other side. With the +2 reagent ions it is only one atom of metal per nitrogen. Similar procedures can be carried out with other metal ions with sufficient redox potential, in particular gold and platinum, but silver and copper are the best natural conductors, with copper of course the most inexpensive and available. Less preferable, but still options, are other metal atoms in Group 2-12 that at least can be plated out of solution even if they are not themselves oxidizing polymerization agents.

**[0037]** These examples should be taken as the most simple implementation of close spaced nitrogen ligand backbones for this purpose, with two such backbone chains running tandem on each side of the molecular polymer ribbon. To achieve maximum resonance in this first case there are no points available for additional molecular connections on the liganded edge of the molecular ribbon facing out on either side. But one skilled in the art might assemble a single one of these ligand backbone edge atom chains, connected on the other side in any other arbitrary way, for connections for anchoring or other purposes, as long as the close spaced structure of the backbone itself is preserved as demonstrated.

**[0038]** Lest it pass unnoticed, we have further achieved by the method of this invention in this last embodiment dual modes of conductivity, by resonance through the main polymer backbone, together with conductivity through the tandem metal chains, using relatively small amounts of actual metal on a total mass ratio basis.

**[0039]** Also of interest are related structures in the form represented by FIG. **2**, which though reduced by one 2-electron stage per repeat in relation to FIG. **1** remain fully conjugated and potentially conducting structures, an interesting and important point to observe. With nitrogen as the heteroatom, using our original starting material, this represents the variation of the PCPy already introduced with one additional substituent per nitrogen unit, in an intermediate oxidation state, were we to stop the reactions above at this point. One way to force this is to attach an additional alkyl, oxygen attached, carbonyl, or other group to each nitrogen atom in the starting pyrrole. Whatever the heteroatom in FIG. **2**, the R groups could be any substituent that will bond to the heteroatom in any of its possible oxidation states. In this construction the structure can be seen as having embedded in it a structurally locked analog of cis-polyacetylene, with idealized potential conductivity for that reason. Furthermore, in this case the additional groups attached to nitrogen atoms can be used as linkers to other structures, with total control of what linkers are on the respective tandem sides, including for the purpose of enhanced solubility, which has always been an issue with polyacetylene itself.

**[0040]** It is otherwise another objective of this invention to enable unprecedented electrical power storage capabilities, in one embodiment by the transition from the form in FIG. **2** (still highly conductive) to the form in FIG. **1**, and back. Consider an electrochemical cell with an acidic electrolyte and an insulating porous separator where both electrodes in the fully discharged state consist at least in part of polycyclo-pyrrole, one of which electrodes we will arbitrarily choose to be the anode and the other the cathode. Applying a charging current to this cell converts the anodic material to the form of FIG. **2**, with hydrogen as the R group (in this half cell consuming acidic hydrogen), whereas the cathodic material is also converted to a material in the form of FIG. **2**, but with either hydroxy (with consumption of water), alkoxy (with alcohol) or the counter-anion of the acid in the electrolyte (depending on the choice of acid) as the R group (all freeing acidic hydrogen).

**[0041]** This is a battery with no memory effect (in its fully discharged state not even as to which terminal is supposed to be which), with potentially unlimited charging cycles, and with the electrodes formed as highly porous materials with large surface areas having immense power density. For electrode fabrication purposes, using the electrochemical synthesis method above PCPy can be deposited as a film directly onto conducting porous material of any kind, including graphite and carbon nanotube aerogels, first allowing for the starting material to fully diffuse throughout. And to eliminate the possibility of polymer decondensation at the cathode the electrolyte can be anhydrous or incorporate alcohols instead of water, or additional ammonia can be dissolved in the electrolyte. It is interesting to note that if an isopropoxide of nitrogen was to form it would be the same bond chemistry as in the original molecular source material for our PCPy synthesis above, 1-(1-methylethoxy)-1H-pyrrole-3,4-diamine, where we began by removing the alkoxide, meaning that battery electrodes can also be produced in their charged formulations.

**[0042]** Likewise parallel FIG. **2** structures can be created with group 16 atoms like sulfur and oxygen, in other embodiments using alternate synthesis methods because conversion of those atoms to electron withdrawing groups is less facile than with nitrogen substituents in the 3 and 4 positions. In the case of sulfur there are examples in the scientific literature of short oligomers limited to as many as eight sulfur atoms so arranged, but no attempts at full polymerization. [Chem Asian J, 2009, 4, 1386, 1395, FIG. **6**]. Such short constructions will not conduct very far, a critical difference if conductivity is the objective, such that for this purpose what are properly called polymers have a fundamentally different character from what are called oligomers. To achieve a proper and full polymer, by the method of this invention, 3,4-thiophenedithiol (CAS No. 87207-45-2) can be selectively brominated in the 2 and 5 positions, in one preferred embodiment the loose thiols can be protected as a thio-acetal, and then Rieke zinc at −78° C., and subsequent treatment with the nickel catalyst $Ni(dppe)Cl_2$, will effectuate the 2-2' polymerization [J Am Chem Soc, 1995, 117 (1), 233]. Deprotection of the thiols under acidic conditions then completes the double cyclization into polycyclo-thiophene, PCTh, with condensation on conjugated thione intermediates.

**[0043]** Alternatively, one of the thiols could be replaced with hydroxy, and following the Miyaura-Suzuki scheme described above for PCPy we can achieve a parallel result. Higher oxidation states of polycyclo-thiophene, with oxygen atoms on sulfur also support battery applications, for example, in the charged state with the PCTh just described as the anodic material, and with the sulfur atoms oxidized to their +6 state, bonded also to two oxygens, as the cathodic material. In one embodiment the form in FIG. **2** can be used alone. A PCPy based battery in another embodiment can be constructed in a similar manner, with higher oxidation states of nitrogen akin to this last sulfur example.

**[0044]** By like means a polycyclo-furan product, PCFu, incorporating oxygen atoms is also available through Suzuki or other couplings, using furans in the form of enol ethers in the 3 and 4 positions, and employing dehydrating conditions for the final condensations. Such enol ethers are also a path to PCPy, in other embodiments by condensing them with ammonium acetate after deprotection, with a sulfur source for PCTh, etc. And corresponding structures with other Group 15 and 16 atoms can also be contemplated by these means, including mixing heteroatoms in the same polymer, though the full functional beauty of these new structures as conductive polymers is found in the perfection of their symmetry.

**[0045]** It is even possible to incorporate metalloids in these structures, for example with silicon as the heteroatom with two methyl groups each. 1,1-dimethylsilole is a known compound, and stable at −78° C., slowly forming Diels-Alder dimers at room temperature [J Organomet Chem, 1981, 209, C25]. Additional substitutents on the ring carbons provide additional stability. Accordingly, starting with commercially available 1,1-dimethyl-2,5-dihydro-1H-silole (CAS No. 16054-12-9), treatment with one equivalent of BuLi creates an anion in the 3 position where despite the beta silicon effect the hydrogens on the alkene are still more acidic than the secondary alkyl hydrogens in the 2 and 5 positions. This can be silated with dimethyl-trifluoromethyl-chlorosilane (or alternatively dimethylmethoxychlorosilane), with inverse addition of the anion to preferentially expel the chorine. Exhaustive iodination (or bromination) and elimination with non-nucleophilic base adds iodines (or bromines) in the 2 and 5 positions and completes the oxidation to the full silole, with now 2 double bonds, which opens the door to conversion first to the mono-boronic ester by Miyaura borylation. Whichever iodine goes in this process, the intermediate products can be isolated and separated respectively and Suzuki coupled to themselves with perfect polymer regiospecificity, whereupon treatment with strong non-nucleophilic base abstracts the sole remaining vinyllic hydrogen (pKa 43) of each silole unit in the 4 position slowly, with then fast nucleophilic attack on the adjacent 3'-silyl group, ejecting a trifluoromethyl anion (conjugate acid pKa 25-28) to complete the polycyclization to polycyclo-silole, PCSi. Alternatively, the silyl linkage polymerization can be performed first to avoid the possibility of cross-linked products, in one embodiment with the addition of halides in the 2 and 5 positions subsequently. Solubility of the polymer product in all embodiments above, where there is room for substituents on the hetero ring atom, can be enhanced by attaching longer substituents than methyl to it, including alkyl chain and ether linkages, sulfate termination, etc.

**[0046]** Another route to PCSi is from 1,1-dimethyl-2,5-iodo-3,4-dimethylmethoxysilyl-silole, obtained in a parallel manner as just above, which can then be polymerized with acetylene under Sonogashira conditions, preferably by reacting with a large excess of the acetylene first to isolate the 2,5-ethynyl derivative, and then repeating the Sonogashira reaction with an equal equivalent of the previous di-iodo material. This polymer will then undergo dual silyl internal ring formation on each of the acetylenic units by treatment with lithium naphalenide, followed by iodine quenching [J Am Chem Soc, 2003, 125 (45), 13663, Scheme 2]. Here again trifluoromethyl anion can be the leaving group from each new silyl linker, an innovation by this applicant to boost yields, as it will mostly likely only be disturbed by a strong carbanion in close quarters.

**[0047]** Moreover, it is expressly anticipated that these same principles could be extended to any other polycyclo-metallole. The expression metallole is commonly understood to include a variety of unsaturated 5 membered ring heterocycles, whether the heteroatom incorporated is technically a “metal” or not, including all the Group 13, 14, 15 and 16 heteroatoms, plus titanium and zirconium. Those in the form of FIG. **2** where the heteroatom can sustain three covalent bonds or more, if hydrogen or other labile substituents are employed, can be further oxidized to the generalized form of FIG. **4**, replacing what was the nitrogen of PCPy in FIG. **1**. These can even be interconverted amongst themselves, for example by reaction with phenylboron dichloride to produce phenyl substituted polycyclo-borole, PCBo. Polycyclo-phosphole, PCPh, is another material with battery potential given the facile multiple oxidation states of phosphorus, along the same lines as the PCTh battery chemistry example above. There were some proposals by one of the original inventors of polyacetylene, and others, to store charge by p- and n-type doping of that material [U.S. Pat No. 4,442,187], and another scheme using polyaniline [U.S. 4,820,595]. The materials taught herein are superior for battery applications because they not only participate in full-fledged redox reactions in both directions (rather than just charge doping,) but also retain their full conjugated conductivity in all forms.

**[0048]** It is further the insight of this applicant that all the chain creation reactions described herein are perhaps less than optimally performed in conjunction with stirring, which tends to tangle the growing chains, whereas what we want in various embodiments are highly ordered structures, in principle the more crystalline the better. For this reason a two-compartment reaction device may be used to minimize turbulence, separated by a membrane or other porous separator permeable to some reactants but not other larger ones. So for a typical example in the case just above, a key small molecule component of the metal coupling reaction, in one embodiment an activating base for a platinum or palladium chloride derivative, can be added to one compartment and allowed to diffuse slowly into the other where the reaction takes place.

**[0049]** Likewise, parallel procedures to those employed for our PCPy can be applied to the production of the novel polycyclo-pyrazine (PCPz), FIG. **3**. In one embodiment the penultimate material is 2,3,4,5-tetraamino-2,3-dihydropyrazine, a previously unreported compound. But starting with commercially available 2,2-diaminoacetic acid (CAS. No. 103711-21-3), this is first double BOC protected, and then converted directly into the amide using $B(OCH_2CF_3)_3$ and an excess of ammonia [J Org Chem, 2013, 78 (9), 4512], which after deprotection can then be self cyclized using $Et_3OBF_4$ [by analogy to J Org Chem, 1968, 33 (4), 1679]. This tetraamino-dihydropyrazine will undergo a trans-amidine condensation under the same acidic conditions as for polycyclo-pyrrole above, and then can be electrochemically oxidized to polycyclo-pyrazine standing alone, or by using oxidizing metal atoms, again as above, including for the parallel purpose of laying down coordinated linear chains of metal atoms. Another synthesis option is to replace the aminos at positions 5 and 6 of a dihydropyrazine with ketones, in one embodiment with the polycyclization aided by again $Et_3OBF_4$.

**[0050]** Moving to the stanene objective, or what in the first instance is described as a decorated stanene (with one anti-metal substituent per tin atom), it is already known that polymerizing tin with various di-alkyl or aryl substituents does not lead to stable products, being both light and moisture sensitive. So before even attempting our own tin atom polymerizations of any kind, we can promote the stability of our end products by using more electron donating functional groups, preferably alkoxy, though secondary amine, amide, ester, sulfide, or other any other such electron donating group can be used, the purpose being to stabilize by induction the tin to tin bonds, where the bond between the metallic atom and the anti-metal substituent is through an anti-metal atom in Groups 15 and 16. And we will not perforce exclude the halides in Groups17, because they exert a dipole effect, as do all these other functional groups just mentioned.

**[0051]** The dipole effect we speak of is related to the anomeric effect in sugars. According to theory, there are two competing considerations there. First, in cyclo molecules with more bulky substituents, steric effects will favor having them in the equatorial positions, precisely what we don't want for the formation of two-dimensional sheet structures. Second, where the substituent is electronegative, a dipole is created which will favor opposing axial orientation between adjacent ring atoms, so that the dipoles do not repel, which also favors formation of 6 membered rings as opposed to 5 membered rings. This latter effect is more pronounced in non-polar solvents. We eliminate the first concern in two ways by the method of this invention, by keeping the substituents sterically small, and by taking advantage of the longer bonds between metallic atoms in the rings, longer than the carbon-carbon bonds in sugars. Second, because the electronegativity difference between metals and our anti-metal substituent connecting atoms is greater, all other things being equal, than their electronegativity difference from carbon, the dipole effect is stronger than in the sugar model. Both these considerations now favor axial positioning, and have been theoretically ignored by previous attempts to use large alkyl and aryl substituents with minimal electronegativity differences in the connecting bond atoms. In addition, certain substitutents like amides offer inter-substituent hydrogen bonding possibilities which work further in our favor.

**[0052]** So starting for example with trichloromethoxystannane, available from reacting tin tetrachloride with ¼ equivalent of methanol, this can polymerized electrochemically, or by means of a dissolving metal reduction, to yield the methoxy decorated stanene. Sonification helps to drive these reactions to completion. Alternatively, this same starting material can be reduced to methoxystannane (the trihydride) with $LiAlH_4$, and then deposited by small complex dehydrocoupling catalysts, or CVD. There is one example in the scientific literature of the accidental incorporation of a very minor fractional portion of some methoxy in what was intended as a purely mono-alkyl polystannane, because unreacted chlorines were quenched with methanol [Polymer, 2000, 41, 441, FIG. **2***c*].

**[0053]** It is worth noting again that the few previous attempts that might have resulted in mono-substituted polystannanes by dehydrocoupling have yielded linear polymers with one hydrogen remaining on board each tin atom, because the catalyst was too bulky to proceed further [J Organomet Chem, 1985, 279, C11], or else have resulted in network polymers. [Macromolecules, 1990, 23, 3423; Electrochimica Acta, 1999, 45, 1007] For this reason, the smallest possible dehydrocoupling catalysts are recommended according to the method of this embodiment, to minimize steric hindrance, for example platinum or palladium halides, which can be hydride or base activated in situ. All these transition metal catalysts are most efficient when coordinated at least in part to electron donating ligands, including various amines, imines and nitriles, which can be multidentate. This was what is referred to by a "small complex dehydrocoupling catalyst," specific preferred examples of which would include coordinating the metal with two acetonitrile ligands, diammine, (1E,2E)—N,N'-dimethyl-1,2-ethanediimine, TMEDA (tetramethylethylenediamine), and similar small footprint molecules.

**[0054]** The stability problem with previous linear polystannanes once synthesized is that they decompose into cyclic structures. But in this embodiment it is our aim to create extended cyclic structures as the most stable form. Given that ultimately the most stable thermodynamic form is in fact the stanene structure, the polymer structure can be perfected after synthesis by combinations of heat, pressure, and electromagnetic energy exposure (UV, microwave, etc.), remembering that the tin to tin bonds are still weaker than the tin-alkoxy bonds and will redistribute, presuming we do not apply so much kinetic energy that the result is solid solution precipitation of trialkoxy tin. Other polymerization

conditions are known to those skilled in the art, presuming the selection of starting materials taught by this application is followed.

**[0055]** To obtain mono-halogenated products, in one embodiment fluorotrichlorostannne is the starting material, made by reacting tin tetrachloride with a ¼ equivalent of a fluoride salt in a nucleophilic reaction. Because the redox potential of fluorine is greater (and its bond to tin stronger) than that of chlorine, it is then possible to remove the chlorines selectively by control of the driving voltage across the electrochemical cell. This enables a path to a structure which was heretofore purely theoretical. And from fluorostannane, dehydrocoupling and CVD are also options.

**[0056]** However arrived at, as a decorated structure with mono substituents in alternating anti positions, these form a buffer layer on the surface of the two-dimensional structure, which tends to passivate it, and the two-dimensional layers can then assemble into a bulk three-dimensional material, as does graphene in graphite. While stanene itself has properties of a topological insulator, conductivity is available at its boundary interfaces, which is the point of nanostructuring, or via doping.

**[0057]** In another exemplary embodiment we can arrive at fully oxidized stanene, with alternating aromatic type double bonds, by then doing elimination of these decorations. So for example, halogen decoration can be removed with hydrides or in a dissolving metal reaction, and then the whole structure can be oxidized using catalysis by base, transition metal dehydrogenators, etc.

**[0058]** As an alternative, a bromine decorated stanene can be subjected to ½ equivalent of $LiAlH_4$ to remove ½ the bromines, and in the presence of a tertiary amine or other non-nucleophilic base the other half of the bromines can be eliminated with extended resonance mechanisms. One starting material for this purpose, bromostannane, can be obtained by dropwise inverse addition of three equivalents of sodium bis(2-methoxyethoxy)aluminumhydride (Red-Al) in toluene to tetrabromostannane in the same solvent under inert atmosphere, with the reaction being driven also by the precipitation of NaBr. The addition is slowed near the end of the addition to minimize full reduction to the pyrophoric stannane gas, whereupon the bromostannane (highly flammable if not pyrophoric itself) boils off at a low temperature as it forms, and can be condensed at 0° C. directly into a second connected flask containing the dehydrocoupling metal complex catalyst right there.

**[0059]** And these same principles can be extended to any of the other Group 14 metals and metalloids which will form tetrahedral covalent bonds to obtain stanene style structures. For example, methoxysilane (CAS No. 2171-96-2) is commercially available, and can be used as it comes for dehydrocoupling or CVD as already taught herein. Similarly, one skilled in the art could substitute in the coupling reactions any other functional groups besides hydrogen or halides that can be reduced off with the generation of metal to metal bonds.

**[0060]** We now endeavor to synthesize stable linear polymetal chains. In contrast to the known (and known unstable) di-alkyl and di-aryl polystannanes, parallel attempts to incorporate the other substituents taught above (other than chlorine in the case of silicon) are conspicuously absent from the actual research literature. Here the electron donating properties of most of the anti-metal substituents already mentioned tend to strengthen the metal-metal bonds, making these compounds more stable. In the case of the Group 14 metals and metalloids, we can simply use the above procedures on the di-substituted metal compounds, dimethoxydichlororstannane, dimethoxystannane, etc. In addition, with the latter, dehydrocoupling, in this case using a sterically hindering catalyst like Wilkinson's catalyst (the optimum large complex dehydrocoupling catalyst) to discourage cyclization, is a favored embodiment for removing hydrogens. The evolving hydrogen produced can be allowed to simply boil off, or be captured with a sacrificial alkene like cyclohexene.

**[0061]** As other means of encouraging linear chains, liganding and sterically guiding helper molecules can be used also in alkali metal reductions, for example crown ethers in liquid ammonia, and these same principles apply to electrochemical working solutions as well, again using smoothing chelating agents. Both these are examples of using molecular structures to semi-protect the metal atoms until they form metal to metal bonds. Furthermore, it is also possible to pre-synthesize seed chains of more than six metal atoms in length, separate out any cyclized product, and then extend those seed chains by dropwise addition of more starting material, where extension of the seed chains is then favored over cyclization reactions.

**[0062]** In other embodiments, the new one and two-dimensional structures taught herein can be co-deposited and intercalated with electrically insulating molecules, to enhance the isolation of the conducting metal channels. For example silicon dioxide can be dissolved in superheated water at 340° C., and then cooled to drop out of solution interspersed around the linear chains, or between the two-dimensional stanene layers already realized.

**[0063]** Extending these principals to the Group 13 metals, here tetrahedral boding is not an option, so we will first consider mono-substituted metals for chain formation. In the case of aluminum, the choice of alkoxy substituents is again considered to be the most stable at normal temperatures, both as an end product, and manageable under the various reaction conditions above. Highly electronegative substituents like fluorine must be handled with care at least until the metal atoms are consolidated into a bulk solid material, as when mono or di-substituted they are more reactive than pure aluminum, which itself is flammable as a finely divided powder. But the formulation will work for any of the substituents considered above for poly-Group 14 applications. And discouraging ring cyclization by any of the means just above again favors linear chains.

**[0064]** In a typical procedure, aluminum tribromide is reacted with one equivalent of methanol in otherwise dry organic solvent added dropwise to produce methoxydibromoalane. This can then be coupled electrochemically or by dissolving metal reduction. Or the remaining bromines on the methoxyalane can be reduced off by NaH, and subjected to either large complex dehydrocoupling catalysts or CVD, again as above. Alternatively, as an intermediary product a mixed halo alkoxy alane can be reduced with a pure aluminum hydride like $NaAlH_4$, which after giving up a hydride equivalent becomes incorporated as part of the product, and then redistributed in the reaction itself. In this latter case, for example, if the objective was the equivalent of one alkoxy substitutent per aluminum atom, equal portions of $Al(OMe)_2Br$ and $NaAlH_4$ would be combined to achieve that net end proportion. Whether by redistribution or not, the polymer starting material can be isolated and purified, demonstrating

the advantage of these methods for exact control over the number of substituents per metallic atom. One skilled in the art will now appreciate that by the method of this invention any intermediary proportion of anti-metal substitutents can be achieved down to what would be considered mere doping level.

