# United States Court of Appeals for the Federal Circuit

---

**IN RE: THE PEN,**
*Appellant*

---

2023-2282

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/104,878.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 12, 2024
Date

Jarrett B. Perlow
Clerk of Court