**[0065]** These are the first polyaluminum organometals, and clearly distinguished from Flagg, et al.[U.S. Pat. No. 3,508,886, already cited], both in method and end result. Flagg claimed a "polymer" produced by reacting various aluminum hydrides with HF gas. All that could ever hope to accomplish would be the replacement of hydride substituents with fluorine substituents on the aluminum atoms, and regardless of any other substitutents would in no case reduce them to create actual metal to metal bonds, but instead an ionic coordination network. And when Flagg attempted his method with pure aluminum trihydride [his Example 2] the reaction went further awry by reacting with and incorporating the THF solvent used as a third substituent (in addition to two fluorines on each aluminum atom), with apparently no room provided for metal-metal bonds.

**[0066]** One skilled in the art will now recognize that the linear chains of polyaluminum taught herein, once created, will associate with other chains, each conducting electron exchange as in a true metal. In this manner these one-dimensional structures assemble themselves into three-dimensional bulk materials. This is not only true of the mono-substituted product, as bonding either one or two substituents only to an aluminum atom will tend to predispose it to coordination type bonding to other aluminum atoms, more like the transition metals. Any metal atom that will tri-bond can be used by the method of this invention in a similar way. Moreover, with regards to all the one and two-dimensional polymetallic structures described above, alloys mixing combinations of different metallic atoms are also anticipated embodiments.

**[0067]** Lastly, another application of ligand coordinated structuring of metal to metal atom contact will now be demonstrated in the form of close perpendicular edge linking of metal ion porphyrin complexes. In biological systems, a metal ion in such an environment, already coordinated to four nitrogen atoms, will readily accept electrons from additional electron donating ligands, like molecular oxygen or carbon monoxide. In a similar manner, when such metal ions are held in direct proximity, they can transfer elections from one to another, conducting electricity.

**[0068]** To create these structures we will require functional group substituents on the periphery of the porphyrin complexes for linking purposes. In one preferred embodiment, a Grignard reagent is made from 2-bromopyrrole (CAS. No. 38480-28-3). This can then be reacted with pyrrole-2-carbonyl chloride (CAS No. 5427-82-7) to give the ketone, which when reacted with ammonia to give the primary ketimine can then be reduced to the amine by sodium cyanoborohydride, or alternatively formic acid. With that in hand, reaction with any simple aldehyde will complete the four sub-unit cyclization to a porphyrin type structure. If desired the peripheral amine function can be protected during the subunit ring formation, or the ketones first formed can be protected as ketals and reduced to amines at the end.

**[0069]** This product can then be complexed with Cu+2 ion to give copper porphyrin with amino groups ending up in the 5 and 15 positions according to porphyrin structure numbering, FIG. **5**. Perpendicular linking and stacking of the porphyrin units, FIG. **6**, can then be achieved by dropwise addition to them of two equivalents of a phosgene equivalent, and where any discontinuities (two adjacent aminos each with a loose acyl choride already attached) are healed by the liberated chloride ions regenerating phosgene with the ejection of trisubstituted nitrogen as a leaving group, after one of the acyl chlorides forms a bridge with it. This can be further facilitated by the addition of an iodide salt, like KI.

**[0070]** We note that the distance across the linked nitrogens is 180 pm in this case, very close to the size of the Cu+2 ion, so the stacking distance is optimum. Moreover, if any elemental copper was to be formed, the size of copper in reducing to its zero oxidation state increases to 280 pm, no longer a good fit for the liganded porphyrin central cavity, and will be displaced by another copper atom still in the ionic state, or will be reoxidized in that highly conducive environment.

**[0071]** With this close perpendicular linking teaching in mind, one skilled in the art might adopt any manner of other linking strategies suitable for single chain polymers, using other linking functional groups or other positions on the periphery of the porphyrin complexes, for example radical initiated vinyl chloride in place of the amine linking points, or including additional linking points at the 10 and 20 positions for tetra-linking. In the case of polymerized vinyl chloride linkers, elimination of the chlorines is a known route to the conducting polymer polyacetylene, and the same path can be followed with polyvinyl bromide.

**[0072]** In other variations the porphyrin derivatives can be extended with additional peripheral structures as long as the core four ligand arrangement remains intact, and other double bonds could be moved around or hydrogenated in any arbitrary manner that does not disturb the bonding state of the core nitrogens themselves, though a carbaporphyrin is allowed by less preferred. Parts of the porphyrin structure could even be cut away and replaced with other linkages, or other anti-metal atoms substituted, as long as the result is a flat stable structure.

**[0073]** Furthermore, beyond copper the principle of this structure can be extended to any other metal ion that will similarly complex with a porphyrin, including silver, which in the porphyrin cavity environment is oxidized to the +2 state, magnesium, iron, etc. In another embodiment, the attachment of electron withdrawing or electronegative groups, for example fluorine or trifluoromethyl, to the periphery of the porphyrin, including positions 2, 3, 7, 8, 12, 13, 17, and 18, will tend by induction to reduce the bonding distance of the ligand nitrogens, so as to better accommodate slightly larger ions.

**[0074]** Simply stated, what is claimed in this last embodiment category are essentially four atom ligand coordination units (porphyrin equivalents) containing a complexed metal ion, linked directly together with polymer chains perpendicular to the plane of the complexed units so that the successive metal ions are in electronic contact distance with each other. This stack represents the first true nanowire with a core of exact one single chain of metal atoms.

**[0075]** Taken together, all of the embodiments above teach related methods of using coordinating ligands, dipole effects, and/or sterically controlling functional groups to structure metal atoms joined in direct contact in one and two-dimensional, even and regular structures, stabilized by

appropriate electron donating effects, to maximize their conductivity potential on a quantum level. The nitrogen ligand backbone structuring polymers required for guiding some of these structures have their own conducting and metallic character, and can be used separately for that purpose, as can related structures with other heteroatoms. And we should reiterate before concluding that any of these structures can have their conductivity greatly enhanced by doping, as is already known for different but chemically comparable compositions by those skilled in the art.

**[0076]** Those skilled in the art will appreciate that the present invention may be susceptible to variations and modifications other than those specifically described. It will be understood that the present invention encompasses all such variations and modifications that fall within its spirit and scope.

I respectfully claim:

**1**. A polycylic heteroatom rich polymer with a repeating unit as depicted in either FIG. **1**, FIG. **2**, FIG. **3**, or FIG. **4**.

**2**. The polymer of claim **1**, where metal atoms in the zero oxidation state are co-deposited with and coordinated to the heteroatoms in the polymer.

**3**. The polymer of claim **2**, where the metal atoms are either silver or copper, and the heteroatoms are nitrogen.

**4**. The polymer of claim **1** used to store or provide electrical power.

**5**. The polymer of claim **4**, where the polymer participates in a redox reaction as a component in the anode or the cathode of a battery.

**6**. The polymer of claim **1** where the polymer is produced under the influence of magnetic, electric and/or electromagnetic fields to orient the polymer molecules.

**7**. A two-dimensional organometal polymer comprising,
a) Group 14 metallic atoms, with each such metallic atom with metallic bonds to three other such metallic atoms, arranged in planar polycyclic hexagonal rings,
b) where each such metallic atom also has a fourth bond to an anti-metal substituent, where the fourth bond is to an anti-metal atom from Group 15, 16 or 17, in the anti-metal substituent,
c) synthesized under minimally sterically hindering conditions.

**8**. The polymer of claim **7**, where the minimally sterically hindering conditions are selected from the group of small complex dehydrocoupling catalysts, electrochemical polymerization, dissolving metal reduction, and CVD.

**9**. The polymer of claim **7** incorporating a dopant other than an anti-metal substituent.

**10**. The polymer of claim **7** intercalated with electrically insulating molecules.

**11**. The polymer of claim **7** where the structure is perfected by means selected from the group of heat, pressure and electromagnetic energy exposure, in any combination.

**12**. A one-dimensional organometal polymer comprising,
a) Group 13 metallic atoms, with each such metallic atom with metallic bonds to two other such metallic atoms,
b) where each such metallic atom also has a third bond to an anti-metal substituent, where the third bond is to an anti-metal atom from Group 15, 16 or 17, in the anti-metal substituent.

**13**. The polymer of claim **12**, synthesized under conditions selected from the group of
(a) large complex dehydrogenation catalysts,
(b) electrochemical polymerization or dissolving metal reduction in the presence of coordinating chelating agents, and
(c) CVD.

**14**. The polymer of claim **12** incorporating a dopant other than an anti-metal substituent.

**15**. The polymer of claim **12** intercalated with electrically insulating molecules.

**16**. A metalloporphyrin polymer comprising
a) porphyrin equivalent units, each coordinated in its central cavity to an oxidized metal ion,
b) where porphyrin equivalent units are stacked together, joined at their edges by molecular linkers perpendicular to the faces of the porphyrin units,
c) closely spaced so as to put the metal ions in direct linear contact with each other.

**17**. The polymer of claim **16**, where the linkers are attached to positions 5 and 15 of the porphyrin units, and optionally also to positions 10 and 20.

**18**. The polymer of claim **16**, where the metal ion is selected from the group of copper, silver, magnesium and iron.

**19**. The polymer of claim **16**, where the linkers act as conducting polymers.

**20**. The polymer of claim **16** where electron withdrawing or electronegative groups are substituted at any of positions 2, 3, 7, 8, 12, 13, 17, and 18, of the porphyrin units.

* * * * *

Published on 27 June 2012. Downloaded by University of Southern California on 3/12/2024 9:44:02 PM.

Cite this: *Chem. Commun.*, 2012, **48**, 8246–8248

www.rsc.org/chemcomm

**COMMUNICATION**

# Highly conductive free standing polypyrrole films prepared by freezing interfacial polymerization†

**Guijin Qi, Liyan Huang and Huiliang Wang***

***Received 31st May 2012, Accepted 26th June 2012***
**DOI: 10.1039/c2cc33889k**

**Highly conductive free standing polypyrrole (PPy) films were prepared by a novel freezing interfacial polymerization method. The films exhibit metallic luster and electrical conductivity up to 2000 S cm$^{-1}$. By characterizing with SEM, FTIR, Raman and XRD, the high conductivity is attributed to the smooth surface, higher conjugation length and more ordered molecular structure of PPy.**

Conductive PPy has attracted plenty of attention due to its excellent properties, such as chemical stability and relative environmental stability, biocompatibility, optical and electrical properties, *etc*. In particular, PPy films with a high surface/mass ratio are a kind of materials of great promise, their unique properties grant a wide range of applications: *e.g.* flexible electrodes, liquid crystal displays, gas separation membranes, sensors, *etc.*[1] PPy films are generally fabricated by electrochemical polymerization,[2,3] chemical interfacial polymerization[4–7] or *in situ* depositing method.[8] Among these approaches, interfacial polymerization is a facile and effective way to synthesize free standing PPy films. However, the reported conductivities of the PPy films are rather low. For example, Wang *et al.* prepared porous free-standing PPy films at the gas–water interface, and the conductivities of the PPy films are in the range of $10^{-3}$–$10^{-2}$ S cm$^{-1}$.[5] Jin *et al.* fabricated PPy films at an air–ionic liquid interface, and the highest conductivity of the PPy films is 1.14 S cm$^{-1}$.[6] The low conductivity of conductive polymer films is usually attributed to their poor interchain and intrachain conductivity.[9–11] Therefore, it still remains a challenge to fabricate free standing PPy films with high conductivities.

Here we report a facile strategy to synthesize highly conductive free standing PPy films *via* an *in situ* freezing interfacial polymerization (FIP) method. Different from the common interfacial polymerization which reacts at a liquid–liquid or a gas–liquid interface, the FIP reacts at a solid–liquid interface, in which the solid is formed by the crystallization of the solvent. The procedure of the FIP method is shown in Fig. 1. A solution of pyrrole dissolved in an organic solvent




**Fig. 1** Schematic presentation of the procedure and the mechanism of FIP method. The photos show the actual samples during the FIP process.

(cyclohexane in this work) and an aqueous solution containing both oxidant and dopant were pre-cooled at 4–5 °C firstly, and then they were added into a glass vial. Due to the immiscibility of water and cyclohexane, the solutions separated into two phases after mixing, with the organic phase on the top (Fig. 1a). The glass vial was kept in a freezer at −20 °C for 4 days to complete the polymerization of pyrrole. Finally, free standing PPy films were obtained by thawing, filtering and drying.

The mechanism of the FIP method can be understood by observing the reaction process. At the selected reaction temperature (usually −10 to −20 °C), both cyclohexane (m.p.: 6.5 °C) and water crystallize gradually, whereas pyrrole (m.p.: −23 °C) remains in the liquid phase. With the formation and growth of solvent crystals, pyrrole is expelled from cyclohexane crystals to leave a liquid phase filling the interstices among the crystals; meanwhile the oxidant and dopant are expelled from ice to leave a thin but dense layer on the surface of the ice crystals (Fig. 1b). Since interstices are also present among the ice crystals, liquid pyrrole can gradually infiltrate the ice interstices due to the effects of gravity and capillarity (Fig. 1c). The redox-initiated polymerization of pyrrole can proceed at a low temperature due to its low oxidation potential. We observed that the system gradually became dark starting from the interface of the two phases (Fig. 1c), indicating the gradual occurrence of polymerization and the formation of PPy. After the completion of the reaction (Fig. 1d), the solvent crystals can be easily thawed off to leave free standing PPy films.

For the successful fabrication of PPy films by this FIP method, we must be aware of the following issues: (1) proper choice of the reaction temperature. The reaction temperature should be under the freezing points of the organic solvent and

*College of Chemistry, Beijing Normal University, Beijing 100875, China. E-mail: wanghl@bnu.edu.cn; Fax: +86 10 58802075; Tel: +86 10 58808081*

† Electronic supplementary information (ESI) available. See DOI: 10.1039/c2cc33889k


This journal is © The Royal Society of Chemistry 2012

View Article Online

Published on 27 June 2012. Downloaded by University of Southern California on 3/12/2024 9:44:02 PM.

water but above that of pyrrole, *i.e.* both organic solvent and water should be crystallized, whereas pyrrole should be in the liquid phase. (2) Minimizing the polymerization of pyrrole and the formation of PPy particles before the formation of solvent crystals. This can be achieved by several ways: (a) pre-cooling the solutions before mixing, since lowering the reaction temperature is an effective way to reduce the polymerization rate. (b) Choosing an organic solvent with a high solubility of pyrrole and a poor miscibility with water, which minimizes the dissolution of pyrrole in water and hence the formation of powdery PPy. (c) Decreasing the concentration of pyrrole, this also leads to the lowering of the polymerization rate.

It is necessary to mention that a large area PPy film is formed on the continuous ice crystal surface close to the inner surface of the vial. The size of the PPy film depends on the shape of the container and the volume of the aqueous solution added. In the inner part of the aqueous phase, *i.e.* the interstices among the ice crystals, smaller PPy films are formed. In the following studies, the large area PPy films were used.

We firstly prepared PPy films with the FIP method by using ammonium persulfate (APS) and HCl as the oxidant and the dopant, respectively. Fig. 2 shows the photographs and SEM images of the PPy films obtained. The PPy films show vivid metallic luster (Fig. 2a), and a single-layer film shows semi-transparency (Fig. 2b). The surface of the films is very smooth, showing only some wrinkles in a large scale (Fig. 2c), and the thickness of this film is about 100 nm (Fig. 2d). The conductivity of this sample is 430 S $cm^{-1}$.

To fabricate PPy films with higher conductivities, we chose $FeCl_3$, which has a lower oxidation potential than APS,[12] as the oxidant and *p*-toluenesulfonic acid (PTS), which is considered to be a better dopant[3] to prepare PPy films. We changed the molar ratios of pyrrole to $FeCl_3$ [$n$(Py)/$n$($FeCl_3$)] and PTS to pyrrole [$n$(PTS)/$n$(Py)], the conductivity of the films obtained is shown in Fig. 3. The PPy films synthesized with different $n$(Py)/$n$($FeCl_3$) show the highest conductivity at $n$(Py)/$n$($FeCl_3$) = 0.5 (Fig. 3a). While the conductivity of the PPy films synthesized with different $n$(PTS)/$n$(Py) increases with increasing $n$(PTS)/$n$(Py) to 2 and then decreases (Fig. 3b). The highest conductivity of 2010 S $cm^{-1}$ is obtained at the optimal synthetic conditions in which the initial reactant ratio of the reactants is (Py)/$n$($FeCl_3$)/$n$(PTS) = 1/2/2.




**Fig. 3** The conductivity of the PPy films prepared with different molar ratios of pyrrole to $FeCl_3$ [$n$(Py)/$n$($FeCl_3$)] (a) and PTS to pyrrole [$n$(PTS)/$n$(Py)] (b). Other synthetic conditions: in (a) [$FeCl_3$] = [PTS] = 0.36 M, and in (b) [Py] = 0.18 M, [$FeCl_3$] = 0.36 M.

To explore a reasonable explanation for the high conductivity of the PPy films obtained by the FIP method, we considered both interchain and intrachain conductivities of the films. In most circumstances, the interchain conductivity of π-conjugated polymers plays a dominant role in the macroscopic conductivity due to the significant barrier between polymer chains.[10,11] The PPy films possess smooth surfaces composed of nanosized particles (Fig. 2d and Fig. S1, ESI†), implying a low electronic transmission resistance in the films. In addition, the vivid metallic luster of the films indicates a high electronic density per unit volume.[13] Therefore, the PPy films may have a high interchain conductivity.

Meanwhile, we also characterized the molecular structure of the resultant PPy films to investigate the conjugation length and ordered degree which determine the intrachain conductivity. Firstly, FTIR characterization was employed to obtain qualitative and semi-quantitative information on the conjugation length. The typical FTIR spectra of the PPy films prepared with different $n$(PTS)/$n$(Py) are shown in Fig. 4a. According to the theoretical study by Tian and Zerbi, the ratio of




**Fig. 2** Photographs and SEM images of the PPy films prepared by the FIP method. (a, b) Photographs showing the metallic luster (a) and transparency (b), (c, d) SEM images from top view (c) and cross-section view (d). Synthetic conditions: [HCl] = 0.1 M, [APS] = 0.036 M, [Py] = 0.144 M.




**Fig. 4** Characterizations of the PPy films prepared with different $n$(PTS)/$n$(Py). (a) Typical FTIR spectra of the PPy films. (b) Plot of the lg[σ] *vs.* $A_{1536}/A_{1447}$. (c) Typical Raman spectra of the PPy films; (d) plot of the lg[σ] *vs.* $I_{1580}/I_{1500}$. Synthetic conditions: [Py] = 0.18 M, [$FeCl_3$] = 0.36 M, and the $n$(PTS)/$n$(Py) for the samples in (a) and (c) are 0/1(A), 4/1 (B) and 2/1 (C).

View Article Online
Published on 27 June 2012. Downloaded by University of Southern California on 3/12/2024 9:44:02 PM.

the integrated absorption areas of the antisymmetric stretching mode of the pyrrole ring at 1536 $cm^{-1}$ to that of the symmetric mode at 1447 $cm^{-1}$ ($A_{1536}/A_{1447}$) can reflect the conjugation length of polypyrrole, and the conjugation length increases as $A_{1536}/A_{1447}$ decreases.[14] The area ratios of the two bands ($A_{1536}/A_{1447}$) are calculated and plotted as a function of lg[$\sigma$]. There is an almost linear relationship between lg[$\sigma$] and $A_{1536}/A_{1447}$ (Fig. 4b), and the PPy film with a higher $\sigma$ has a lower $A_{1536}/A_{1447}$. These results are consistent with that reported by Martin *et al.*[15]

The Raman characterization of the PPy films was carried out and their spectra are shown in Fig. 4c. The intensity ratio of Raman bands of the symmetric C=C stretching mode at 1580 $cm^{-1}$ to the skeletal band at 1500 $cm^{-1}$ can also be used to determine the relative conjugation length,[16] and the intensity ratio of the two bands ($I_{1580}/I_{1500}$) increases with increasing conjugation length. A linear relationship can also be found in Fig. 4d, in which lg[$\sigma$] is plotted as a function of $I_{1580}/I_{1500}$. The $I_{1580}/I_{1500}$ value for the PPy film with a $\sigma$ of 2010 S $cm^{-1}$ is about 2.7, which is higher than that (2.1) reported for the 40 nm nanobelt with a $\sigma$ higher than 3000 S $cm^{-1}$.[17] The high $I_{1580}/I_{1500}$ value indicates the lengthening of the π conjugation of the PPy chains in our PPy films.

The XRD characterization of the PPy films was also carried out. Broad asymmetric scattering peaks of typical amorphous PPy are shown in the XRD patterns (Fig. S2, ESI†). The scattering peaks are much sharper than those synthesized by ordinary chemical oxidation methods, and the center of the peaks is located at $2\theta = 26°$, corresponding to a *d*-spacing of 3.4 Å, which is smaller than those of the PPy prepared by ordinary chemical oxidation methods (3.6 Å–4.8 Å).[18] Since the main peak at 26° corresponds to the interplanar spacing of the pyrrole chains,[19] the decreased *d*-spacing and the sharper main peak indicate a more ordered PPy chain structure[20] in the FIP produced film. In addition, for the films synthesized with a higher molar ratio of PTS to pyrrole, a new peak at $2\theta = 7°$ appears, indicating the more ordered arrangement of the counter ions in the PPy chains.[10,21]

The above characterizations confirm that the PPy films synthesized by the FIP method possess a higher conjugation length and a more ordered structure, which may result from the low polymerization rate at a low temperature and a low feeding rate of monomer from the crystal gaps, and possibly the polymerization of pyrrole monomer in a confined space. It is known that the synthesis of PPy at a low reaction temperature[15,22] and in a confined space[15,23] can effectively avoid unfavorable crosslinking or branching of the polymer, leading to a longer conjugation length and a more ordered structure and hence an enhanced intrachain conductivity.

In conclusion, we fabricated PPy films with high conductivities by a novel method, *in situ* freezing interfacial polymerization method. The PPy films as-prepared have a conductivity up to 2000 S $cm^{-1}$, which is much higher than that of PPy prepared by conventional interfacial methods. It is reasonable to expect that the FIP method can also be applied to fabricate other conducting polymer films with similar structures and properties. The highly conductive PPy films may have potential applications in biosensor, displays, anti-electrostatic materials, solar cells, and other relevant fields.

Financial support from the National Science Foundation of China (No. 21074014), the Fundamental Research Funds for the Central Universities and Beijing Municipal Commission of Education is gratefully acknowledged.

## Notes and references


1 D. Zane, G. B. Appetecchi, C. Bianchini, S. Passerini and A. Curulli, *Electroanalysis*, 2011, **23**, 1134; J. Z. Wang, S. L. Chou, H. Liu, G. X. Wang, C. Zhong, S. Y. Chew and H. K. Liu, *Mater. Lett.*, 2009, **63**, 2352; P. Wang and A. G. MacDiarmid, *Displays*, 2007, **28**, 101.
2 J. H. Chang, C. R. Aleman de Leon and I. W. Hunter, *Langmuir*, 2012, **28**, 4805; M. Li, J. Yuan and G. Shi, *Thin Solid Films*, 2008, **516**, 3836; T. Sumida, Y. Wada, T. Kitamura and S. Yanagida, *Chem. Commun.*, 2000, 1613.
3 T. Patois, B. Lakard, N. Martin and P. Fievet, *Synth. Met.*, 2010, **160**, 2180.
4 H. Wang, C. Guo, S. Zhou, X. Hu, Y. Hu, F. Li and Y. Miao, *Thin Solid Films*, 2012, **520**, 2026.
5 J. Lei, Z. Li, X. Lu, W. Wang, X. Bian, T. Zheng, Y. Xue and C. Wang, *J. Colloid Interface Sci.*, 2011, **364**, 555.
6 D. Wang, Y. X. Li, Z. Shi, H. L. Qin, L. Wang, X. F. Pei and J. Jin, *Langmuir*, 2010, **26**, 14405.
7 L. Zhang, P. Liu, L. Ju, L. Wang and S. Zhao, *Macromol. Res.*, 2010, **18**, 648.
8 M. Onoda, K. Tada and A. Shinkuma, *Thin Solid Films*, 2006, **499**, 61; J. K. Avlyanov, H. H. Kuhn, J. Y. Josefowicz and A. G. MacDiarmid, *Synth. Met.*, 1997, **84**, 153.
9 K. Lee and A. J. Heeger, *Synth. Met.*, 2002, **128**, 279.
10 J. H. Kim, J. H. Kim, H. K. Sung, H. J. Kim, C. O. Yoon and H. Lee, *Synth. Met.*, 1997, **84**, 71.
11 J. Liu and M. Wan, *J. Mater. Chem.*, 2001, **11**, 404.
12 L. Zhang, M. Wan and Y. Wei, *Macromol. Rapid Commun.*, 2006, **27**, 366.
13 A. J. Heeger, N. S. Sariciftci and E. B. Namdas, *Semiconducting and Metallic Polymers*, Oxford University Press, New York, 2010.
14 B. Tian and G. Zerbi, *J. Chem. Phys.*, 1990, **92**, 3886; B. Tian and G. Zerbi, *J. Chem. Phys.*, 1990, **92**, 3892.
15 V. P. Menon, J. Lei and C. R. Martin, *Chem. Mater.*, 1996, **8**, 2382.
16 L. Dauginet-De Pra and S. Demoustier-Champagne, *Polymer*, 2005, **46**, 1583.
17 L. Jiang, S. Yinghui, H. Peng, L.-J. Li, T. Wu, J. Ma, F. Y. C. Boey, X. Chen and L. Chi, *Small*, 2011, **7**, 1949.
18 J. Liu and M. Wan, *J. Mater. Chem.*, 2001, **11**, 404; P. Xu, X. Han, C. Wang, D. Zhou, Z. Lv, A. Wen, X. Wang and B. Zhang, *J. Phys. Chem. B*, 2008, **112**, 10443.
19 K. Cheah, M. Forsyth and V. T. Truong, *Synth. Met.*, 1998, **94**, 215.
20 C. He, C. Yang and Y. Li, *Synth. Met.*, 2003, **139**, 539.
21 P. M. Carrasco, H. J. Grande, M. Cortazar, J. M. Alberdi, J. Areizaga and J. A. Pomposo, *Synth. Met.*, 2006, **156**, 420.
22 J. H. Kim, H. K. Sung, J. H. Kim, C. O. Yoon, K. Lee and H. Lee, *J. Korean Phys. Soc.*, 1997, **31**, 91; A. Kassim, Z. B. Basar and H. Mahmud, *Proc.-Indian Acad. Sci., Chem. Sci.*, 2002, **114**, 155; C. O. Yoon, H. K. Sung, J. H. Kim, E. Barsoukov, J. H. Kim and H. Lee, *Synth. Met.*, 1999, **99**, 201.
23 Z. H. Cai and C. R. Martin, *J. Am. Chem. Soc.*, 1989, **111**, 4138.



This journal is © The Royal Society of Chemistry 2012

Case: 23-2282 Document: 24 Page: 53 Filed: 03/27/2024
17474 *J. Phys. Chem. B* **2005,** *109,* 17474−17478

# Characterization of Polypyrrole−Silver Nanocomposites Prepared in the Presence of Different Dopants

**Enikõ Pintér,[†] Rita Patakfalvi,[‡] Tamás Fülei,[§] Zoltán Gingl,[§] Imre Dékány,[‡] and Csaba Visy*,[†]**

*Institute of Physical Chemistry, Nanostructured Materials Research Group of the Hungarian Academy of Sciences, Institute of Colloidal Chemistry, and Institute of Experimental Physics, University of Szeged, Szeged, Hungary*

*Received: April 6, 2005; In Final Form: July 4, 2005*

Conducting polypyrrole (PPy) powder synthesized by using $FeCl_3 \times 6\ H_2O$ and/or $Fe(NO_3)_3$ oxidants was impregnated in silver salt solutions. The stability and decomposition of the material was followed by thermogravimetric measurements. The total silver content was determined by atom absorption spectroscopy (ICP-AAS). The heat and electric conductivities of the composites were measured and correlated with the silver content. The incorporated silver was speciated and measured by X-ray diffraction (XRD). The spectra proved that the chemical state of the silver incorporated into the composite depends on the anion used in the polymerization process. In the case of the polymerization in a nitrate ion containing solution, the impregnation leads exclusively to the formation of metallic silver. The size distribution of the AgCl and Ag nanoparticles, determined from transmission electron microscopy (TEM) pictures in the different composites, proves the formation of a rather uniform species below 10 and 7 nm, respectively. The observations can be correlated with the different interactions in the PPy-chloride/nitrate-silver systems. The redox type interaction based conclusions can be considered as a guide during the preparation of other metal-conducting polymer composites.

Downloaded via UNIV OF SOUTHERN CALIFORNIA on March 12, 2024 at 21:42:49 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

## Introduction

Composite materials are considered to be a group of perspective substances, combining together the different properties of components, leading the way to a new, tunable behavior. During the past decade, a new branch of material science—nanostructured materials—has developed, and the special character of nanosized solid materials has received great attention. Recently, the importance of metal nanoparticles has been summarized in a feature article,[1] emphasizing the photophysical, photochemical, and photocatalytic aspects of the unique electronic and chemical properties of metal nanoparticles, which have drawn the attention of chemists, physicists, biologists, and engineers because of the special opportunities opened by these substances in the development of a new generation of nanodevices. The importance of such composite materials lies in the fact that in these cases, nanometals are dispersed in the matrix of the other component, which ensures their stabilization. Gold nanoparticles have been stabilized in alkane-thiolates[2] forming self-assembled monolayers of clusters containing ∼4 nm gold cores. Tetra-octylammonium bromide capped gold nanoparticles exhibited surface binding properties,[3] facilitating the formation of ordered arrays of gold nanoparticles. Phosphine-stabilized metal nanoparticles proved to be excellent precursors to specially functionalized nanoparticles[4] from which blocks possessing well-defined metallic cores can be built. Methods for preparing nanoparticles have extensively enlarged, and various procedures are available in the literature,[5−7] including new solutions using templates.[8−9]

A special group of composite materials contains polymers. Electronically conducting polymers are one type of the most perspective materials[10−13] since under certain conditions they can endow the composites with a small electric resistance, or—when needed—they can be transformed into the insulating state as well. This family of composites may contain the conducting component either dispersed in inorganic matrix[14] or, vice versa, the conductive organic matrix may incorporate the other phase. Conducting polymer films containing nanodispersed catalytic particles have been patented as a new type of composite materials for technological applications,[15] where the importance of the electrochemical conductance and the retrieval of higher molecular weight poisons have been outlined.

Conducting polymers have been successfully applied as the conducting matrixes of composite materials incorporating $TiO_2$,[16−17] $Fe_2O_3$,[18] $V_2O_5$,[19] and Fe[20] particles, but most works give account of the combination of noble metals such as Pd, Au, or Pt.[21−24] Although conductivity improvement of PPy films by a vacuum deposited silver coating was reported,[25] PPy/Ag nanocomposites have received less attention.

Conducting polymers can be easily synthesized by both chemical and electrochemical routes,[26−27] and preparation of various polymers in both aqueous and nonaqueous solutions has been reported.[28−31] Our aim was to prepare and characterize silver containing conducting composite materials in the presence of different simple anions as dopants. In this work, preparation and properties of conducting polypyrrole-chloride/ nitrate-nanosized silver composites are reported.

## Experimental Procedures

Chemicals were purchased from Aldrich. Pyrrole was freshly distilled under vacuum. $FeCl_3 \times 6\ H_2O$ and $Fe(NO_3)_3$ were used without further purification. All reagents were analytical grade. Water was purified by deionization and reverse osmosis (Milli-Q).

Polypyrrole powder was chemically synthesized through the oxidation of the monomer by Fe(III) salts (chloride and/or nitrate) in aqueous solutions. The powder obtained was filtered,

* Corresponding author. Phone: +36-62-544667; fax: +36-62-544652; e-mail: visy@chem.u-szeged.hu.
[†] Institute of Physical Chemistry.
[‡] Institute of Colloidal Chemistry.
[§] Institute of Experimental Physics.

10.1021/jp0517652 CCC: $30.25 © 2005 American Chemical Society
Published on Web 08/27/2005




**Figure 1.** Thermogravimetric curves obtained with a PPy/Cl/Ag powder sample, showing the data in both the TG (dashed) and the DTA (dotted) forms.

washed thoroughly with water to remove ferric or ferrous contamination, and impregnated by stirring the polymeric material in the solutions of silver nitrate solutions ($c = 5 \times 10^{-4}$ to $2 \times 10^{-3}$ mol/dm$^3$). The decanted solid was dried at 80 °C. The dried powder was used in the XRD and TEM experiments. A part of the substance was dissolved for the elementary analysis, or it was compressed into tablets by applying a pressure of $p = 740$ Mpa for the conductivity measurements.

The silver concentration was determined by the ICP-AAS technique after dissolution in a sulfuric acid−$H_2O_2$ mixture (pyrania solution). The silver incorporated into the polymer matrix was speciated and measured also by X-ray diffraction (Philips PW-1830 X-ray diffractometer). For irradiation the CuK$_\alpha$ line, $\lambda = 0.1542$ nm was applied[32] at 40 kV and 30 mA in the range of $2\Theta = 1-40°$.

Transmission electron microscopy (TEM) was performed using a Philips CM 10, operating at an acceleration voltage of 100 kV. The size distribution of the particles incorporated into the polypyrrole was determined by applying this instrument supplied with Megaview II camera and using the UTHSCSA Image Tool 2.00 computer program.

The heat conductivity of the samples was measured with a stationary calorimeter, developed for this specific case. The thermal contact between the measuring head and the two stabilized heat tanks was established by means of two identical samples. The measuring head contained a thermal sensor and two heating elements. The temperature of the stabilized heating tanks was also measured by the thermal sensor. If we heat the measuring head with an electric power $P_H$, it will be set to a constant temperature $T_H$, larger than that of the tanks $T_A$. By supposing that the heat conductivity of the sample is much smaller than that of the heat tank and the measuring head, the following equation can be used in the stationary state (when $T_H$ is not changing in time any more):

$$2\kappa_x \frac{(T_H - T_A)Q_x}{d_x} = P_H$$

Here, $Q_x$ and $d_x$ are the surface area and thickness of the cylindrical sample, and $\kappa_x$ is the thermal conductivity.

For the measurement of the electric conductivity the four-point-probe method, a square geometry arrangement has been used. A sine-shaped current was applied through one electrode couple, and the voltage was measured between the other two contacted points. The Fourier spectra of the response have been determined by a specially developed data acquisition system interface on a PC.

## Results and Discussion

Before starting the studies on the thermal conductivity, the thermal stability of the samples was controlled. Figure 1 contains the thermogravimetric data of an example of the polypyrrole/chloride/silver composite in both the TG and the DTA forms. As it can be seen, the DTA curve has an inflection point at 200 °C, so the material, just as the polymer itself, is stable until 180−200 °C.

Similar results were obtained both with PPy-nitrate-silver composites and with PPy itself. Thus, the incorporation of silver in this concentration range did not alter the thermal stability of the polymer.

In Figure 2, the thermal and electric conductivities of the polypyrrole and its silver composites are presented versus the analytical concentration in mass % of the noble metal component, the latter obtained from the ICP-AAS measurements. The data are summarized irrespectively of the anion incorporated into the film. The diagram shows that there is no difference between the behavior of the composites containing chloride or nitrate ions. Moreover, the thermal behavior of the polymer is not influenced by the amount of the silver, as this conductivity remains constant in the concentration range studied. As for the electric conductivity, the series of the results exhibits a clearly observable saturation pattern. As polypyrrole is stable in its oxidized, conducting form, the conductivity of the nonimpregnated samples is significant already, but the data indicate that in both types of composites, the silver amount even at these small concentrations has a positive effect on this electric property of the polymer matrix. The oxidized state of the polypyrrole seems to be stabilized by the inorganic component, which might be connected to a redox interaction between the components.




**Figure 2.** Diagram of the electric and heat conductivities of the composite materials vs the Ag concentration (mass %) determined by the ICP-AAS technique.




**Figure 3.** XRD spectra obtained with the PPy/Cl/Ag composites at different silver concentrations. In the case of curve 1, the composite does not contain silver, while the silver content increases from 2 to 4.

The assumption of the redox interaction between the polypyrrole and the impregnating silver salt brings up the question as to what the form and the chemical state of the noble metal are in the composites. To perform this speciation, the X-ray diffraction spectra of the composite materials have been registered. In Figure 3, the spectra obtained with the $AgNO_3$ impregnated polypyrrole powders, synthesized by $FeCl_3$, are presented. The spectra acquired with the composites of different silver content were measured separately; however, the figure—for a better comparison—shows them together. The broad reflection in the range of $2\Theta = 15-35$ indicating a low order of crystallinity has to be attributed to the polypyrrole itself.[33] Beyond this signal, two new excitations have been detected, and both of them increase with the silver concentration. On the basis of their position at $2\Theta = 27$ and 32, these peaks can be identified as the AgCl (111) and (200) signals, respectively. The fact that the silver is present in the form of its chloride salt indicates that it is mainly interacting with the dopant chloride ions.

The XRD measurements of the polymer composites, synthesized by $Fe(NO_3)_3$ and prepared by impregnation with $AgNO_3$, are shown in Figure 4. In this case, only one peak appears in the spectra, and its position is different from both in Figure 3. From the value of $2\Theta = 38$, which is identical with the Ag (111) excitation, the presence of metallic silver can be concluded. Thus, the redox interaction between the two components in the composite material leads to the reduction of the silver ion to metal in this case.

As a next step, the structure of the PPy-silver composites has been studied by taking transmission electron microscope (TEM) pictures. In Figure 5, the records obtained without the metallic component and in its presence can be compared for $PPy/NO_3$. In comparison with panel a, panel b clearly shows the presence of the inorganic component particles in the form of darker spots in the organic matrix.

As for the TEM image obtained with the PPy/Cl/Ag composite, Figure 6 shows the registered image. In all three pictures, the bars show the extent of the enlargement.




**Figure 4.** XRD spectra registered with the PPy/$NO_3$/Ag composites. Curve 1 is obtained with the nonimpregnated material, while the concentration of silver increases from 2 to 4.




**Figure 5.** TEM pictures of the PPy/$NO_3$ polymers. (a) Before the impregnation and (b) after the impregnation. The bars indicate a size of 50 nm.



**Figure 6.** TEM picture registered with the PPy/chloride/silver composite. The bar indicates a size of 100 nm.




**Figure 7.** Size distribution of the AgCl nanoparticles in the polypyrrole composite (from Figure 6).

By applying the special UTHSCSA Image Tool 2.00 particle finder and size determination software, the data in Figure 7 have been received for the size distribution in the polypyrrole/chloride/silver composite. The results exhibit that the size of the largest particles is 9−10 nm and that the distribution can be characterized by one maximum at 4−5 nm. On this basis, we may state that this PPy/AgCl composite contains the inorganic component in the nanosize range, and the size distribution of the nanocomposite is rather uniform.

In the case of the composite obtained in the presence of nitrate ions, the TEM picture shows an even more uniform distribution of the nanoparticles. By applying the computer program for the data of the TEM picture in Figure 5b, the largest silver particles in the composite have been identified as 6−7 nm. The sharp maximum of the distribution in Figure 8 proves that the average size of the nanometal particles is even smaller, about 3 nm.

## Conclusions

On the basis of the results, we may state that silver containing nanocomposite polymer materials can be successfully prepared by using a rather simple impregnation method. The chemical state of the incorporating silver depends first of all on the nature




**Figure 8.** Size distribution of the Ag metallic nanoparticles in the composite obtained in the presence of nitrate ions (from Figure 5b).

of the anion, present in the polymerization solution. In the case of when $FeCl_3$ is applied as an oxidant, the form of the silver in the composite material is exclusively AgCl. The result of the same preparation procedure is basically different when pyrrole is polymerized by $Fe(NO_3)_3$ (i.e., the solution does not contain anions strongly interacting with silver ions). In this case, the composite is a metal conducting polymer nanocomposite, as proved by the XRD spectra. On the basis of this experimental fact, we may come to the conclusion that silver directly interacts with nonoxidized segments within the polymer.

Since the conductance of the polypyrrole prior to impregnation is 2.2−2.3 S/cm, the polymer is in the oxidized state without the interaction with silver nitrate. The value is the same for both types of the materials, independently of the anion present during the synthesis. It means that anions are there within the substance to compensate the positive charges along the chains and that the oxidation state of the polymers does not depend on the anion.

After the impregnation, the conductance increased a little bit and reached a saturation level with the increase in the silver content in both cases. In $PPy/NO_3$, the XRD data evidenced the metallic form of the silver, which could be easily interpreted by assuming a redox reaction between the polymer and the silver ions, as

$$PPy + AgNO_3 = PPy^+NO_3^- + Ag$$

However, the similar conductance increase has not been accompanied by silver(0) formation in the case of PPy/Cl, and it is difficult to give an established interpretation. A more complex interaction might be assumed, leading to some $NO_3^-$-$PPy^{\delta+}$-$Cl^-$-$Ag^{\delta+}$ adduct, where silver is much more associated with the chloride ion and polypyrrole is meanly doped by nitrate. This assumption needs further verification in the future.

These results may be applied in the preparation and application of conducting polymer-silver composites as new electrodes, where the catalytic activity of the nanosize metal component wired electrically through the conducting matrix can be utilized. On the other hand, the successful simple preparation procedure is assumed to be applicable in other cases and can be considered as a general route that leads to a redox interaction based conducting polymer-noble metal nanocomposites. The effect of the character of the anions—reflecting the priority of different interactions—can be used as a guide during the preparation of further metal incorporating conducting polymer composites with tunable properties.

**Acknowledgment.** This work has been sponsored by the Hungarian National Scientific Research Fund (OTKA T042539) and the National Research and Development Program (NKFP 3/012/2001).

## References and Notes

(1) Kamat, P. V. *J. Phys. Chem. B* **2002**, *106*, 7729.
(2) Hostetler, M. J.; Wingate, J. E.; Zhong, C.-J.; Harris, J. E.; Vachet, R. W.; Clark, M. R.; Londono, J. D.; Green, S. J.; Stokes, J. J.; Wignall, G. D.; Glish, G. L.; Porter, M. D.; Evans, N. D.; Murray, R. W. *Langmuir* **1988**, *14*, 17.
(3) Thomas, K. G.; Zajicek, J.; Kamat, P. V. *Langmuir* **2002**, *18*, 3722.
(4) Weare, W. W.; Reed, S. M.; Warner, M. G.; Hutchinson, J. E. *J. Am. Chem. Soc.* **2000**, *122*, 12890.
(5) Brust, M.; Walker, M.; Bethell, D.; Shifrin, D. J.; Whyman, R. *J. Chem. Soc., Chem. Commun.* **1994**, 801.
(6) Chandrasekharan, N.; Kamat, P. V. *Nano Lett.* **2001**, *1*, 67.
(7) Shimizu, T.; Teranishi, T.; Hasegawa, S.; Miyake, M. *J. Phys. Chem. B* **2003**, *107*, 2719.
(8) Zhukov, A. A.; Filby, E. T.; Ghanem, M. A.; Bartlett, P. N.; de Groot, P. A. J. *Physica C* **2004**, *404*, 455.
(9) Ghanem, M. A.; Bartlett, P. N.; de Groot, P. A. J.; Zhukov, A. A. *Electrochem. Commun.* **2004**, *6*, 447.
(10) Wnek, G. E. Electrically conductive polymer composites; In *Handbook of Conducting polymers*; Skotheim, T. A., Ed.; Marcel Dekker: New York, 1986; Ch. 6, pp 205−212.
(11) Wallace, G. G.; Zhao, H.; Too, C. O.; Small, C. J. *Synth. Met.* **1997**, *84*, 323.
(12) Pickup, N. L.; Shapiro, J. S.; Wong, D. K. Y. *Anal. Chim. Acta* **1998**, *364*, 41.
(13) Lenz, D. M.; Ferreira, C. A.; Delamar, M. *Synth. Met.* **2002**, *126*, 179.
(14) Wei, Y.; Yeh, J.-M.; Wang, W.; Jang, G.-W. *U. S. Pat.* **1999**, *5*, 868, 966.
(15) Rajeshwar, K.; Bose, C. S. C. *U. S. Pat.* **1994**, *5*, 334, 292.
(16) Plieth, W.; Hebestreit, N. *DA Pat.* **1999**, *19*, 216, 8.
(17) Hebestreit, N.; Vu, Q. T.; Plieth, W.; Pavlik, M.; Pfleger, J.; Lenk, A.; Lehmann, M.; Lichte, H. *Poster at Forum ECHEM, Book of Abstracts*; Vienna, 2003; p 32.
(18) Suri, K.; Annapoorni, S.; Tandon, R. P. *Bull. Mater. Sci.* **2001**, *24*, 563−567.
(19) Ferreira, M.; Zucolotto, V.; Huguenin, F.; Torresi, R. M.; Oliveira, O. N. *J. Nanosci. Nanotech.* **2002**, *2*, 29.
(20) Srikanth, H.; Poddar, P.; Wilson, J. L.; Mohomed, K.; Harmon, J. P. *Proc. Mater. Res. Symp.* **2004**, 788 and 243.
(21) Cioffi, N.; Torsi, L.; Sabbatini, L.; Zambonin, P. G.; Bleve-Zacheo, T. *J. Electroanal. Chem.* **2000**, *488*, 42.
(22) Henry, M. C.; Hsueh, C.-C.; Timko, B. P.; Freund, M. S. *J. Electrochem. Soc.* **2001**, *148*, D155.
(23) Zhou, Y.; Itoh, H.; Uemura, T.; Naka, K.; Chujo, Y. *Langmuir* **2002**, *18*, 277.
(24) Liu, Y.-C.; Chuang, T. C. *J. Phys. Chem. B* **2003**, *107*, 12383.
(25) Mikalo, R. P.; Appel, G.; Schmeisser, D. *Synth. Met.* **2001**, *122*, 91.
(26) Diaz, A. F.; Bargon, J. In *Handbook of Conducting Polymers*; Skotheim, T. A., Ed.; Marcel Dekker: New York, 1986; Vol. 1, pp 81−116.
(27) Shirakawa, H. In *Handbook of Conducting Polymers*; Skotheim, T. A., Elsenbaumer, R. L., Reynolds, J. R., Eds. Marcel Dekker: New York, 1998; pp 197−208.
(28) Visy, C.; Lukkari, J.; Pajunen, T.; Kankare, J. *Synth. Met.* **1989**, *33*, 289.
(29) Visy, C.; Lukkari, J.; Kankare, J. *Macromolecules* **1993**, *27*, 3322.
(30) Visy, C.; Lukkari, J.; Kankare, J. *J. Electroanal. Chem.* **1996**, *401*, 119.
(31) Kriván, E.; Visy, C.; Kankare, J. *J. Phys. Chem. B* **2003**, *107*, 1302.
(32) Rodriguez-Gattorno, G.; Santiago-Jacinto, P.; Rendon-Vázquez, A. L.; Németh, J.; Dékány, I.; Diaz, D. *J. Phys. Chem. B* **2003**, *107*, 12597.
(33) He, C.; Yang, C.; Li, Y. *Synth. Met.* **2003**, *139*, 539.

Journal of Physics: Conference Series

OPEN ACCESS

# Preparation and characterization of hybrid materials based on polypyrrole and silver nanoparticles

To cite this article: Nguyen Duc Nghia and Ngo Trinh Tung 2009 *J. Phys.: Conf. Ser.* **187** 012050

View the article online for updates and enhancements.

You may also like

- Formation and Electrochemical Characterisation of Enzyme-Assisted Formation of Polypyrrole and Polyaniline Nanocomposites with Embedded Glucose Oxidase and Gold Nanoparticles
  Natalija German, Anton Popov, Almira Ramanaviciene et al.
- Catalytic activity for nitrate electroreduction of nano-structured polypyrrole films electrochemically synthesized onto a copper electrode
  Thi Phuong Thoa Nguyen, Viet Thinh Nguyen and Viet Hai Le
- Synthesis of nano-structured polypyrrole/copper electrodes for nitrate and nitrite electroreduction
  Thi Phuong Thoa Nguyen, Viet Thinh Nguyen, Nhat Nguyen Bui et al.




This content was downloaded from IP address 68.181.68.21 on 12/03/2024 at 21:38

APCTP–ASEAN Workshop on Advanced Materials Science and Nanotechnology (AMSN08) IOP Publishing
Journal of Physics: Conference Series **187** (2009) 012050 doi:10.1088/1742-6596/187/1/012050

# Preparation and characterization of hybrid materials based on polypyrrole and silver nanoparticles

**Nguyen Duc Nghia and Ngo Trinh Tung**

Institute of Chemistry, Vietnam Academy of Science and Technology,
18 Hoang Quoc Viet Road, Cau Giay District, Hanoi, Vietnam

E-mail: ducnghia264@fpt.vn

**Abstract.** Hybrid material is one of the most promising materials classed in the 21st century because of its unique properties and its advanced applications. In this work, hybrid materials based on polypyrrole (Ppy) and silver nanoparicles were prepared and characterized. The preparation of the hybrid material was performed by the chemical polymerization method. The structure , electrical and thermal properties of Ppy/Ag hybrid materials were characterized by XRD, SEM, and TGA and the conventional four probe method. The results showed that the Ag particles of 4-8 nm were agglomerated during the in-situ polymerization of PPy and formed some clusters with the diameter of 25 -150 nm. By the addition of Ag particles, the electrical conductivity of Ppy increased with increasing Ag concentration. The thermal stability of Ppy was significantly improved by modification with Ag particles.

**Keyword:** Hybrid material, polypyrrole, silver nanoparticle.

## 1. Introduction

Over the past few years, nanoparticles of noble metals have been studied with growing interest. The size-dependent properties of small metal particles are known to yield particular optical, electrochemical and electronic properties [1, 2]. However, the instability of metal nanoparticles suspended in solutions inhibits their application because of their irreversible aggregation over time. On the other hand, it is possible to confine nanoparticles into a conducting polymer matrix. Among various conducting polymers, polypyrrole (PPy) has attracted considerable attention because it offers reasonably high conductivity and has fairly good environmental stability, and it can be widely used in batteries, supercapacity, sensor and microwave absorption materials [3-6]. Meanwhile, it was found that the conductivity and sensing behavior of conductive polymers could be further improved by imbedding metal particles into the polymer matrix to form metal – organic hybrid materials [6].




**Figure 1.** Schematic preparation route of PPy/Ag "core-shell" hybrid materials.

© 2009 IOP Publishing Ltd

APCTP–ASEAN Workshop on Advanced Materials Science and Nanotechnology (AMSN08) IOP Publishing
Journal of Physics: Conference Series **187** (2009) 012050 doi:10.1088/1742-6596/187/1/012050

In this work, PPy/Ag hybrid material was prepared and its structure properties were investigated. Figure 1 shows the schematic preparation route of PPy/Ag hybrid polymer as described earlier in our work [7]. The effect of the Ag concentration on the electrical conductivity and thermal stability of the hybrid materials have been investigated and discussed.

## 2. Experimental

### *2.1. Materials*

Pyrole, ammoniumpersulfate (APS) and dodecylbenzulfonic acid (DBSA) were purchased from the Merck Company. Silver nitrate ($AgNO_3$), potassium hydroxyl (KOH), Glucose, $NH_4OH$, acid myristic and other solvents were purchased from Sigma-Aldrich. All materials were used as received. Silver nanoparticles was prepared according to [8] in our laboratory.

### *2.2. Preparation and characterization methods*

Pyrrole of 0.30 mol, DBSA of 0.15 mol and various amounts of Ag nanoparticles were emulsified in distilled water of 500 ml with vigorous stirring. The above emulsion, APS of 0.2 mol was dissolved in distilled water and slowly added, respectively. The reaction was carried out for 14 hours at $0^oC$. Polymerization was terminated by pouring excess methanol and precipitated PPy powder was filtered. The resulting PPy powder was washed sequentially with distilled water, methanol and acetone, followed by filtering and dried in a vacuum oven at $25^oC$ for 24 hours.

The structure of the hybrid polymer was characterized by XRD (X-ray diffraction) and SEM (Scanning electron microscopy) methods. The XRD investigation was performed at the PCM-Bruker Instrument. SEM images of the materials was recorded on Hitachi S-4800 instrument. The electrical properties of the hybrid polymer were characterized by the conventional four probes method. The materials were pressed to form a pellet with a thickness of approx 200 µm. Silver paste was used to connect a copper probe with a sample, and four probes were arranged by the Van der Pauw method.

## 3. Results and discussion

Figure 2 shows the X-ray diffraction pattern (XRD) of Ag nanoparticle and PPy/Ag hybrid material.




(a) (b)

**Figure 2.** X-ray diffraction pattern of (a) Ag nanoparticle and (b) PPy/Ag hybrid material (Ag content: 5%).

From the XRD diagram of Ag it is clear to see that the formation of silver metallic particles was obtained. It showed broad peaks assigned to the 111, 200 planes of a face centered cubic lattice of silver. The average particle size of the metal nuclei calculated from the peak broadening of XRD patterns by the Scherrer equation was about 9 nm.

APCTP–ASEAN Workshop on Advanced Materials Science and Nanotechnology (AMSN08) IOP Publishing
Journal of Physics: Conference Series **187** (2009) 012050 doi:10.1088/1742-6596/187/1/012050

Since PPy/Ag is a hybrid material, there exists a broad halo peak in the 2θ range from 1 to 30° besides the crystalline XRD pattern of Ag. This result indicates that PPy has an amorphous structure. The formation of Ag nanoparticle could be confirmed by SEM image showed in figure 3a.




(a)




(b)

**Figure 3.** SEM – Images of (a) Ag nanoparticle and (b) PPy/Ag hybrid materials (Ag content: 5%).

The Ag nanoparticles are identical and have the size of 4 - 8 nm. This result is in good agreement with the particle size analysis by XRD measurement. By the preparation of PPy/Ag hybrid material, the Ag phase was not well dispersed in the PPy matrix (figure 3b). The Ag cluster size varies from 25 to 150 nm. This result means that the agglomeration of Ag nanoparticle occurred during the in-situ polymerization process.

Figure 4 shows the dependence of the electrical conductivity of PPy/Ag hybrid material on the Ag-concentration.




**Figure 4.** Dependence of the conductivity on the Ag concentration in PPy/Ag hybrid material.

With increasing Ag concentration, the conductivity of PPy/Ag hybrid material significantly increases from 10.5 S/cm of pure PPy to 13.2 S/cm by the Ag concentration of 3%. For further increasing Ag concentration, the conductivity of PPy/Ag hybrid material slightly increases. Figure 5 compares the thermal stability of PPy and PPy/Ag hybrid materials.

APCTP–ASEAN Workshop on Advanced Materials Science and Nanotechnology (AMSN08) IOP Publishing
Journal of Physics: Conference Series **187** (2009) 012050 doi:10.1088/1742-6596/187/1/012050




(a)




(b)

**Figure 5.** TGA diagrams of (a): PPy and (b): PPy/Ag hybrid materials (Ag content: 5%).

In the two cases, the weight loss in the temperature until approximately 100°C is assigned to the evaporation of water contained in the sample. The weight loss of PPy in the temperature range from 150 to 700°C was 93.02%. In comparison, the weight loss of PPy/Ag hybrid materials in the same temperature range was only 65.67%. This result clearly indicates that the thermal stability of PPy is significantly improved by modification with Ag nanoparticles. This thermal behavior of PPy/Ag hybrid materials can be explained by high thermal stability and high thermal conductivity of the metal Ag.

## 4. Conclusion

PPy/Ag hybrid materials could be prepared by the in-situ chemical polymerization method. The Ag particles as prepared have a quite uniform size from 4 to 8 nm. By the polymerization process, the Ag nanoparticles formed some clusters with different diameter varying from 25 to 150 nm. By the addition of Ag nanoparticle, the electrical conductivity of PPy increased with increasing Ag concentration. The thermal stability of PPy was also improved by modification with Ag. For the fine dispersion of Ag nanoparticles in the PPy matrix, further investigations are required.

## References

[1] Liu Y C, Lee H T, Yang S J 2006 *Electrochimica Acta* **51** 3441
[2] Chen W, Li C M, Chen P, Sun C Q. 2007 *Electrochimica Acta* **52** 2845
[3] Wanekaya A K, Lei Y, Bekyarova E, Chen W, Haddon R, Mulchandani A, Myung N V 2006 *Electrianalysis* **18** 1047
[4] Shi S W G 2007 *Materials Chemistry and Physics* **102** 255
[5] Pinter E, Patakfalvi R, Fulei T, Gingl Z, Dekany I and Visy C 2005 *J. Phys. Chem.* **109** 7474
[6] Strike D J, Rooij N F D 1992 *J Appl. Electrochem.* **22** 922
[7] Luyen N T, Nghia N D, Tung N T 2007 *Vietnamese Journal of Chemistry* **45** 123
[8] Ha H M 2005 Master Thesis *Preparation and Investigation of the Phasemorphology, Structure and Properties of Silver Nanoparticle* Hanoi National Uni. – University of Technology

Synthetic Metals 166 (2013) 57–62

Contents lists available at SciVerse ScienceDirect

Synthetic Metals

journal homepage: www.elsevier.com/locate/synmet

ELSEVIER

# Polypyrrole/silver composites prepared by single-step synthesis

Mária Omastová [a], Katarína Mosnáčková [a], Pavol Fedorko [b], Miroslava Trchová [c], Jaroslav Stejskal [c,*]

[a] *Polymer Institute, Slovak Academy of Sciences, 845 41 Bratislava, Slovakia*
[b] *Faculty of Chemical and Food Technology, Slovak University of Technology, 812 37 Bratislava, Slovakia*
[c] *Institute of Macromolecular Chemistry, Academy of Sciences of the Czech Republic, 162 06 Prague 6, Czech Republic*

ARTICLE INFO

*Article history:*
Received 20 November 2012
Received in revised form 15 January 2013
Accepted 17 January 2013

*Keywords:*
Conducting polymer
Hybrid composite
Oxidation
Pyrrole
Polypyrrole
Silver

ABSTRACT

Polypyrrole/silver composites were prepared by single-step chemical oxidative polymerization of pyrrole using silver nitrate as an oxidant in aqueous medium at room temperature. The oxidant-to-monomer mole ratio was varied in these experiments. The time needed for yield to be higher than 70% has been estimated to at least several days. The silver content was 70–80 wt.%, the conductivity of composites was of the order of 1000 S cm$^{-1}$. The morphology of composites was demonstrated by scanning electron microscopy and that of individual components by transmission electron microscopy. Silver is present mainly as nanoparticles of 50–100 nm size, but also as larger objects. Among polypyrrole nanostructures, nanotubes are the most interesting. The molecular structure of polymer component was characterized by FTIR and Raman spectroscopies, and polypyrrole structure was confirmed. Surface-enhanced Raman scattering at PPy–silver interface was observed. Optical microscopy demonstrated the presence of macroscopic silver plates in the composites and thus illustrated the macroscopic heterogeneity of composites.

© 2013 Elsevier B.V. All rights reserved.

## 1. Introduction

Noble metals, such as silver, gold, platinum, or palladium, are highly resistant to oxidation and corrosion even at high temperatures. Especially as nanoparticles in the combination with conducting polymers, they produce attractive materials for various applications in electronics, sensors, catalysis, and medicine [1–3]. Among conducting polymers, polypyrrole (PPy) is of interest due to its environmental stability, redox properties, and easy synthesis. The high electrical conductivity of composites is usually the primary target.

Various oxidants have been used in the chemical oxidative polymerization of pyrrole such as iron(III) chloride or sulfate [4–6], cooper(II) perchlorate [7], ammonium peroxydisulfate [8], cerium(IV) sulfate [9], etc. The reaction conditions and the presence of various additives added into the reaction mixture affect the properties of the prepared conducting polymer [5] and also its morphology [6,10].

When silver nitrate is used as an oxidant of pyrrole, the composites of PPy and silver particles (PPy/Ag) are formed [11]. In this single-step process, the reaction between two non-conducting chemicals yields a composite composed of two conducting components, organic semiconductor and metal. This similar strategy has also been reported for the composites based on polyaniline [12–14]. Such materials are expected to have improved conductivity, but this is not always the case in practical experiments [11]. Wang and Shi [15] synthesized uniformly sized PPy/Ag core–shell nanoparticles by the reaction of pyrrole and silver nitrate in the presence of poly(*N*-vinylpyrrolidone) as colloidal stabilizer. The particles had 120 nm silver cores and 20 nm PPy coatings. PPy/Ag nanocomposites were prepared by an interfacial polymerization of pyrrole [16–18], which yielded spherical silver particles of 10–30 nm size embedded in PPy matrix [16]. PPy/Ag core–shell nanostructures have been prepared also by the hydrothermal treatment of silver(I) oxide suspension in a pyrrole solution at elevated temperatures [19]. Other papers report the fabrication of PPy/Ag nanoparticles of various shapes where stabilizers, such as chitosan [20–22] or mixture of anionic and cationic surfactants [23,24], have been used.

When using silver nitrate as an oxidant of pyrrole, a systematic study of the influence oxidant/monomer mole ratio on the conductivity of PPy/Ag composites has not yet been reported. In the present study we have selected water and 0.1 M nitric acid as reaction media to investigate the influence of reaction conditions on properties and morphology of PPy/Ag composites. The aim of this work was to find the optimum mole ratio of oxidant and monomer for the preparation of composite with the highest electrical conductivity. The determination of structural properties of prepared materials and morphology, which both may control the conductivity, is the next goal of this work.

* Corresponding author.
*E-mail address:* stejskal@imc.cas.cz (J. Stejskal).

0379-6779/$ – see front matter © 2013 Elsevier B.V. All rights reserved.
http://dx.doi.org/10.1016/j.synthmet.2013.01.015

## 2. Experimental

### 2.1. Synthesis

Pyrrole (Acros Organics, USA) was purified by distillation under reduced pressure and stored in a refrigerator at 4 °C before use. The oxidant, silver nitrate, purity 99.9% (Centralchem, Slovakia), was used as received. The concentration of pyrrole was 0.2 M, mole ratio of oxidant to pyrrole varied from 0.5 to 3. In the first phase, 2 mL pyrrole were added to 120 mL water or 0.1 M nitric acid and stirred for 15 min. The aqueous solution of silver nitrate, composed of a calculated amount of silver nitrate and 30 mL water or 30 mL of 0.1 M nitric acid, was prepared separately. After mixing both solutions, the polymerization of pyrrole was carried out under gentle stirring for 1 h. The polymerization mixture was then left standstill for 96 h, and the solids were separated by filtration, rinsed with water or 0.1 M nitric acid, and with acetone. PPy/Ag composites were dried for 6 h in an oven at 50 °C.

### 2.2. Characterization

The yield of PPy/Ag composites was evaluated by a gravimetric method after drying them to constant weight. The silver content was determined as a residue in thermogravimetric analysis using the Perkin Elmer TGA7 analyzer at a heating rate of 10 °C $min^{-1}$ in air flow. The analysis should not be made in nitrogen atmosphere because PPy is carbonized under such conditions and the residue is not composed by silver only.

Infrared spectra in the range of 400–4000 $cm^{-1}$ of PPy/Ag composite were recorded at 64 scans per spectrum at 2 $cm^{-1}$ resolution using a fully computerized Thermo Nicolet NEXUS 870 FTIR Spectrometer with DTGS TEC detector. Samples were dispersed in potassium bromide and compressed into pellets.

Raman spectra excited in the visible range with a HeNe 633 nm laser were collected on a Renishaw inVia Reflex Raman spectroscope. A research-grade Leica DM LM microscope with an objective magnification 50× was used to focus the laser beam on the sample placed on an X–Y motorized sample stage. The scattered light was analyzed by the spectrograph with a holographic grating 1800 lines $mm^{-1}$. A Peltier-cooled CCD detector (576 × 384 pixels) registered the dispersed light. To avoid degradation of the samples by the laser beam, a reduced beam power has always been used.

The conductivity of prepared powders was measured under a pressure of 30 MPa by the van der Pauw four-point method in a home-made polyetheretherketone cell. The circular piston of 9 mm diameter compressed the powder to 1–2 mm layer. Two multimeters MIT 380 (Metra Blansko, Czech Republic) were used for measurement of current and voltage.

## 3. Results and discussion

### 3.1. Yield, composition, and conductivity

PPy/Ag composites were synthesized at first in aqueous solutions containing pyrrole as the monomer and silver nitrate as the oxidant. The oxidant-to-pyrrole mole ratio, $n = [AgNO_3]/[pyrrole]$, varied from 0.5 to 3.0 (Table 1). The ratio expected from the reaction stoichiometry is 2.5 [8] (Fig. 1).

The simple calculation using the above stoichiometry predicts that the oxidation of 1 g of pyrrole yields 1.44 g PPy nitrate and 4.02 g of silver, i.e. 5.46 g of PPy/Ag composite. The yields were high, typically 70–90% of this expectation (Table 1). The content of silver in the PPy/Ag composites is close to the theoretical value

**Table 1**
The true and expected yields, $Y$ and $Y^*$, composition, $w$, and conductivity, $\sigma$, of PPy/Ag composites prepared at various silver nitrate/pyrrole mole ratios, $n = [AgNO_3]/[pyrrole]$ in water and 0.1 M nitric acid.

| $n$ | $Y$, g $g^{-1}$ pyrrole[a] | $Y^*$, % theory | $w$, wt.% Ag | $\sigma$[b], S $cm^{-1}$ |
|---|---|---|---|---|
| Water | | | | |
| 0.5 | 0.97 (1.09) | 89 | 81.8 | 1000 |
| 1.0 | 1.73 (2.18) | 79 | 76.2 | 5000 |
| 1.5 | 3.06 (3.28) | 93 | 77.6 | 2000 |
| 2.0 | 3.12 (4.37) | 71 | 77.1 | 8000 |
| 2.5 | 4.94 (5.46) | 90 | 69.2 | 6000 |
| 3.0 | 5.75[c] | 105 | 81.1 | 2000 |
| 0.1 M nitric acid | | | | |
| 0.5 | 0.67 (1.09) | 62 | 80.3 | 9 |
| 1.0 | 1.81 (2.18) | 83 | 82.9 | 1000 |
| 1.5 | 2.89 (3.28) | 88 | 70.6 | 3000 |
| 2.0 | 3.73 (4.37) | 85 | 75.4 | 3000 |
| 2.5 | 4.10 (5.46) | 75 | 73.8 | 2000 |
| 3.0 | 5.90[c] | 108 | 68.4 | 1000 |

[a] Theoretical yields calculated according to Fig. 1 are given in the parentheses.
[b] Relative error for the conductivity exceeding 1000 S $cm^{-1}$ is at least 50%, otherwise less than 30%.
[c] In the case of overoxidation, the stoichiometry according to Fig. 1 is not simply applicable.

of 4.02/5.46 = 73.6 wt.% Ag (Table 1). A high yield of composite at mole ratio $n = 3$ can be explained by the ability of PPy still to reduce silver salt [25,26], which is present in excess, to metallic silver after the preparation of composite. Except for a single case, the conductivities exceeded 1000 S $cm^{-1}$. The values rather fluctuate due to varying morphology of components as discussed below. Polypyrrole alone prepared under analogous conditions with other oxidants, such as iron(III) salts [6], cerium sulfate [9] or ammonium peroxydisulfate [5,8] had conductivity of the order of $10^{-2}$–1 S $cm^{-1}$. The high conductivity of composites is promising for many of potential applications and generally it is higher compared to similar systems based on polyaniline [11,14].

### 3.2. The time of pyrrole oxidation

In the next step, the effect of oxidation time was investigated. The mole ratio of oxidant to pyrrole was set to 2.5. 2 mL of pyrrole was added to 120 mL water and the mixture was stirred for 15 min. A solution of 6.157 g silver nitrate in 30 mL water was added. Polymerization mixture was stirred for 1 h and then allowed to stand for various times up to 168 h (Table 2) and the solids were collected by filtration. When polymerization was terminated after 24 h, the polymerization yield was only 0.39 g, i.e. 7% of theoretical yield (5.46 g) calculated according to Fig. 1. After 96 h of oxidation, however, this value reached 47% of theoretical polymerization yield and, after 7 days polymerization, the yield was 90% of theoretical value. Although a high yield has been reached in previous series already after 96 h (Table 1), the reaction time extended to several more days is generally beneficial to the reaction yield. All the samples had again a high conductivity, a moderate increase in conductivity is suspected as the reaction time increases.




**Fig. 1.** Pyrrole is oxidized with silver nitrate to polypyrrole nitrate. Metallic silver and nitric acid are by-products.




**Fig. 2.** Scanning electron micrographs of the samples prepared in water at oxidant-to-monomer mole ratio (a) $n = 0.5$ and (b) 2, and in 0.1 M nitric acid at (c) $n = 0.5$ and (d) 2.

### 3.3. *Morphology*

Polypyrrole can be produced in various morphologies, similarly like a closely related polyaniline [11,27]. In the present syntheses, PPy/Ag composites are composed of globules (Fig. 2), which have a tendency to extend to oval-like rods having about 1 μm diameter (Fig. 2d). The globular morphology is typical of PPy prepared with classical oxidants, such as iron(III) salts. Such globules are symmetrical and in submicrometre size range [5], i.e. considerably smaller than those in the present case. Generally, the morphology of PPy/Ag composite at this scale is uniform and it is little dependent of the reaction conditions. It is assumed that the globules are composed mainly by PPy. Despite the high mass fraction of silver in the composites, its volume fraction is much lower due to high density of this metal.

**Table 2**
The true and expected yields, $Y$ and $Y^*$, and the conductivity, $\sigma$, prepared at silver nitrate/pyrrole mole ratio $n = 2.5$ for various reaction times, $t$.

| $t$, h | $Y$, g g$^{-1}$ pyrrole | $Y^*$, % theory | $\sigma$, S cm$^{-1}$ |
|---|---|---|---|
| 24 | 0.394 | 7.2 | 1400 |
| 48 | 1.337 | 24.5 | 1300 |
| 72 | 2.887 | 52.9 | 4400 |
| 96 | 2.485 | 45.5 | 3600 |
| 120 | 2.641 | 48.3 | 8900 |
| 144 | 4.687 | 85.8 | 7100 |
| 168 | 4.939 | 90.5 | 8200 |

The information about the morphology of silver is obtained by transmission electron microscopy (Fig. 3). These micrographs were taken at higher magnification and need not represent the whole sample but rather concentrate on structural details of its parts. Silver is present in particles of 50–100 nm size and occasionally larger polygonal crystals (Fig. 3c), i.e. in common forms [11]. In addition to globular morphology of PPy, coral-like nanofibers are frequently observed (Fig. 3b and d).

PPy nanotubes were found in the samples prepared at low oxidant-to-monomer mole ratio (Fig. 4), i.e. under similar conditions used for the preparation of polyaniline nanotubes [28]. The occurrence of such PPy nanotubes has been reported in the literature when the oxidation of pyrrole was carried out in the presence




**Fig. 3.** Transmission electron micrographs of the samples prepared in water at oxidant-to-monomer mole ratio (a) $n = 0.5$ and (b) 2, and in 0.1 M nitric acid at (c) $n = 0.5$ and (d) 2.

of structure-guiding additives, such as methyl orange [6], other dyes [10,29], or sodium salicylate [30]. Silver nanoparticles are located inside the nanotubes (Fig. 4a) and seem to amalgamate to a compact nanorod filling of the nanotubular cavity (Fig. 4b). Similarly, silver nanoparticles inside polyaniline nanotubes [31,32] or silver nanorods coated with polyaniline [33] have been reported.

### 3.4. FTIR spectra

The molecular structure of samples was analyzed by the infrared spectroscopy (Fig. 5). The composites were difficult to disperse in potassium bromide pellets because of their compact stone-like structures. Consequently, the absorption was small and the spectra contained bands in the region of stretching and




**Fig. 4.** PPy nanotubes filled with silver nanoparticles or nanorod were observed after preparation at low oxidant-to-monomer ratios, $n = 0.5$, both in (a) water and (b) in 0.1 M nitric acid.

Case: 23-2282 Document: 24 Page: 67 Filed: 03/27/2024






**Fig. 5.** FTIR spectra of PPy/Ag composites prepared at oxidant-to-monomer mole ratio $n = 2.5$ in (a) water and (b) in 0.1 M nitric acid. The spectrum of PPy alone, prepared by the oxidation of pyrrole with ammonium peroxydisulfate, and the spectrum of sodium nitrate ($NaNO_3$) are included for comparison.




**Fig. 7.** The Raman spectra of PPy/Ag composite prepared at oxidant-to-monomer mole ratio $n = 2.5$ in 0.1 M nitric acid and taken at (a) the surface of silver flake and (b) on PPy/Ag globule (cf. Fig. 6). The spectrum of silver nitrate is included for comparison.

bending vibrations of water molecules at about 3400 $cm^{-1}$ and 1630 $cm^{-1}$, respectively, regardless of repeated drying of samples. Their position was the same as in the spectrum of neat potassium bromide pellets. The infrared spectra of samples prepared in water and in 0.1 M nitric acid at pyrrole-to-silver nitrate mole ratio $n = 2.5$ after subtraction of potassium bromide contribution were compared with the spectrum of standard PPy (Fig. 5) prepared by the oxidation of pyrrole with ammonium peroxydisulfate [8]. Main bands of PPy [5] are present in the spectra. This means that the polymerization of pyrrole by silver nitrate was successful. A sharp peak situated at 1384 $cm^{-1}$ belongs to nitrate anions, as it is evident by comparison with its position in the spectrum of sodium nitrate (Fig. 5), which acts as counter-ions in PPy salt (Fig. 1). Consequently, they disappeared after the deprotonation of samples. This excludes the nitration of pyrrole rings.

### *3.5. Raman spectra*

The samples were analyzed also by Raman spectroscopy connected with optical microscope. The samples contain macroscopic flakes of silver (Fig. 6) in addition of nanoparticles observed by TEM (Figs. 3 and 4). The structural homogeneity of the composites is thus an important issue. The similarity between the spectra of PPy taken on the surface of macroscopic silver flakes and on PPy/Ag globules (Fig. 7) suggests that the latter are most probably formed by silver nanoparticles embedded in PPy matrix. This is in the accordance with the composite morphology (Fig. 3). The Raman spectrum of the PPy deposited on silver surface, however, has intensity that is several times higher than that of composite globules. It is close to the spectrum obtained by surface-enhanced Raman scattering (SERS) during electropolymerization on roughened gold electrodes [34]. It is also characteristic of Raman spectra of PPy [34–37]. The peak at about 1600 $cm^{-1}$ is assigned to C=C bond-stretching vibrations in PPy. The double peaks at about 1412 and 1328 $cm^{-1}$ correspond to the ring-stretching vibrations. The band with a maximum at 1050 $cm^{-1}$ is assigned to the C–H in-plane deformation vibrations. It may be overlapped by the strong absorption of nitrate anions (Fig. 1), and their presence is confirmed by FTIR spectra (Fig. 5). The bands at 987 and 930 $cm^{-1}$ are assigned to the ring deformations associated with cation radical (polaron) and dication diradical (bipolaron) structures in PPy, respectively. From the comparison of the positions and the shape of the spectra of present samples with the classification of the spectra reported in [34], it follows that present samples correspond to the oxidized form of PPy (Fig. 1).




**Fig. 6.** Optical images of PPy/Ag composite prepared at oxidant-to monomer mole ratio $n = 2.5$ in 0.1 M nitric acid demonstrating the presence of (a) silver flakes and (b) PPy/Ag composite globules where Raman spectra have been recorded. Color on web only.

## 4. Conclusions

Polypyrrole/silver composites have been prepared in a single reaction step by the oxidation of pyrrole with silver nitrate in aqueous medium. The reaction between two non-conducting components thus results in the composite composed of two conductors. The reaction proceeds to high yield, over 70% of theory, but at least several days are needed for its completion. The conductivity of most composites was of the order of 1000 S $cm^{-1}$. The acidity of the reaction medium, water or 0.1 M nitric acid, had negligible effect on the structure and properties of products. The silver is present as nanoparticles of 50–100 nm size, larger silver polygons, silver rods, and even macroscopic flakes. The morphology of polypyrrole was also rich and includes mainly coral-like nanofibres and globules; nanotubes have also been occasionally observed. Various morphologies of both PPy and silver are present at the same time and the macroscopic heterogeneity of the composites was often observed. The molecular structure of PPy produced in this way was characterized by FTIR and Raman spectroscopies and is the same as in polypyrrole prepared with other oxidants. Surface-enhanced Raman scattering by polypyrrole deposited on silver flakes has been observed. Simple preparation and high conductivity of polypyrrole/silver composites makes them potentially useful materials for various applications. The control of nanostructure of both components, however, and improvement of composite homogeneity and processibility are the current problems to be still solved.

## Acknowledgments

The authors wish to thank the Technological Agency of the Czech Republic (TE1020022) and Czech Grant Agency (P205/12/0911) for the financial support. This work was also supported within the Scientific Grant Agency VEGA (2/0064/10 and 1/1072/11).

## References

[1] S. Huh, S.B. Kim, The Journal of Physical Chemistry C 114 (2010) 2880.
[2] J. Pecher, S. Mecking, Chemical Reviews 110 (2010) 6260.
[3] Y. Miao, X. Wu, J. Chen, J. Liu, Ji. Qiu, Gold Bulletin 41 (2008) 336.
[4] S.P. Armes, Synthetic Metals 20 (1987) 365.
[5] M. Omastová, M. Trchová, J. Kovářová, J. Stejskal, Synthetic Metals 138 (2003) 447.
[6] X.M. Yang, L.A. Li, Synthetic Metals 160 (2010) 1365.
[7] M.M. Castilloortega, M.B. Inoue, M. Inoue, Synthetic Metals 28 (1989) C65.
[8] N.V. Blinova, J. Stejskal, M. Trchová, J. Prokeš, M. Omastová, European Polymer Journal 43 (2007) 2331.
[9] M. Omastová, K. Mosnáčková, M. Trchová, E.N. Konyushenko, J. Stejskal, P. Fedorko, J. Prokeš, Synthetic Metals 160 (2010) 701.
[10] X. Jiang, T. Dai, Y. Lu, Iranian Polymer Journal 17 (2008) 645.
[11] J. Stejskal, Chemical Papers, http://dx.doi.org/10.2478/s11696-012-0304-6, in press.
[12] N.V. Blinova, J. Stejskal, M. Trchová, I. Sapurina, G. Ćirić-Marjanović, Polymer 50 (2009) 50.
[13] P. Bober, J. Stejskal, M. Trchová, J. Prokeš, I. Sapurina, Macromolecules 43 (2010) 10406.
[14] P. Bober, J. Stejskal, M. Trchová, J. Prokeš, Polymer 52 (2011) 5947.
[15] S. Wang, G. Shi, Materials Chemistry and Physics 102 (2007) 255.
[16] P. Dallas, D. Niarchos, D. Vrbanic, N. Boukos, S. Pejovnik, C. Trapalis, D. Petridis, Polymer 48 (2007) 2007.
[17] K.H. Kate, S.R. Damkale, P.K. Khanna, Journal of Nanoscience and Nanotechnology 11 (2011) 7863.
[18] Y.Y. Wei, L. Li, X.M. Yang, G.L. Pan, G.P. Yan, X.H. Yu, Nanoscale Research Letters 5 (2010) 433.
[19] D. Muñoz-Rojas, J. Oro-Sole, O. Ayyad, P. Gomez-Romero, Small 4 (2008) 1301.
[20] X. Feng, H. Huang, L. Xu, J.J. Zhu, W. Hou, Journal of Nanoscience and Nanotechnology 8 (2008) 443.
[21] M.F. Attia, T. Azib, Z. Salmi, A. Singh, P. Decorse, N. Battaglini, H. Lecoq, M. Omastová, A.A. Higazy, A.M. Elshafei, M.M. Hashem, M.M. Chehimi, Journal of Colloid and Interface Science 393 (2013) 130.
[22] K. Firoz Babu, P. Dhandapani, S. Maruthamuthu, M. Anbu Kulandainathan, Carbohydrate Polymers 90 (2012) 1557.
[23] S. Xing, G. Zhao, Materials Letters 61 (2007) 2040.
[24] S. Chatterjee, A. Garai, A.K. Nand, Synthetic Metals 161 (2011) 62.
[25] Y. Tian, Z.Q. Li, K. Ski, F.L. Yang, Separation Science & Technology 43 (2008) 3891.
[26] M.M. Ayad, E. Zaki, Applied Surface Science 256 (2009) 787.
[27] J. Stejskal, I. Sapurina, M. Trchová, E.N. Konyushenko, Macromolecules 41 (2008) 3530.
[28] E.N. Konyushenko, M. Trchová, J. Stejskal, I. Sapurina, Chemical Papers 64 (2010) 56.
[29] M. Wei, T. Dai, T.Y. Lu, Synthetic Metals 160 (2010) 849.
[30] M.B. González, O.V. Quinzani, M.E. Vela, A.A. Rubert, G. Benitez, S.B. Saidman, Synthetic Metals 162 (2012) 1133.
[31] J. Stejskal, M. Trchová, L. Brožová, J. Prokeš, Chemical Papers 63 (2009) 77.
[32] M. Trchová, J. Stejskal, Synthetic Metals 160 (2010) 1479.
[33] P. Bober, J. Stejskal, M. Trchová, J. Hromádková, J. Prokeš, Reactive & Functional Polymers 70 (2010) 656.
[34] Y.C. Liu, Journal of Solid State Electrochemistry 6 (2002) 490.
[35] T.C. Chuang, Y.C. Liu, C.C. Wang, Journal of Raman Spectroscopy 36 (2005) 704.
[36] C.C. Yu, Y.C. Liu, Analytica Chimica Acta 566 (2006) 130.
[37] F. Chen, J. Zhang, F. Wang, G. Shi, Journal of Applied Polymer Science 89 (2003) 3390.

Case: 23-2282 Document: 24 Page: 69 Filed: 03/27/2024

Synthetic Metals 191 (2014) 104–112

Contents lists available at ScienceDirect

Synthetic Metals

journal homepage: www.elsevier.com/locate/synmet




# Determination of fractal rough surface of polypyrrole film: AFM and electrochemical analysis

Ahmad Sharifi-viand, Mohammad Ghasem Mahjani*, Majid Jafarian

*Department of Chemistry, Faculty of Science, K.N. Toosi University of Technology, P.O. Box 15875-4416, Tehran, Iran*

A R T I C L E I N F O

*Article history:*
Received 20 November 2013
Received in revised form 24 February 2014
Accepted 26 February 2014
Available online 22 March 2014

*Keywords:*
Atomic force microscopy
Roughness parameters
Electrochemical impedance spectroscopy
Fractal dimension
Polypyrrole

A B S T R A C T

Physico-chemical properties of conductive polymers depend on the morphology and characteristic of the synthesized film which emerge from synthesis conditions. For example, conductivity of polypyrrole is related to the fractal dimension of surface. Atomic force microscopy (AFM) is a powerful technique in revealing characteristic of surfaces. In the present research electrochemical techniques and atomic force microscopy are employed to analyze the surface morphology and parameters of surface such as interface width, kurtosis, Hurst exponent, fractal dimension and lateral correlation length for polypyrrole electrodeposited on glassy carbon (GC) electrode and relation between skewness and kurtosis were investigated. Height–height correlation function shows the correlation of heights in different points on the surface and can be calculated by analyzing AFM data and surface profile. Scanning electron microscopy (SEM) analysis carried out to confirm the AFM results. Cyclic voltammetry and electrochemical impedance spectroscopy methods are used to compare the electrochemical capacitance of films with different roughness. AFM images were used to estimate the surface area and results showed that the films synthesized in higher temperatures are rougher and have a larger surface area and according to the results of electrochemical experiments rougher surfaces with higher skews have larger electrochemical capacitance. The study of surface morphology and physico-chemical properties of polypyrrole film can provide suitable methods of synthesis of films with required properties.

© 2014 Elsevier B.V. All rights reserved.

## 1. Introduction

The surface analysis of thin films is one of the most interesting fields for investigation in surface science. When thin films are deposited on a substrate, different conditions of experiment during the deposition process may affect the surface morphology of the film [1,2]. Different temperatures during deposition will lead to surfaces with different roughness and the resulting film may have different properties. Conducting polymers are interesting materials that their surface roughness highly affects their properties such as electrochemical and conductive properties. Among the conducting polymers, polypyrrole (PPy) is one of the most promising materials for many potential applications such as fuel cells [3,4], solar cells [5–7], batteries [8–10], sensors [11–13] and so on, because of its high electrical conductivity and environmental stability. Changing the temperature of synthesis highly impresses the surface morphology of PPy. For investigation of this effect, PPy film was deposited on the glassy carbon (GC) electrode in various synthesis temperatures and then the atomic force microscopy method was used to analyze the PPy film. Atomic force microscopy (AFM) is one type of scanning force microscopy (SFM), which uses different kinds of intermolecular forces as the detection signal to achieve the measurement of different physical properties of a surface in nanometer scale [14]. AFM measurements on (very) rough surfaces must be represented with three dimensional surface rather than top-view projections. This is necessary for the assessment of quality and detection of possible artifacts in some regions of the image by tip–sample convolution or tip imaging [15]. An AFM image is a simulated image based on the height of each point of the surface and in fact each point ($x$, $y$) of the surface has a height $h(x, y)$ [16]. According to height distribution and height difference between different areas of surface accurate information about surface roughness can be calculated.

Cyclic voltammetry and electrochemical impedance spectroscopy was used to analyze the effect of surface roughness on the electrochemical capacitance of PPy film and comparing the values of capacitances in different synthesis temperatures. Investigation of PPy surface has been reported in literature. For example in 1998 Silk and colleague studied the surface morphology of PPy by fractal dimension analysis using AFM method [17]. In 2004 Zhou and

* Corresponding author. Tel.: +98 21 22853551; fax: +98 21 22853650.
*E-mail address:* mahjani@kntu.ac.ir (M.G. Mahjani).

http://dx.doi.org/10.1016/j.synthmet.2014.02.021
0379-6779/© 2014 Elsevier B.V. All rights reserved.

colleague reported a detailed investigation of the effects of experimental conditions on the ultimate patterns of the PPy films on self-assembled monolayer patterned silicon and gold substrates [18]. In 2006 a greener method was introduced by Rasika Dias and colleague for the high quality PPy and the properties of PPy was studied by scanning electron microscopy (SEM) and impedance spectroscopy [19]. Also in our previous work in 2012, fractal dimension and anomalous diffusion in PPy film was studied using cyclic voltammetry, impedance spectroscopy and AFM methods [20]. A lack of statistical analysis of surface of conducting polymers – specifically for PPy – exists in literature. We tried to statistically analyze the surface of PPy film and relate the statistical results to the electrochemical properties of the conducting polymer. In this research, roughness parameters such as interface width, skewness, kurtosis, Hurst exponent, and lateral correlation length are used to study the PPy surface. The electrochemical capacitance of PPy film in different synthesis temperatures also are compared by electrochemical methods.

## 2. Experimental

Chemical materials Pyrrole ($C_4H_5N$) and potassium perchlorate ($KClO_4$) used in this work were of Merck origin. Pyrrole was distilled before use, but $KClO_4$ was used without further purification. All solutions were prepared in doubly distilled water. All electrochemical measurements were carried out in a conventional three electrode cell powered by a potentiostat/galvanostat (EG&G, 273A) and a frequency response analyzer (EG&G 1025). The system was run by a PC through M270 and M398 software via a GPIB interface. The frequency range from 100 kHz to 10 mHz and modulation amplitude of 5 mV were employed in impedance studies. The experiment cell was kept at the required temperature by means of thermostated water bath. Electropolymerization and subsequent electrochemical studies were carried out in a conventional three electrode cell with a GC electrode having an exposed circular area of 3.14 $mm^2$ was employed as the working electrode and its potential monitored against a saturated calomel electrode (SCE). A platinum plate formed the counter electrode. All data fittings were performed using MATLAB software and equivalent circuit was obtained from Zview software. The AFM images were recorded on a NanoScope II® from Digital Instruments, USA in Contact mode using $Si_3N_4$ Tips. NanoScope and MATLAB software were used for analyzing AFM data. PPy films were prepared by chronocoulometry method in 0.5 V vs. SCE with total charge of 40mC for each film in an aqueous solution containing 0.1 M of PPy monomer and 0.1 M of $KClO_4$. After depositing polypyrrole on GC electrode the cyclic voltammetry and EIS measurements were performed in an aqueous solution containing 0.1 M of $KClO_4$.

## 3. Results and discussion

### 3.1. AFM studies

Each surface can be considered such a $N_x \times N_y$ matrix that each $(x_i,y_j)$ array of this matrix has a height of $h(x_i,y_j)$[21]. The height of each point on a rough surface can be obtained from one of the scanning probe microscopy (SPM) methods such as AFM and then these heights can be embedded in matrix A1:

$$A1 = \begin{bmatrix} h(1,1) & \dots & h(1,N_y) \\ \vdots & \ddots & \vdots \\ h(N_x,1) & \dots & h(N_x,N_y) \end{bmatrix} \quad (1)$$

The surface profile can be obtained from this matrix in a three dimensional plot (Fig. 1).




**Fig. 1.** Surface profile of PPy synthesized in 45 °C.

In the present work we use AFM images with matrixes having 256 rows and 256 columns which give the height of 65,536 points. Due to a large number of points we employed the statistical analysis to investigate the surface. In order to calculate roughness parameters we need the value of average height that can be obtained from the relation:

$$\bar{h} = \frac{1}{N}\sum_{i=1}^{N} h_i \quad (2)$$

where $N$ is the number of points and $h_i$ is the height of $i$th point.

### 3.2. Roughness parameters

In the following sections, roughness parameters are introduced and the values of them are calculated in different conditions.

#### 3.2.1. Interface width

Interface width $w$ or root mean square (RMS) roughness is the standard deviation of height of surface [22]. The $w$ describes the fluctuations of the surface height around an average surface height. The rougher surface has the larger $w$. The $w$ can be calculated from following equation:

$$w = \left[\frac{1}{N}\sum_{i=1}^{N}(h_i - \bar{h})^2\right]^{1/2} \quad (3)$$

The $w$ is in units of length (Appendix).

In this research four different surfaces of PPy film were investigated that was synthesized in different temperatures. AFM images with 8 μm × 8 μm scan area were taken from ten different randomly selected areas of the surface of PPy in each temperature. The values of $w$ in Table 1 show that the higher temperature forms a surface with larger $w$. The rougher surfaces were synthesized in higher temperatures. Fig. 2 shows a typical AFM image synthesized in different temperatures.

#### 3.2.2. Skewness and kurtosis

Skewness ($S$) is a parameter that shows the surface that has more holes or bumps. The value of $S$ can be obtained from the relation:

$$S = \frac{1}{w^3}\frac{1}{N}\sum_{i=1}^{N}(h_i - \bar{h})^3 \quad (4)$$

Skewness is a dimensionless parameter that the sign of it, positive skewness or negative skewness reveals that the further points

**Table 1**
Values of Interface width, Skewness and Kurtosis obtained from AFM data.

| Synthesis temperature (°C) | 7 | 22 | 45 | 65 |
|---|---|---|---|---|
| $w$ (nm) | 68.41 ± 8.12 | 119.56 ± 13.33 | 178.57 ± 15.07 | 240.73 ± 18.54 |
| $S$ | −0.23 ± 1.05 | −0.04 ± 1.12 | 0.41 ± 1.24 | 0.40 ± 1.02 |
| $K$ | 3.66 ± 1.31 | 3.53 ± 1.48 | 3.44 ± 1.76 | 3.1 ± 1.27 |




**Fig. 2.** Typical AFM images of PPy synthesized in different temperatures on GC electrode.

are proportionately above or below the mean surface level, respectively [23]. A positive skewness represents a distribution with an asymmetric tail extending out toward more positive height with respect to the mean surface level, while a negative skewness represents a distribution whose tail extends out toward more negative height with respect to the mean surface level [24]. A distribution of bumps on a surface would have a positive skewness, while a distribution of holes will have a negative skewness. More positive skewness shows more bumps and more negative skewness shows more holes on the surface [25]. A schematic of the surfaces with positive and negative skewness is shown in Fig. 3. A negative value of skewness indicates that the surface is made up of valleys, whereas a surface with a positive skewness contains mainly peaks and asperities. The values of skewness of surfaces synthesized in different temperatures are shown in Table 1.




**Fig. 3.** A schematic of surfaces with negative (A) and positive (B) skewness.

Kurtosis ($K$) is a measure of the height distribution of surface. It is a dimensionless quantity which can be found using the relation [26]:

$$K = \frac{1}{w^4}\frac{1}{N}\sum_{i=1}^{N}(h_i - \bar{h})^4 \quad (5)$$

Kurtosis describes the randomness of the surface profile relative to that of a perfectly random surface (Gaussian distribution) that has a kurtosis of 3.0. For $K<3$, the distribution is platykurtic [27] (mild peak), and for $K>3$ the distribution is leptokurtic (sharp peak). Fig. 4 shows the height distribution of surfaces shown in Fig. 2 and the values of $w$, $S$ and $K$ are available. These values are just for one 8 µm × 8 µm area of each surface. But the values represented in Table 1 are obtained from ten randomly selected 8 µm × 8 µm area of each surface. Standard deviations of $w$ are fairly reasonable but the standard deviation of $S$ and $K$ are illogical. Values of S and K are quite different in various regions of surface, it seems there is a relation between skewness and kurtosis which should be investigated.

*3.2.2.1. Relation between skewness and kurtosis.* Since both skewness and kurtosis are dependent to the values of $(h_i - \bar{h})$ consequently a relation between them is expected. AFM images were employed to show this relationship and 200 matrixes of heights (32 × 32) were established according to the 10 randomly selected regions on the electrode surfaces. The values of skewness and kurtosis were calculated for each matrix and then $K$ vs. $S$ curves were plotted to find a relation between skewness and kurtosis. The




**Fig. 4.** Height distribution of surfaces shown in Fig. 2 and respective *w*, *S* and *K* for each distribution.

calculation is according to below equation which is mostly used in literature [28–30]:

$$K = pS^2 + q \quad (6)$$

*q* is a constant which mostly depends on the number of samples and *p* mostly depends on the values of $(h_i - \bar{h})$ which can be calculated by [31]:

$$p = \frac{M_2 M_4}{M_3^2} \quad (7)$$

where $M_j$ is the *j*th moment of *h* i.e. $M_j = \sum_{i=1}^{N}(h_i - \bar{h})^j$. By using equal number of samples the value of *q* can be controlled, but the value of *p* highly depends on $(h_i - \bar{h})$ and is related to the surface. $M_2$, $M_3$ and $M_4$ are directly proportional to interface width, skewness and kurtosis respectively (Eqs. (3)–(5)). A surface with more bumps (large *S*) and mild distribution (small *K*) provides smaller *p* and vice versa (Eq. (8)). The *K* vs. *S* plot for the surface synthesized at 45 °C is shown in Fig. 5. The Values of *p* and *q* at each synthesis temperature obtained by fitting experimental data with Eq. (8) are represented in Table 2. Higher synthesis temperatures lead to smaller *p*.

### 3.2.3. Height–height correlation function

Height–height correlation function $H(r)$ is a function of average of the difference between height of all two points which distance between them on the surface is *r* [32,33]. For all two points $\rho$ and $\rho + r$ on the surface with respective heights $h(\rho)$ and $h(\rho + r)$, $H(r)$ will be [34]:

$$H(r) = \langle [h(\rho) - h(\rho + r)]^2 \rangle \quad (8)$$

where notation $\langle \ldots \rangle$ means the statistical average over all the points on the surface. When *r* is very small, so two points are definitely on the same valley and so the height of these two points will tend to be close. So $H(r)$ is small and depends on *r* and the graph of $H(r)$ increases with a small *r*. When *r* is large, two points are definitely in two different valleys and the difference between heights of these two points depends on the way the surface varies and $(r) = 2w^2$.

For a digitalized surface profile which is embedded in matrix A the following equation was employed in order to find $H(r)$[26]:

$$H(r) = \frac{1}{N_y(N_x - r)} \sum_{l=1}^{N_y} \sum_{n=1}^{N_{x-r}} [h(r+n, l) - h(n, l)]^2 \quad (9)$$

Where $N_x$ is the number of rows and $N_y$ is the number of columns in matrix A1. We should first let $r = 1$ and then calculate $H(1)$, and then let $r = 2$ and calculate $H(2)$ and so on (see Appendix for detail of calculations). From the values of $H(r)$ we can plot the height–height correlation function. For a self-affine fractal surface $H(r)$ can be written as [35]:

$$H(r) = \begin{cases} 2w^2 \left[ 1 - e^{-\left(\frac{r}{\xi}\right)^{2\alpha}} \right] & \text{for} \quad r \le \xi \\ 2w^2 & \text{for} \quad r > \xi \end{cases} \quad (10)$$

where $\alpha$ called roughness exponent or Hurst exponent and $\xi$ called lateral correlation length.

Roughness exponent $(0 < \alpha < 1)$, which describes how wiggly the surface is. The rougher surface has smaller α and the smoother

**Table 2**
Values of *p* and *q* obtained by fitting experimental data with Eq. (8).

| Synthesis temperature/°C | 7 | 22 | 45 | 65 |
|---|---|---|---|---|
| *p* | 1.67 | 1.56 | 1.48 | 1.42 |
| *q* | 2.07 | 2.10 | 2.13 | 2.17 |




**Fig. 5.** *K* vs. *S* plot obtained from AFM images of the PPy film synthesized at 45 °C and fitted parabolic curve.




**Fig. 6.** Height-height correlation function for the surface of PPy synthesized in 45 °C and respective log–log plot.

surface has larger $\alpha$ [36]. The roughness exponent is directly related to the surface fractal dimension $D_f$ by $\alpha = d_e + 1 - D_f$ where $d_e + 1$ is the dimension of the embedded space [37].

**Table 4**
Values of A and $A_t$ for the films synthesized at different temperature.

| Synthesis temperature (°C) | 7 | 22 | 45 | 65 |
|---|---|---|---|---|
| $A$ (μm²) | 69.53 | 72.34 | 79.16 | 82.33 |
| $A_t$ (mm²) | 3.41 | 3.54 | 3.78 | 4.04 |

The values of $\alpha$ for surfaces of PPy synthesized in different temperatures shows that the surfaces synthesized at higher temperatures have smaller $\alpha$ and so they are rougher than the surfaces synthesized in lower temperatures that their $\alpha$ are large. Lateral correlation length $\xi$ also has the similar behavior. The higher synthesis temperature leads to a rougher surface and so the correlation between heights will be smaller and so the value of $\xi$ will be smaller. The values of $\alpha$, $D_f$ and $\xi$ for the surfaces synthesized in different temperatures are shown in Table 3.

### 3.3. Surface area

Since the surface area is directly related to electrical capacitance, calculating surface area of AFM images is needed. The surface area of an AFM image is estimated by the following equation [41]:

$$A = \frac{1}{2}\sum_{j=0}^{n_y-1}\sum_{i=0}^{n_y-1}\sum_{k=0}^{1}\sqrt{[(Z_{i+k,j+k} - Z_{i+k,j+1-k})^2 + (y_j - y_{j+1})^2][(Z_{i+k,j+k} - Z_{i+1-k,j+k})^2 + (x_j - x_{j+1})^2]} \quad (11)$$

The lateral correlation length $\xi$ describes the largest distance up to which the surface points can be considered correlated [38,39]. It is to be further noted that $\xi$ provides a length scale which distinguishes the short-range and long-range behaviors of the rough surface [40]. The slop of log–log plot of $H(r)$ and $r$ for $r \ll \xi$ i.e. $2\alpha$ give us the value of roughness exponent $\alpha$. Also the lateral correlation length $\xi$ is corresponding to the point that two part of height–height correlation function curve are separated.

Height–height correlation function and respective log–log plot for the surface of PPy synthesized in 45 °C are shown in Fig. 6.

This formula is obtained by considering a rough surface which is described by an $N_x$ by $N_y$ 2D array of points $Z_{ij}$ with $i \in [0, N_x]$ and $j \in [0, N_y]$, each representing the height of the $(m_y, j)$ grid coordinate of a typical AFM image, and $k = 0$ and $k = 1$ represent the area computation for the upper and lower triangles respectively, of the square defined by $(i, j)$, $(j, j+1)$, $(i+1, j+1)$ and $(i+1, j)$. The area of the rough surface is the sum of the area of all the triangles formed by three adjacent data points. Surface areas of ten 8 μm × 8 μm different regions of each film ($A$) were calculated by this method and then the surface area of whole electrode ($A_t$) is estimated by using the ratio of the analyzed area to the whole surface. The values of

**Table 3**
Values of roughness exponent, Fractal dimension and lateral correlation length obtained from height–height correlation function.

| Synthesis temperature (°C) | 7 | 22 | 45 | 65 |
|---|---|---|---|---|
| $\alpha$ | 0.75 ± 0.02 | 0.71 ± 0.02 | 0.65 ± 0.03 | 0.59 ± 0.02 |
| $D_f$ | 2.25 ± 0.02 | 2.29 ± 0.02 | 2.35 ± 0.03 | 2.41 ± 0.02 |
| $\xi$/nm | 2973 ± 24 | 1793 ± 19 | 1342 ± 17 | 1220 ± 17 |




**Fig. 7.** SEM images of the surfaces of PPy films synthesized at 7 °C and 45 °C and respective images of edge detection processing.

surface area are represented in Table 4. The results show that the rougher surfaces with higher synthesis temperature possess larger surface area.

### 3.4. SEM measurements

In order to confirm the effect of synthesis temperature on the roughness of PPy films scanning electron microscopy (SEM) images of the films synthesized at 7 °C and 65 °C have been analyzed. Fig. 7 shows that the film synthesized at higher temperature (65 °C) is rougher than the film synthesized at 7 °C. 2-D data matrix of SEM images lacks the information of the actual height of the surface and only gives the relative values of the height profile. Typically, SEM images are scaled on 8 bits i.e., in 256 gray levels; black = 0 and white = 255 pixels [30]. The changes in gray levels in an SEM image are directly related to changes in surface heights. Roughness of SEM images can be calculated by route mean square (RMS) of pixels. RMS of the SEM image of PPy film synthesized at 7 °C is 18.81 and for the film synthesized at 65 °C is 48.96 (calculated by Eq. (3) by using the pixels instead of heights). In order to better recognition of nodules in SEM images and edge detection processing has been performed on these images (Fig. 7). It can be seen that the nodules on the surface of the film synthesized at lower temperature (7 °C) are circular and almost separated from each other. But the surface of the film synthesized at 65 °C shows more complex pattern with a branching structure.

The nodule size increases with synthesis temperature due to the oligomer growth. The temperature is a polymerization catalyst and promotes the oligomer growth (large nodule and so larger nodular granularity). Low synthesis temperature slows the monomer migration in solution which in turn slows the rate of oxidation of the monomer and the polymerization at the electrode surface, resulting in a smoother surface with a less dendrite formation [42].

### 3.5. Electrochemical studies

Electrical properties of the PPy also depend on the number of the oxidized pyrrole in the film. To ensure that the numbers of oxidized pyrrole are equal for all films synthesized in different temperatures total charge of 40 mC was used to synthesis of all films (Fig. 8). The thickness of films could be calculated using the Faraday Law $L = QM/dAzF$. L is the film thickness, $d$ is the density of the PPy film which was previously reported to be 1.5 g/cm$^3$ [43]. Q is the total charge used in film deposition (40 mC for all films in this research); $A$ is the electrode area (3.14 mm$^2$) and $z$ is the number of electrons involved. Two electrons per monomer unit are involved in the polymerization reaction with extra $z'$ electrons consumed in the oxidation event. A corresponding number of $ClO_4^-$ is incorporated into the PPy film leading to the doping of polymer. The apparent number of electrons removed in the whole process equal therefore to $(z + z')$. The value of $z'$ was estimated to be 0.32 under these conditions of synthesis [44]. $M$ is the formula weight of




**Fig. 8.** Chronoamperometry and respective chronocoulometry plot of the film synthesized at different temperature.




**Fig. 9.** Cyclic votammograms of PPy synthesized at various temperatures with scan rate of 100 mV/s.

PPy which is obtained from the molar mass of a monomer, including incorporated counterions. The molar mass is calculated to be 65.09 g/mol (from the molar mass of pyrrole minus the two protons displaced during polymerization) plus the mass of perchlorate anion associated with each monomer, which equals to 31.69 g/mol (0.32 × 99.04). The value of $M$ is then computed as 96.78 g/mol and finally $F$ = 96,500 is the Faraday constant. By using calculated values the thickness of the film ($L$) equals to (3.67 μm) for all films and the main difference between the electrochemical performances of films is due to the surface roughness of the films synthesized at different temperatures.

In order to investigate the roughness effect on the electrochemical capacitance of PPy film cyclic voltammetry and electrochemical impedance spectroscopy were employed. Cyclic voltammetry measurements were performed in 0.1 M of $KClO_4$ with the scan rate of 100 mV/s. The reactions in anodic and cathodic electrodes are [45]:

$$\begin{aligned}\text{Anode}: [PPy^0] + ClO_4^- &\longrightarrow [PPy^+]ClO_4^- + \bar{e} \\ \text{Cathode}: [PPy^+]ClO_4^- + \bar{e} &\longrightarrow [PPy^0] + ClO_4^-\end{aligned} \tag{12}$$

Cyclic voltammograms of PPy film in Fig. 9 shows the oxidation peak at around 0.3 V vs. calomel reference electrode (due to oxidation of polymer chains). The peak currents of the films synthesized at higher temperatures (rougher surfaces) are larger than the films synthesized in low temperatures at the same scan rate, and so it can be concluded that the films with rougher surfaces (larger surface area) possess larger electrochemical capacitance. The mass of




**Fig. 10.** A typical Nyquist plot of PPy deposited on GC electrode in 0.3 V vs. SCE (PPy synthesized in 45 °C) and fitted equivalent circuit.

**Table 5**
Values of electrochemical capacitances, $n$ and $D_f$ obtained from fit results of impedance spectroscopy in various synthesis temperatures.

| Synthesis temperature (°C) | 7 | 22 | 45 | 65 |
|---|---|---|---|---|
| Capacitance (μF, mm$^{-2}$) | 45.2 | 55.3 | 67.8 | 88.1 |
| $n$ | 0.81 | 0.77 | 0.73 | 0.70 |
| $D_f$ | 2.24 | 2.3 | 2.37 | 2.43 |

the films kept equal in all temperatures by using equal charges for synthesis.

The values of electrochemical capacitance can be found from electrochemical impedance spectroscopy method [46]. Fig. 10 represents the Nyquist plots of PPy film synthesized at 22 °C and respective equivalent circuit. The impedance of PPy film shows a resistance ($R_1$) which is the bulk resistance and a semicircle at high frequencies which corresponds with a parallel combination of charge transfer resistance ($R_2$) and a constant phase element (CPE1) which shows the double layer capacitance and a capacitive behavior at high frequencies (CPE2). The value of electrochemical capacitance can be found from the capacitive part at high frequencies (CPE2). A fractal electrode surface generates an interfacial impedance of the form [47]:

$$Z^{-1} = \sigma(i\omega)^n \tag{13}$$

where $i = \sqrt{-1}$, $\omega$ is the frequency (rad $S^{-1}$) $\sigma$ is a frequency independent real constant and n is a constant between 0.5 and 1. For a perfectly smooth surface $n = 1$ and or a totally rough electrode $n = 0.5$. Fractal dimension of electrode surface can be calculated by the equation [48]:

$$D_f = \frac{n+1}{n} \tag{14}$$

The values of $D_f$ calculated by Eq. (14) represented in Table 5 are in consistent with the values obtained from AFM images (Table 3).

The fit results represented in Table 3 show that the values of electrochemical capacitance of the films which were synthesized at higher temperatures (the films which have larger $D_f$ and surface area) are larger and confirm the results of cyclic voltammetry.

## 4. Conclusions

AFM results shows that the films synthesized in higher temperatures are rougher with larger surface area. The large surface

$$A1=\begin{bmatrix} 96 & 22 & 190 & 101 & -164 & -93 & 6 & -35 \\ -106 & -70 & 623 & 48 & -110 & 49 & 198 & -10 \\ 151 & 125 & -88 & 19 & 143 & 218 & 75 & -54 \\ 446 & 195 & -42 & 79 & 338 & 299 & 21 & -72 \\ 327 & 145 & 81 & -64 & 2 & 161 & -83 & -187 \\ 196 & 176 & 261 & -20 & -234 & -89 & -187 & -257 \\ -20 & -70 & 95 & -107 & -288 & -252 & -282 & -277 \\ -71 & -128 & -143 & -203 & -293 & -140 & -93 & 41 \end{bmatrix}$$

$$\Rightarrow \mathrm{sum}(A1) = 595$$

**Scheme 1.** Matrix A1 obtained using data reduction method from AFM image of PPy film synthesized in 45 °C.

area is due to more bumps on the surface and larger area produces larger electrochemical capacitance. SEM images show the oligomer growth in higher temperature and complex surface pattern. Low synthesis temperature slows the monomer migration in solution which in turn slows the rate of oxidation of the monomer and the polymerization at the electrode surface, resulting in a smoother surface with a less dendrite formation. The results of cyclic voltammetry and impedance spectroscopy also show that the films synthesized at higher temperatures have higher electrochemical capacitance and confirm this claim. Lateral correlation length $\xi$ which is obtained from height–height correlation function is larger for the films synthesized in lower temperatures and shows that the heights on smoother surfaces are more correlated.

## Appendix

In order to illustrating the methods for calculating surface parameters assume that the heights obtained from AFM image of PPy synthesized in 45 °C (Fig. 1) is embedded to matrix A1 (Scheme 1. The original matrix is a 256 × 256 matrix which contains 65,536 elements but in this example this matrix is reduced to an 8 × 8 matrix with 64 elements using data reduction method [49]. Note that in this example all operations on matrixes are element by element operations (array operations). The signs "sum" and "mean" represent the summation and average of all elements of matrix respectively. $N$ is the number of elements of matrix and $N_x$ and $N_y$ are the number of rows and columns of matrix respectively. In this example $N$, $N_x$ and $N_y$ are 64, 8 and 8 respectively.

$$\bar{h} = mean(A) = \frac{sum(A)}{N} = \frac{595}{64} = 9.3 \tag{A.1}$$

According to Eq. (3) for calculating interface width $w$ the value of $\sum_{i=1}^{N}(h_i - \bar{h})^2$ is needed, so:

$$\sum_{i=1}^{N}(h_i - \bar{h})^2 = sum(A - \bar{h})^2 = 21,60,294 \tag{A.2}$$

And then $w$ can be found from following relations:

$$w = \left(\frac{1}{N}\sum_{i=1}^{N}(h_i - \bar{h})^2\right)^{1/2} = \left(\frac{1}{N} sum(A - \bar{h})^2\right)^{1/2}$$
$$= \left(\frac{1}{64} \times 21,60,249\right)^{1/2} = 183.7 \tag{A.3}$$

The value of $S$ and $K$ can be calculated easily from a similar way.

For plotting the height–height correlation function the values of $H(1), H(2), H(3), \ldots$ must be calculated from Eq. (9).

In order to calculating $H(1)$ correlation between each element in row $n$ with the corresponding element in row $n+1$ should be considered (Scheme 2).

$$A1=\begin{bmatrix} \underset{\downarrow}{96} & \underset{\downarrow}{22} & \underset{\downarrow}{190} & \underset{\downarrow}{101} & \underset{\downarrow}{-164} & \underset{\downarrow}{-93} & \underset{\downarrow}{6} & \underset{\downarrow}{-35} \\ \underset{\downarrow}{-106} & \underset{\downarrow}{-70} & \underset{\downarrow}{623} & \underset{\downarrow}{48} & \underset{\downarrow}{-110} & \underset{\downarrow}{49} & \underset{\downarrow}{198} & \underset{\downarrow}{-10} \\ \underset{\downarrow}{151} & \underset{\downarrow}{125} & \underset{\downarrow}{-88} & \underset{\downarrow}{19} & \underset{\downarrow}{143} & \underset{\downarrow}{218} & \underset{\downarrow}{75} & \underset{\downarrow}{-54} \\ \underset{\downarrow}{446} & \underset{\downarrow}{195} & \underset{\downarrow}{-42} & \underset{\downarrow}{79} & \underset{\downarrow}{338} & \underset{\downarrow}{299} & \underset{\downarrow}{21} & \underset{\downarrow}{-72} \\ \underset{\downarrow}{327} & \underset{\downarrow}{145} & \underset{\downarrow}{81} & \underset{\downarrow}{-64} & \underset{\downarrow}{2} & \underset{\downarrow}{161} & \underset{\downarrow}{-83} & \underset{\downarrow}{-187} \\ \underset{\downarrow}{196} & \underset{\downarrow}{176} & \underset{\downarrow}{261} & \underset{\downarrow}{-20} & \underset{\downarrow}{-234} & \underset{\downarrow}{-89} & \underset{\downarrow}{-187} & \underset{\downarrow}{-257} \\ \underset{\downarrow}{-20} & \underset{\downarrow}{-70} & \underset{\downarrow}{95} & \underset{\downarrow}{-107} & \underset{\downarrow}{-288} & \underset{\downarrow}{-252} & \underset{\downarrow}{-282} & \underset{\downarrow}{-277} \\ -71 & -128 & -143 & -203 & -293 & -140 & -93 & 41 \end{bmatrix}$$

**Scheme 2.** Correlation of row n and row $n+1$ in Matrix A1.

$$B1=\begin{bmatrix} 96 & 22 & 190 & 101 & -164 & -93 & 6 & -35 \\ -106 & -70 & 623 & 48 & -110 & 49 & 198 & -10 \\ 151 & 125 & -88 & 19 & 143 & 218 & 75 & -54 \\ 446 & 195 & -42 & 79 & 338 & 299 & 21 & -72 \\ 327 & 145 & 81 & -64 & 2 & 161 & -83 & -187 \\ 196 & 176 & 261 & -20 & -234 & -89 & -187 & -257 \\ -20 & -70 & 95 & -107 & -288 & -252 & -282 & -277 \\ \xcancel{-71} & \xcancel{-128} & \xcancel{-143} & \xcancel{-203} & \xcancel{-293} & \xcancel{-140} & \xcancel{-93} & \xcancel{41} \end{bmatrix} = \begin{bmatrix} 96 & 22 & 190 & 101 & -164 & -93 & 6 & -35 \\ -106 & -70 & 623 & 48 & -110 & 49 & 198 & -10 \\ 151 & 125 & -88 & 19 & 143 & 218 & 75 & -54 \\ 446 & 195 & -42 & 79 & 338 & 299 & 21 & -72 \\ 327 & 145 & 81 & -64 & 2 & 161 & -83 & -187 \\ 196 & 176 & 261 & -20 & -234 & -89 & -187 & -257 \\ -20 & -70 & 95 & -107 & -288 & -252 & -282 & -277 \end{bmatrix}$$

**Scheme 3.** Matrix B1 Obtained by eliminating the latest row of Matrix A1.

$$C1=\begin{bmatrix} \xcancel{96} & \xcancel{22} & \xcancel{190} & \xcancel{101} & \xcancel{-164} & \xcancel{-93} & \xcancel{6} & \xcancel{-35} \\ -106 & -70 & 623 & 48 & -110 & 49 & 198 & -10 \\ 151 & 125 & -88 & 19 & 143 & 218 & 75 & -54 \\ 446 & 195 & -42 & 79 & 338 & 299 & 21 & -72 \\ 327 & 145 & 81 & -64 & 2 & 161 & -83 & -187 \\ 196 & 176 & 261 & -20 & -234 & -89 & -187 & -257 \\ -20 & -70 & 95 & -107 & -288 & -252 & -282 & -277 \\ -71 & -128 & -143 & -203 & -293 & -140 & -93 & 41 \end{bmatrix} = \begin{bmatrix} -106 & -70 & 623 & 48 & -110 & 49 & 198 & -10 \\ 151 & 125 & -88 & 19 & 143 & 218 & 75 & -54 \\ 446 & 195 & -42 & 79 & 338 & 299 & 21 & -72 \\ 327 & 145 & 81 & -64 & 2 & 161 & -83 & -187 \\ 196 & 176 & 261 & -20 & -234 & -89 & -187 & -257 \\ -20 & -70 & 95 & -107 & -288 & -252 & -282 & -277 \\ -71 & -128 & -143 & -203 & -293 & -140 & -93 & 41 \end{bmatrix}$$

**Scheme 4.** Matrix C1 Obtained by eliminating the latest row of Matrix A1.

For this purpose we define two new matrixes B1 and C1. B1 is similar A1 but the latest row is eliminated (Scheme 3) and C1 also is similar A1but the first row is eliminated (Scheme 4).

From the Eq. (9):

$$H(1)=\frac{1}{N_y(N_x-1)}\sum_{l=1}^{N_y}\sum_{n=1}^{N_{x-1}}[h(1+n,l)-h(n,l)]^2 \quad (A.4)$$

And using matrixes B1 (Scheme 3) and C1 (Scheme 4) the following relation can be written:

$$\sum_{l=1}^{N_y}\sum_{n=1}^{N_{x-1}}[h(1+n,l)-h(n,l)]^2=sum(B1-C1)^2 \quad (A.5)$$

$$sum(B1-C1)^2=19,60,757 \quad (A.6)$$

$$H(1)=\frac{1}{N_y(N_x-1)}=sum(B1-C1)^2$$
$$=\frac{1}{8(8-1)}(19,60,757)=35,014 \quad (A.7)$$

Similarly for calculating $H(r)$, $(r=2, 3, 4...)$ correlation between each element in row $n$ with the corresponding element in row $n+r$ should be considered.

## References


[1] A. Salimi, S.M. Mirabedini, M. Atai, M. Mohseni, M.R. Naimi-Jamal, Correlating the adhesion of an acrylic coating to the physico-mechanical behavior of a polypropylene substrate, Int. J. Adhes. Adhes. 31 (4) (2011) 220–225.
[2] T. Silk, Q. Hong, J. Tamm, R.G. Compton, AFM studies of polypyrrole film surface morphology I. The influence of film thickness and dopant nature, Synth. Met. 93 (1998) 59–64.
[3] Y.S. Choi, S.H. Joo, S.-A. Lee, D.J. You, H. Kim, C. Pak, H. Chang, D. Seung, Surface selective polymerization of polypyrrole on ordered mesoporous carbon: enhancing interfacial conductivity for direct methanol fuel cell application, Macromolecules 39 (2006) 3275–3282.
[4] M. Mizuhata, M. Oga, S. Deki, Preparation of Pt/polypyrrole loaded carbon composite in order to improve electrode durability for fuel cells, ECS Trans. 2 (2007) 63–72.
[5] C. Bu, Q. Tai, Y. Liu, S. Guo, X. Zhao, A transparent and stable polypyrrole counter electrode for dye-sensitized solar cell, J. Power Sources 221 (2013) 78–83.
[6] G. Yue, J. Wu, Y. Xiao, J. Lin, M. Huang, Z. Lan, Application of poly(3,4-ethylenedioxythiophene):polystyrenesulfonate/polypyrrole counter electrode for dye-sensitized solar cells, J. Phys. Chem. C 116 (2012) 18057–18063.
[7] T. Makris, V. Dracopoulos, T. Stergiopoulos, P. Lianos, A quasi solid-state dye-sensitized solar cell made of polypyrrole counter electrodes, Electrochim. Acta 56 (2011) 2004–2008.
[8] L.L. Liu, X.J. Wang, Y.S. Zhu, C.L. Hu, Y.P. Wu, R. Holze, Polypyrrole-coated $LiV_3O_8$-nanocomposites with good electrochemical performance as anode material for aqueous rechargeable lithium batteries, J. Power Sources 224 (2013) 290–294.
[9] L. Qie, L.-X. Yuan, W.-X. Zhang, W.-M. Chen, Y.-H. Huang, Revisit of polypyrrole as cathode material for lithium-ion battery, J. Electrochem. Soc. 159 (2012) A1624–A1629.
[10] Y. Kong, C. Wang, Y. Yang, C.O. Too, G.G. Wallace, A battery composed of a polypyrrole cathode and a magnesium alloy anode – toward a bioelectric battery, Synth. Met. 162 (2012) 584–589.
[11] H. Yoon, S. Ko, J. Jang, Field-effect-transistor sensor based on enzyme-functionalized polypyrrole nanotubes for glucose detection, J. Phys. Chem. B 112 (2008) 9992–9997.
[12] D. Tonelli, B. Ballarin, L. Guadagnini, A. Mignani, E. Scavetta, A novel potentiometric sensor for l-ascorbic acid based on molecularly imprinted polypyrrole, Electrochim. Acta 56 (2011) 7149–7154.
[13] S. Paul, F. Amalraj, S. Radhakrishnan, CO sensor based on polypyrrole functionalized with iron porphyrin, Synth. Met. 159 (2009) 1019–1023.
[14] G. Kaupp, Atomic Force Microscopy, in: Atomic Force Microscopy, Scanning Nearfield Optical Microscopy and Nanoscratching, Springer Berlin Heidelberg, Berlin, 2006, pp. 1–86.
[15] M. Brogly, H. Awada, O. Noel, Contact atomic force microscopy: a powerful tool in adhesion science, in: Applied Scanning Probe Methods XI, Springer Berlin Heidelberg, Berlin, 2009, pp. 73–95.
[16] E. Oczeretko, M. Borowska, I. Szarmach, A. Kitlas, J. Szarmach, A. Radwański, Fractal analysis of dental radiographic images in the irregular regions of interest, in: E. Pietka, J. Kawa (Eds.), Information Technologies in Biomedicine, Springer Berlin Heidelberg, Berlin, 2010, pp. 191–199.
[17] T. Silk, Q. Hong, J. Tamm, R.G. Compton, AFM studies of polypyrrole film surface morphology II. Roughness characterization by the fractal dimension analysis, Synth. Met. 93 (1998) 65–71.
[18] F. Zhou, Z. Liu, B. Yu, M. Chen, J. Hao, W. Liu, Q. Xue, Manipulation of the ultimate pattern of polypyrrole film on self-assembled monolayer patterned substrate by negative or positive electrodeposition, Surf. Sci. 561 (2004) 1–10.
[19] H.V.R. Dias, M. Fianchini, R.M.G. Rajapakse, Greener method for high-quality polypyrrole, Polymer 47 (2006) 7349–7354.
[20] A. Sharifi-Viand, M.G. Mahjani, M. Jafarian, Investigation of anomalous diffusion and multifractal dimensions in polypyrrole film, J. Electroanal. Chem. 671 (2012) 51–57.
[21] D. Passeri, M. Rossi, E. Tamburri, M.L. Terranova, Mechanical characterization of polymeric thin films by atomic force microscopy based techniques, Anal. Bioanal. Chem. 405 (2013) 1463–1478.
[22] R.P. Yadav, S. Dwivedi, A.K. Mittal, M. Kumar, A.C. Pandey, Fractal and multifractal analysis of LiF thin film surface, Appl. Surf. Sci. 261 (2012) 547–553.
[23] C. Rossi, E. Briand, P. Parot, M. Odorico, J. Chopineau, Surface response methodology for the study of supported membrane formation, J. Phys. Chem. B 111 (2007) 7567–7576.
[24] T. Paiva, F.D.A.A. Reis, Height and roughness distributions in thin films with Kardar–Parisi–Zhang scaling, Surf. Sci. 601 (2007) 419–424.
[25] N. Tayebi, A.A. Polycarpou, Modeling the effect of skewness and kurtosis on the static friction coefficient of rough surfaces, Tribol. Int. 37 (2004) 491–505.
[26] Y. Zhao, G.-C. Wang, T.-M. Lu (Eds.), Characterization of Amorphous and Crystalline Rough Surface. Principles and Applications, Academic Press, New York, 2001.
[27] X. Zhang, S.N. Johnson, J.W. Crawford, P.J. Gregory, I.M. Young, A general random walk model for the leptokurtic distribution of organism movement: theory and application, Ecol. Model. 200 (2007) 79–88.
[28] F. Sattin, M. Agostini, R. Cavazzana, G. Serianni, P. Scarin, N. Vianello, About the parabolic relation existing between the skewness and the kurtosis in time series of experimental data, Phys. Scr. 79 (2009) 045006.
[29] T.P. Schopflocher, P.J. Sullivan, The relationship between skewness and kurtosis of a diffusing scalar, bound-lay, Meteorology 115 (2005) 34–358.
[30] M. Cristelli, A. Zaccaria, L. Pietronero, Universal relation between skewness and kurtosis in complex dynamics, Phys. Rev. E 85 (2012) 066108.
[31] D. Guszejnov, A. Bencze, S. Zoletnik, N. Lazányi, On the effect of intermittency of turbulence on the parabolic relation between skewness and kurtosis in magnetized plasmas, Phys. Plasmas 20 (2013) 112305.
[32] J. Klocek, K. Kolanek, K. Henkel, E. Zschech, D. Schmeisser, Influence of the fullerene derivatives and cage polyhedral oligomeric silsesquioxanes on 3-aminopropyltrimethoxysilane based hybrid nanocomposites chemical, morphological and electrical properties, J. Phys. Chem. Solids 74 (2013) 135–145.
[33] M. Ishigami, J.H. Chen, W.G. Cullen, M.S. Fuhrer, E.D. Williams, Atomic structure of graphene on $SiO_2$, Nano Lett. 7 (2007) 1643–1648.
[34] N. Maiti, A. Biswas, R.B. Tokas, D. Bhattacharyya, S.N. Jha, U.P. Deshpande, U.D. Barve, Effects of oxygen flow rate on microstructure and optical properties of aluminum oxide films deposited by electron beam evaporation technique, Vacuum 85 (2010) 214–220.
[35] P. Young-Bae, R. Shi-Woo, AFM study of SiN:H surfaces treated by hydrogen plasma: modification of morphological and scaling characteristics, Surf. Coat. Technol. 137 (2001) 265–269.
[36] Y.-p. Zhao, G.-C. Wang, T.-M. Lu, Surface-roughness effect on capacitance and leakage current of an insulating film, Phys. Rev. B 60 (1999) 9157–9164.
[37] D.S. Maddison, Fractal analysis of polypyrrole deposition, Synth. Met. 55–57 (1993) 3544–3549.
[38] A. Ramanaviciene, W. Schuhmann, A. Ramanavicius, AFM study of conducting polymer polypyrrole nanoparticles formed by redox enzyme – glucose oxidase – initiated polymerisation, Colloids Surf. B 46 (2006) 159–166.
[39] C. Lopez-Santos, J.L. Colaux, J.C. Gonzalez, S. Lucas, Investigation of the growth mechanisms of a-CHx coatings deposited by pulsed reactive magnetron sputtering, J. Phys. Chem. C 116 (2012) 12017–12026.
[40] J.C. Arnault, A. Knoll, E. Smigiel, Roughness fractal approach of oxidised surfaces by AFM and diffuse X-ray re-ectometry measurements, Appl. Surf. Sci. 171 (2001) 189–196.
[41] L. Lai, E.A. Irene, Area evaluation of microscopically rough surfaces, J. Vac. Sci. Technol. B 17 (1999) 33–39.
[42] A. Kaynak, Effect of synthesis parameters on the surface morphology of conducting polypyrrole films, Mater. Res. Bull. 32 (1997) 271–285.
[43] J. Dejeua, A.E. Taouilb, P. Rougeota, S. Lakardb, F. Lallemandb, B. Lakardb, Morphological and adhesive properties of polypyrrole films synthesized by sonoelectrochemical technique, Synth. Met. 160 (2010) 2540–2545.
[44] F.A. Harraz, Electrochemical polymerization of pyrrole into nanostructured p-type porous silicon, J. Electrochem. Soc. 153 (2006) C349–C356.
[45] W. Quan-Fu, H. Kuan-Xin, M. Hong-Yu, Z. Xiao-Gang, Electrochemical capacitance of polypyrrole nanowire prepared by using cetyltrimethylammonium bromide (CTAB) as soft template, Mater. Chem. Phys. 101 (2007) 367–371.
[46] G. Garcia-Belmonte, Effect of electrode morphology on the diffusion length of the doping process of electronically conducting polypyrrole films, Electrochem. Commun. 5 (2003) 236–240.
[47] A.M. Waller, R.G. Compton, Simultaneous alternating current impedance/electron spin resonance study of electrochemical doping in polypyrrole, J. Chem. Soc. Faraday Trans. 1 85 (1989) 977–990.
[48] A.M. Waller, A.N.S. Hampton, R.G. Compton, An alternating current impedance study of polypyrrole/poly(vinyl chloride) composites, J. Chem. Soc. Faraday Trans. 1 85 (1989) 773–781.
[49] M. Dæhlen, P.G. Holm, Matrix decomposition and data reduction, Comput. Graph. 19 (1995) 203–214.

www.mrs.org/publications/bulletin

# Semiconducting and Metallic Polymers: The Fourth Generation of Polymeric Materials

Alan J. Heeger

*The following is an edited transcript of the plenary lecture presented by Alan J. Heeger at the 2001 MRS Spring Meeting on April 18, 2001, in San Francisco. Heeger and colleagues Alan G. MacDiarmid and Hideki Shirakawa shared the Nobel Prize in Chemistry for 2000 for the "discovery and development of conductive polymers."*

## A Brief History

Prior to receiving the Nobel Prize in chemistry in 2000 for my work in polymers, polymer science had been recognized three times. The first Nobel Prize in chemistry for polymer science was awarded in 1953 to Hermann Staudinger, for his pioneering work in the 1920s. At that time, the concept of macromolecules was new, and his ideas were controversial. However, the data prevailed, and he was awarded the Prize "for his discoveries in the field of macromolecular chemistry." The next major event in polymer science was the discovery and invention of nylon by Wallace Carothers at the Dupont Company in 1935. Although Carothers died as a young man, his discoveries created an industry. I have little doubt that his work was deserving of a Nobel Prize and probably would have been awarded. The next related Prize went to Karl Ziegler and Giulio Natta in 1963 for their work on polymer synthesis in the 1950s. The Ziegler–Natta catalysts made possible the large-scale production of polymers such as polypropylene. They were awarded the Nobel Prize in chemistry "for their discoveries in the field of chemistry and technology of high polymers." In 1974, the Prize for chemistry went to Paul J. Flory, who was a giant in this field. He was awarded the Nobel "for his fundamental achievements, both theoretical and experimental, in the physical chemistry of macromolecules."

All of the materials in the three generations of polymers that were studied by Staudinger, Carothers, Ziegler, Natta, and Flory are insulators. The first generation of polymeric materials consists of natural polymers such as leather, bone, and fibers such as silk. The second generation of polymeric materials is synthetic polymers, initiated by the work of Carothers and greatly enhanced by Ziegler and Natta. The third generation, which I associate with the work of Flory, consists of the "engineering plastics" that are so important in our lives today.

The fourth generation of polymers, as designated by Swedish professor Bengt Ranby in the Nobel symposium in 1991, is known as "conducting polymers." The 2000 Prize in chemistry is the first Nobel Prize for materials science as we know it today, that is, an interdisciplinary field with contributions from chemistry, physics, and materials processing.

When I am asked to explain the importance of the "discovery and development of conducting polymers," I offer two basic answers. First, prior to 1977, the words "conducting" and "polymers" did not go together; conducting polymers did not exist and perhaps could not exist. Second, conducting polymers offer a unique combination of properties that are not available from any other known materials. Because many semiconductor polymers are soluble in common solvents, they can be processed from solution. Metallic polymers, such as polyaniline (PANI) and poly(ethylenedioxythiophene) (PEDOT), can also be processed from solution. When a film of such a liquid is cast on a surface and the solvent is allowed to evaporate, PANI can have an electrical conductivity as high as 400 S/cm.

In the 1970s, there was a great deal of interest in the physics community in the metal-to-insulator (M-I) transition. In this context, conducting polymers presented an intellectual challenge; could we understand the metallic state and the physics of the M-I transition in sufficient depth to enable the synthesis of metallic organic polymers? As I will demonstrate later in this presentation, the answer is yes.

Chemists can now make soluble semiconducting (conjugated) polymers with different energy gaps. One can do the spectroscopy of these semiconductors by eye—a material with an energy gap of 2.5 eV allows yellow light to pass through, whereas a material with an energy gap of $\sim$2 eV allows red (but not yellow) light to pass through.

The combination of properties available from conducting polymers offers promise for use in a wide variety of applications. The fact that these functional polymers, with the electrical and optical properties of metals and semiconductors, can be processed so simply has enabled a wide range of potential applications. As a result of this unique combination of properties, we are witnessing a revolution in "plastic electronics."

## Traditional Plastics and Conjugated Polymers

Carbon has a valence of 4, and in traditional plastics, that valence is satisfied by covalent bonds to neighboring atoms. In the simple case of polyethylene, with each carbon bonded to two other carbons and two hydrogens (in a tetrahedral $sp^3$ configuration), the valence is saturated. This creates an insulator for the fundamental reason that all of the electrons are tied up in covalent bonds. If one of the hydrogen atoms is removed to make polyacetylene, each carbon is bonded to two other carbons and only one hydrogen, with one electron left over. If the electron–electron interactions were very strong, that extra electron would localize, and there would be an unpaired spin on every site. In that case, the system would be an antiferromagnetic insulator. If, however, the electron–electron interactions were relatively well screened, the extra electron would delocalize, and polyacetylene would be a metal. The latter is the correct view for polyacetylene and

for conducting polymers more generally. In polyacetylene, each of the CH units is like a pseudo-lithium ion with a filled core and one extra electron outside.

Quite generally, the planar $sp^2p_z$ configuration characteristic of conjugated polymers has one unpaired electron per carbon atom in the repeat unit. Thus, depending on the number of atoms per repeat unit, such systems are either metals (odd number) or semiconductors (even number). For example, in the case of real polyacetylene, the bond alternation instability known as the Peierls instability doubles the size of the repeat unit, thereby making polyacetylene a semiconductor.

Polyacetylene was the first system that we studied because of its simple molecular structure, and because Shirakawa had done such beautiful fundamental work on the synthesis and characterization of that polymer. Figure 1 shows a sketch of the electronic structure; the molecular structure is shown in Figure 2. There is a very broad band with overall bandwidth of about 12 eV. Because of the bond alternation noted earlier, there is a small energy gap at the center of the band, $E_g \sim 1.5$ eV. The $\pi$ band (valence band) is filled, and the $\pi^*$ band (conduction band) is empty. The corresponding density of states is typical of a one-dimensional semiconductor. This $\pi$ electronic structure provides the "highway" for charge transport. If charge carriers are provided by doping, the material will exhibit electrical conductivity. Typically, however, in samples of these conducting polymers, the macromolecules form an entangled mass of chains. As a result, this highway is disordered and imperfect. Nevertheless we can induce electrical conductivity by doping.

The first experiments were done by chemical doping. However, because of the elegance of electrochemical doping, I will use that as my example. Consider a simple electrochemical cell with a conducting polymer as one of the electrodes and with, for example, lithium metal as the counter electrode. An external battery is connected to the polymer as the anode and lithium cathode in the cell (because lithium is, of course, more electropositive than the conducting polymer). When this voltage is made large enough, electrons will be pulled out of the polymer (i.e., the polymer will be oxidized), and negative ions from the electrolyte will diffuse in (between the conjugated chains) to dope the polymer and to neutralize the charge. In electrochemical terminology, when the chemical potential is brought down into the filled $\pi$ band, electrons will be extracted and current will flow until the system comes to electrochemical equilibrium at some dopant concentration. This is elegant in the sense that when the voltage is changed by even a few millivolts, current will flow until the system comes to electrochemical equilibrium at a new doping concentration. To change the dopant concentration, one simply changes the voltage. Moreover, electrochemical doping is reversible.

Doping leads to major changes in the electrical conductivity. In our initial paper on this subject, we demonstrated an insulator-to-metal transition; the conductivity increased by about 8 orders of magnitude, as shown in Figure 2.

## Conducting Polymers: A New Generation of Materials

Even in the late 1970s, we understood the potential for having this special combination of properties; that is, the electrical and optical properties of metals and semiconductors and the processing advantages and mechanical properties of polymers. However, for polyacetylene, that dream was not realized. Polyacetylene, although conceptually simple, is a very complex polymer. It is not soluble, it cannot be processed in any way, and it is in fact unstable. The expansion of this new generation of materials occurred in the 1980s by synthetic chemists working with insight from the calculations of theoretical quantum chemists. Today, one can synthesize stable semiconducting and metallic polymers, and one can synthesize processable semiconducting and metallic polymers.

One can also vary the energy gap of semiconducting polymers. For example, poly(para-phenylene vinylene), PPV, is a copolymer of polyacetylene and poly(para-phenylene). Poly(para-phenylene) has a large bandgap, similar to benzene; polyacetylene has a small bandgap. The energy gap of PPV is intermediate between the two, for the simple reason that it is an alternating copolymer. Thus, one can tune the emission color (and the bandgap) by changing the molecular structure.

Let us focus for a moment on electrical conductivity. It is remarkable that an or-




Figure 2. The insulator-to-metal transition in polymers resulting from doping; conductivity increases by about 8 orders of magnitude.




*Figure 1. (a)–(b) Schematic illustration of the electronic structure of polyacetylene. $\Delta_0$ is 1/2($E_g$), where $E_g$ is the energy gap, $t_0$ is the interchain transfer integral, k is the wave number, and a is the unit-cell length along the chain. V is the valence band, C is the conducting band, and $\rho_0$(E) is the density of states.*

ganic polymer (made up of carbon and hydrogen) conducts electricity like a metal, reflects light like a metal, has a density of states like a metal, has a thermopower like a metal, and so on. There are, however, interesting differences. For example, because the unit cell of metallic polymers is very large compared with that of a typical inorganic metal such as copper or sodium, the plasma frequency $\Omega_p$ is typically in the infrared; $\Omega_p^2 = 4\pi Ne^2/m^*$, where $N$ is the electron density, $e$ is the electron charge, and $m^*$ is the effective mass. As a result, metallic polymers exhibit metal-like reflectance in the infrared, but not in the visible part of the spectrum, thereby enabling transparent electrodes for a variety of uses.

In polyacetylene, electrical conductivities have been achieved with values in excess of $10^5$ S/cm, approaching that of copper. These high values were obtained in partially oriented samples. Even though polyacetylene is intractable, it is possible to obtain modest chain orientation by tensile drawing. I emphasize "modest" orientation because we have a long way to go to approach the intrinsic conductivity. Partially oriented doped polyacetylene exhibits the electrical conductivity of copper with a strength greater than that of steel. With further improvement in the structural order, there is potential for high-performance materials. Although we have come quite far, polyacetylene remains an unstable material. While there are examples of stable metallic polymers, none of them have been processed to achieve chain extension and chain alignment, as required for the kind of high-performance properties achieved in polyacetylene.

To explore the possibility of truly high electrical conductivities, I focus on data obtained from our lab in the late 1980s. When polyacetylene is drawn to a draw ratio of approximately 10 (and the chains are oriented), the conductivity increases from very modest values to 30–35 $\times$ $10^3$ S/cm, approximately a factor of 10 below that of copper. The mechanical properties improve as well, as shown by a plot of the conductivity versus the Young's modulus. Truly high performance can be expected if we could only achieve this in a stable material. How good might that performance be? Although we do not really know, I will make a very rough estimate. For a good metal, the conductivity should increase as the temperature is lowered. However, because of the strong disorder in partially oriented material, the electrical conductivity versus temperature of a sample of polyacetylene with conductivity at room temperature of approximately 20,000 S/cm decreases with decreasing temperature; there is no indication whatsoever of an increase in conductivity as the temperature is lowered that would indicate transport limited by lattice vibrations (by phonons). Based upon these data, the intrinsic conductivity is at least 2 orders of magnitude higher, that is, on the scale of ~2–3 $10^6$ S/cm, a value consistent with theoretical estimates for perfect chain-extended and chain-aligned samples.

This is an interesting number, and one that I would like to see realized. So I challenge the materials scientists reading this: I will offer $10,000 to the first person who brings to me a stable polymer with an electrical conductivity of $10^5$ S/cm!

In the March 8, 2001, issue of *Nature,* researchers at Lucent Technology, Bell Labs Innovations, reported the discovery of superconductivity in an organic polymer processed from solution. They made a field-effect transistor (FET): starting with a glass substrate, they put down a metal film as the gate, then a thin layer of aluminum oxide, and then source and drain electrodes, each split to allow a four-probe measurement of the channel resistance. Then they completed the FET by simply casting, from solution, a thin film of regioregular polythiophene on top of this structure. When a voltage is applied between the gate and the source/drain, carriers are injected into the channel. The carriers are confined to a few monolayers close to the surface of the polymer. In this FET configuration, one is "doping" by injection; there are no counter ions. When a modest voltage is applied between the gate and the source/drain, the temperature dependence looks like that of a weakly doped semiconductor; the channel resistance goes up as the temperature is lowered. At successively higher voltages, the temperature dependence becomes weaker; the resistivity still increases as the temperature is lowered, but the resistance ratio is only about a factor of 4. On increasing the voltage still higher (and increasing the corresponding carrier density in the channel), the system passes through the insulator-to-metal transition; the temperature dependence of the resistivity becomes like that of a metal, namely, $dR/dT > 0$. At still higher voltages, superconductivity is observed at low temperatures. Although the transition temperature is not impressive (approximately 3 K), materials in this class of conducting polymers have now been demonstrated to exhibit the full range of electrical properties, from insulator to metal and now superconductor.

The FET injection experiment, developed by Batlogg and colleagues, provides us with the methodology for searching for superconductivity in metallic polymers. Of course, now the challenge is to understand what is needed in the molecular structure of the polymer repeat unit to give a higher transition temperature. This is a much more sophisticated challenge.

## Semiconducting Polymers

A new generation of polymer-based electronic and optoelectronic applications is emerging. Perhaps the best known is the polymer light-emitting diode (LED), discovered in 1989 by Richard Friend and colleagues at Cambridge University. Note, however, that the same thin-film metal–semiconductor–metal sandwich configuration can be used to make photodiodes, photovoltaic cells, lasers, and integrated circuits.

The polymer LED is a deceptively simple device. It is built on a glass or plastic substrate coated with a transparent anode (required in order to get the light out) such as indium tin oxide (ITO). To planarize the ITO and to improve the injection, a bilayer electrode is used with a thin layer of metallic polymer, PANI or PEDOT, between the ITO and the luminescent semiconducting polymer. A thin film of the luminescent semiconducting polymer, of approximately 10-nm thickness, is then spin-cast from solution onto the bilayer anode. Finally, the metallic cathode is applied by vapor deposition to complete the LED.

In this device, the difference in the work functions of the anode and the cathode materials provides the built-in potential; the semiconducting polymer is fully depleted. When a voltage is applied, electrons are injected into the $\pi^*$ band, and holes are injected into the $\pi$ band. Electron-hole recombination in the polymer film leads to light emission (i.e., electroluminescence).

In the polymer LED, the chemical potential in the semiconducting polymer moves all the way across the gap. This is possible because there are no states in the gap, that is, nothing to pin the chemical potential, nothing to pin the Fermi level. This feature of semiconducting polymers is critically important for device applications. The fact that the chemical potential can be moved all the way across the gap routinely in semiconducting polymers is quite special; this is typically not possible in traditional inorganic semiconductors where gap states pin the Fermi level. A physical argument of why, again oversimplified, is that when a semiconductor is cleaved, there are dangling bonds in nonbonded states (states in the gap) at the surface. There are no such states in semiconducting polymers; in that sense, they are "clean and robust" materials.

In this way, one can make a diode with a high rectification ratio; in forward bias,



SAppx061

carriers are injected, and light is emitted. By changing the molecular structure of the repeat unit, by making copolymers and/or polymer blends, a wide range of colors (i.e., energy gaps) can be achieved. Some of the important structures of electroluminescent polymers are shown in Figure 3, including PPV (and its soluble derivatives).

## Polymer Electroluminescent Displays

By patterning the anode into columns and the cathode into rows, one can divide the area of light into pixels, thus enabling the fabrication of passively addressed displays. Active-matrix displays can also be made by processing the luminescent polymer from solution, for example, by ink-jet printing (see the next section on "Semiconducting and Metallic Polymers and Printing Technology").

When a voltage is applied between a row and a column, light is emitted from that pixel only. Figure 4 is a photograph of a display, 160 columns by 160 rows, designed for a PDA (personal digital assistant). The display is easy to see and can be read from a wide range of angles. Similar passively addressed displays designed for use in cellular telephones will be available in products in 2002.

In these devices, the luminous efficiency is 10–15 cd/A. Thus, even today the efficiency of these LEDs is sufficiently high that in a cellular telephone with typical usage, one would actually get more talk time between recharging than with a liquid-crystal display (LCD).

Of course, the big question was whether or not it was possible to synthesize semiconducting polymers of sufficient purity that the lifetime would be long enough to allow a semiconductor device that would be of practical utility. The "electronics revolution" based on silicon was made possible by the availability of ultrapure silicon. In electronics, we do not talk about 99.9% pure, we talk about parts per billion of impurities. It is very clear that semiconducting polymers are not at that level of purity. Nevertheless, polymer LED displays now exhibit lifetimes of 10,000 h, and that lifetime is growing longer. Although this aspect of the device physics is not deeply understood, evidently most of the impurities are not electronically active. However, the fact that there are no gap states is very important.

In 1992, we made the first flexible display. Flexible displays are the next big step. Although I have not gone into this in any detail, the polymer LED must be hermetically sealed; because the cathode is fabricated from a low work-function metal (to achieve good electron injection), the polymer–metal interfaces are very delicate. In order to make the flexible polymer display a "real" technology, plastic barrier films must be developed that are much better than those currently available; diffusion of oxygen and water vapor into the device structure must be prevented. This is an area that is in active development.




*Figure 3. Some of the important structures of electroluminescent polymers.*

## Semiconducting and Metallic Polymers and Printing Technology

A solution of semiconducting polymer in a common solvent can be thought of as an "ink," which can be deposited onto a substrate with a printer. So, let us think about printing electronics. For example, let us think about printing the red, the green, and the blue subpixels of an RGB full-color display. Such colored liquids—red, green, and blue—can be deposited onto a substrate with an ink-jet printer; one can literally print the pixels. This is not a remote dream; full-color polymer LEDs fabricated by ink-jet printing have been demonstrated by several companies. Although they are not yet perfect, it is now



SAppx062




*Figure 4. Polymer electroluminescent display, 160 columns by 160 rows, designed for a PDA (personal digital assistant).*

quite clear that sophisticated full-color displays can be fabricated using printing technology.

This technology can go farther. I have emphasized all along that we are making plastic electronic devices. The goal is to push toward truly printable circuits. Polymer FETs, fabricated by ink-jet printing, have been demonstrated. The current carrying capacity is limited by the carrier mobility in the semiconductor. The mobility obtained in these initial experiments was, of course, not even close to that of silicon, but approached that of amorphous silicon.

One can imagine that by being clever and creative, finding ways to improve the structural order using liquid-crystalline polymers, preparing the surface to initiate self-assembly of ordered macromolecular chains, and so on, that higher mobilities will be attained.

## Conclusions

Semiconducting and metallic polymers are the fourth generation of polymeric materials. They are interesting for a variety of reasons. They are important because now we have semiconducting and metallic polymers that can be used as inks. The integration of these novel materials with the advances in printing technology, not just ink-jet printing but also a variety of possible approaches to printing, will revolutionize how electronic devices are manufactured. We can look forward to "desktop manufacturing" of electronic devices like arrays of LEDs, photodiodes, lasers, and integrated circuits. The concept that a printer could someday replace the mountains of stainless steel of a modern fab to make an integrated circuit for an active-matrix flat-panel display is remarkable. The critical advantage of polymers? Low-cost processing and low-cost manufacturing.

## Acknowledgments

Support for the work summarized in this presentation was obtained from the Office of Naval Research, the Air Force Office of Scientific Research, and the National Science Foundation. I thank the many colleagues, graduate students, and postdoctoral research scientists who have contributed to developing the "fourth generation" of polymeric materials.

## Recommended Reading

1. G. Yu and A.J. Heeger, in *The Physics of Semiconductors,* edited by M. Schleffer and M. Zimmerman (World Scientific, Hong Kong, 1996) p. 35 and references therein.
2. A.J. Heeger and M.A. Diaz-Garcia, *Curr. Opin. Solid State Mater.* **3** (1998) p. 16 and references therein.
3. I.D. Parker, *J. Appl. Phys.* **75** (1994) p. 1656.
4. N.S. Sariciftci and A.J. Heeger, *Int. J. Mod. Phys.* **8** (1994) p. 237 and references therein.
5. G. Yu, J. Gao, J. Hummelen, F. Wudl, and A.J. Heeger, *Science* **270** (1995) p. 1789.
6. M.D. McGehee and A.J. Heeger, *Adv. Mater.* **12** (2000) p. 1655 and references therein.
7. M.D. McGehee, E.K. Miller, D. Moses, and A.J. Heeger, in *Advances in Synthetic Metals: Twenty Years of Progress in Science and Technology,* edited by P. Bernier, S. LeFrant, and G. Bidan (Elsevier, Amsterdam, 1999) p. 98 and references therein.

***Alan J. Heeger,*** *professor of physics and materials science at the University of California—Santa Barbara, is also chief scientist at UNIAX Corp., which he founded in 1990 and for which he served as chair until 1999. UNIAX was acquired by DuPont in early 2000.*

*Heeger's current research interests are in the area of transport in semiconducting polymers, light emission from semiconducting polymers, and ultrafast measurements directed toward the investigation of the nature of the primary photoexcitations in semiconducting polymers.*

*After obtaining his PhD degree at the University of California—Berkeley in 1961, Heeger became a member of the Physics Department at the University of Pennsylvania, where he remained from 1962 to 1982. He then accepted a professorship at UC—Santa Barbara, where he was a founding member of the Materials Department and currently holds his joint appointment. Heeger, along with F. Wudl, co-founded the Institute for Polymers and Organic Solids at UCSB and directed the Institute from 1983 until 1999.*

*Among Heeger's numerous awards and honors are American Physical Society fellow, Alfred P. Sloan Foundation fellow, Guggenheim Foundation fellow, Buckley Prize in Solid-State Physics (1983), Balzan Prize for the Science of New Materials (1995), and the Nobel Prize in Chemistry (2000).*

*Heeger can be reached by e-mail at ajh@physics.ucsb.edu.*

## Ad Deadlines • 2002 MRS Bulletin

***July***
*June 3, 2002*

**Theme:** Vertical Cavity Surface Emitting Lasers
**Guest Editors:** Eric D. Jones (Sandia National Laboratories) and Kevin Lear (Colorado State University)

***August***
*July 1, 2002*

**Theme:** Portable Power: Advanced Rechargeable Lithium Batteries
**Guest Editors:** Anne M. Mayes and Donald R. Sadoway (Massachusetts Institute of Technology)

***September***
*August 1, 2002*

**Theme:** Hydrogen Storage
**Guest Editor:** Louis Schlapbach (EMPA Swiss Federal Laboratories for Materials Testing and Research, Switzerland)
**Bonus Distribution:** American Vacuum Society (AVS) 49th International Symposium

CERTIFICATE OF SERVICE

I certify that I served a copy of this Reply Brief of Appellant on counsel of record on March 27, 2024 by electronic means (CM/ECF), incorporating a supplemental appendix addendum, extending the Bates numbers of the supplemental appendix filed by opposing counsel with their Brief of Appellee.

Dated: March 27, 2024

/s/ The Pen

The Pen
Appellant Pro Se
954 Palm Ave., #103
West Hollywood, CA 90069
Tel: (310) 360-0640
dc@thepen.us

CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the applicable type-volume limitations because it contains 6,382 words, from the Summary of the Reply through to the end of the Conclusion. This certificate was prepared in reliance on the word-count function of the word-processing system (Corel WordPerfect 8.0) used to prepare this brief.

I further certify that this brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Corel WordPerfect 8.0 in 14-point Times New Roman font.

Dated: March 27, 2024

/s/ The Pen
The Pen
Appellant Pro Se